# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| In re: | ) | Case No. 25-01029-FPC7 |
| Eric Ross Young and Susan Linette Young, | ) | |
| | ) | |
| Debtor(s) | ) | Adv. Proc. No. 25-80038-FPC |
| Linda Cole, | ) | |
| Ted Cole, | | |
| Plaintiff(s) | ) | **NOTICE OF SCHEDULING** |
| v. | ) | **CONFERENCE** |
| Eric Ross Young, | ) | |
| Susan Linette Young, | ) | |
| Defendant(s) | ) | |

PLEASE TAKE NOTICE THAT a scheduling conference has been set for November 18, 2025 at 1:30 PM on the above entitled adversary proceeding for the purpose of addressing matters contemplated by FRCP 16(b).

PLEASE FURTHER TAKE NOTICE THAT:

The attorney for the plaintiff shall provide a copy of this notice to all opposing parties or their attorneys;

The parties shall confer as required by FRCP 26(f). In accordance with that rule, but in no event no less than five (5) days prior to the date set for the scheduling conference, the attorneys of record shall file a written report as contemplated by FRCP 26(f).

Each party shall also certify that he or she considered mediation to resolve the dispute by filing ADR Form 2, Certificate of Compliance with LBR 9019-2.

The scheduling conference will be held by telephone conference. To be included on the scheduling conference, each party must call Zoomgov.com or call 669-254-5252, Meeting ID: 160 692 2376 at the designated time referred to above. If you should have any questions, please call Jolene Britton at (509) 458-5346.

The written report is due no later than November 13, 2025.

Dated: September 16, 2025

Clerk, U.S. Bankruptcy Court
by:  /s/ Tyler Lindsey
Deputy Clerk

NOTICE OF SCHEDULING CONFERENCE - 1