B250A - LF 7004  (12/09)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

**In re** Eric Ross Young & Susan Linette Young  )  **Bankruptcy Case No.** 25-01029-FPC7
                                                 )
                                       **Debtor** )  **Adversary Proceeding No.** 25-80038-FPC
 Ted & Linda Cole                                )
                                                 )
                                    **Plaintiff**)  **CERTIFICATE OF SERVICE**
 Eric Ross Young & Susan Linette Young           )
                                                 )
                                  **Defendant**)

I, __Matthew A. Mensik_____ (name), certify that service of this summons and a copy of the complaint was made __9/17/25_____ (date), by:

[✓] **Mail service:** Regular, first class United States mail, postage fully pre-paid, addressed to:
Eric Ross Young & Susan Linette Young (First class, priority with tracking)
12402 N Division St. #167, Spokane, WA 99218 & 24 Sapphire Ln, Spokane, WA 99208

[ ] **Personal Service:** By leaving the process with defendant or with an officer or agent of defendant at:

[ ] **Residence Service:** By leaving the process with the following adult at:

[ ] **Certified Mail Service on an Insured Depository Institution:** by sending the process by certified mail addressed to the following office of the defendant at:

[ ] **Publication:** The defendant was served as follows: [Describe briefly]

[ ] **State Law:** The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

9/17/25                                    s/ Matthew A. Mensik
_____                    _____
**DATE**                                   **SIGNATURE**

                        **Print Name:**       Matthew A. Mensik, WSBA # 44260

                        **Business Address:** Riverside NW Law Group, PLLC
                                              905 W Riverside Ave, Suite 208
                                              Spokane, WA 99201