Judge Frederick P. Corbit
Chapter: 7
Hearing Location: Via Zoom
Hearing Date: December 30, 2025
Hearing Time: 1:30 p.m.
Response Date: December 29, 2025 (unless a different date is set by the Court in subsequent order).

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re:

Eric Ross Young
(Debtor)

Susan Linette Young
(Joint Debtor)

---

TED AND LINDA COLE,

Plaintiffs

vs.

ERIC ROSS YOUNG and SUSAN LINETTE YOUNG,

Defendants

Case No. 25-01029-FPC7

Chapter 7

Adv. Case No. 25-80038-FPC

**NOTICE OF HEARING ON PLAINTIFF'S SUMMARY JUDGMENT MOTION**

PLEASE TAKE NOTICE that Ted and Linda Cole filed a Motion Summary Judgment.

The motion for summary judgment is set for hearing as follows:

NOTICE OF HEARING - 1

Riverside NW Law Group, PLLC
905 W. Riverside Ave., Ste 208
Spokane, WA 99201
(509) 606-0746 | rnwlg.com

JUDGE: The Honorable Frederick P. Corbit

PLACE: Zoom: Each party must visit Zoomgov.com or call 669-254-5252, Meeting ID: 160 692 2376 at the designated time referred below.

TIME: 1:30 p.m.

DATE: December 30, 2025

    IF YOU OPPOSE the Motion, you must file your written response with the Clerk's office of the bankruptcy court and serve copies to the undersigned NOT LATER THAN THE RESPONSE DATE, which is December 29, 2025 (unless a different date is set by the Court in subsequent order). If you file a response you are also required to appear at the hearing.

    IF NO RESPONSE IS TIMELY FILED AND SERVED, THE COURT MAY, IN ITS DISCRETION, GRANT THE MOTION PRIOR TO THE HEARING WITHOUT FURTHER NOTICE, AND STRIKE THE HEARING.

    Dated: December 1, 2025

                              RIVERSIDE NW LAW GROUP, PLLC

                              BY: */s/ Matthew A. Mensik*
                              Mathew A. Mensik, WSBA 44260
                              601 W. Riverside Ave. Ste. 810
                              Spokane, WA 99201
                              Telephone: (206) 949-3540
                              Email: mam@rnwlg.com

NOTICE OF HEARING - 2

Riverside NW Law Group, PLLC
905 W. Riverside Ave., Ste 208
Spokane, WA 99201
(509) 606-0746 | rnwlg.com

25-80038-FPC    Doc 12    Filed 12/01/25    Entered 12/01/25 21:55:10    Pg 2 of 3

# CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Further, a copy of the foregoing was also mailed and emailed to the following individuals.

Via CM/ECF and first class mail:
Eric and Susanann Young
12402 N. Division St #167
Spokane, WA 99218
Pro Se Defendants

And via email:
eyoung-encrypt@pm.me
jaegersmum@proton.me

Dated this 1st day of December, 2025.

/s/ Matthew A. Mensik
Matthew A. Mensik

NOTICE OF HEARING - 3

Riverside NW Law Group, PLLC
905 W. Riverside Ave., Ste 208
Spokane, WA 99201
(509) 606-0746 | rnwlg.com

25-80038-FPC    Doc 12    Filed 12/01/25    Entered 12/01/25 21:55:10    Pg 3 of 3