ERIC AND SUSAN YOUNG
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
EMAIL eyoung-encrypt@pm.me
      jaegersmum@proton.me
Defendants Pro Se

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br>ERIC ROSS YOUNG and<br>SUSAN LINETTE YOUNG,<br>    Debtors.<br>_____<br><br>LINDA COLE and TED COLE,<br>    Plaintiffs,<br>v.<br>ERIC ROSS YOUNG and<br>SUSANANN LYNETTE (sic) YOUNG,<br>    Defendants. | CASE NO. 25-01029-FPC7<br><br>CHAPTER 7<br><br>ADVERSARY NO. 25-80038-FPC<br><br>DEFENDANTS' INITIAL WITNESS LIST |

DEFENDANTS' INITIAL WITNESS LIST
Page 1 of 4

ERIC AND SUSAN YOUNG - Defendants Pro Se
12402 N Division St #167 :: Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me - jaegersmum@proton.me

25-80038-FPC    Doc 21    Filed 12/19/25    Entered 12/22/25 08:36:19    Pg 1 of 7

## I. DEFENDANTS' INITIAL WITNESS LIST

Defendants Eric R. Young and Susan L. Young, appearing pro se, identify the following potential witnesses for trial pursuant to the Court's October 28, 2025 scheduling order:

1. **Eric R. Young** – Debtor/Defendant; percipient witness to the Old West Federal Credit Union wire transfers, the 1004 E. Golden Ct. transaction, communications with Plaintiffs, and the damages suffered by Defendants.
2. **Susan L. Young** – Debtor/Defendant; percipient witness to the wire transfers, mortgage and escrow processes, Plaintiffs' accusations, and Defendants' damages.
3. **Linda Cole** – Plaintiff; party witness regarding initiation of the Old West FCU wires, the Rocket/FHA "gift funds" documentation, Baker City Police Department ("BCPD") - Baker City, Oregon complainant, the Golden Ct. purchase, and Plaintiffs' state-court and bankruptcy allegations.
4. **Joell Severns** – percipient witness to the November 7, 2023 BCPD interview with Linda Cole and to statements made regarding the wire transfers and accusations against Defendants.
5. **Custodian of Records / Officer, Baker City Police Department** – May testify to the authenticity and foundation of BCPD records relating to case P202301214, including the incident report and bodycam recording, and the disposition of that matter as reflected in BCPD records.
6. **BCPD Officer Koby Essex, Baker City Police Department** – May testify to the authenticity and foundation of BCPD records relating to case P202301214, including the incident report and bodycam recording, and the disposition of that matter as reflected in BCPD records.
7. **Custodian of Records, Baker County Sheriff's Office** – May testify to the authenticity and foundation of any Baker County Sheriff's Office records relating to BCPD case

DEFENDANTS' INITIAL WITNESS LIST
Page 2 of 4

ERIC AND SUSAN YOUNG - Defendants Pro Se
12402 N Division St #167 :: Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me - jaegersmum@proton.me

25-80038-FPC    Doc 21    Filed 12/19/25    Entered 12/22/25 08:36:19    Pg 2 of 7

P202301214, including records of communications, referrals, or case tracking maintained by that office.

8. **Greg Baxter, District Attorney for Baker County, Oregon** – May testify, if necessary, regarding the prosecutorial disposition of the complaint associated with BCPD case P202301214 and related communications with law enforcement.

9. **Custodian of Records, Old West Federal Credit Union** – May testify to Old West Federal Credit Union wire records, applicable security procedures, and the handling of the wire transfers at issue in this proceeding.

10. **Dawn Bruce, Old West Federal Credit Union** – May testify to OWFCU wire records, applicable security procedures, Fedwire / TranZact details, and the handling of the wire transfers at issue in this proceeding.

11. **Brooke Wolcott, Old West Federal Credit Union** – May testify to OWFCU wire records, applicable security procedures, Fedwire / TranZact details, and the handling of the wire transfers at issue in this proceeding.

12. **Tara Crader, Old West Federal Credit Union** – May testify to OWFCU wire records, applicable security procedures, Fedwire / TranZact details, and the handling of the wire transfers at issue in this proceeding.

Defendants reserve the right to use any witnesses identified by Plaintiffs, to call rebuttal or impeachment witnesses not presently identifiable, and to seek leave of Court to supplement or amend this list for good cause, including in light of the Court's rulings on the parties' cross-motions for summary judgment.

Respectfully Submitted,

DATED: December 19, 2025

/s/   Eric Young              /s/ Susan Young
      Eric Young                  Susan Young

DEFENDANTS' INITIAL WITNESS LIST                ERIC AND SUSAN YOUNG - Defendants Pro Se
Page 3 of 4                                     12402 N Division St #167 :: Spokane, WA 99218
                                                                       PHONE (936-463-8411)
                                                eyoung-encrypt@pm.me - jaegersmum@proton.me

## II. CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2025, I delivered the original of the foregoing document to the Clerk of the United States Bankruptcy Court for the Eastern District of Washington for filing. On the same date I caused true and correct copies to be served as follows:

By First-Class Mail:
Matthew Mensik
Riverside NW Law Group
505 W. Riverside Ave. Suite 208
Spokane, WA 99201
Courtesy Copy by Email:
mam@rnwlg.com

Trustee John D. Munding
via email:
John@mundinglaw.com

DATED this 19th day of December, 2025, at Spokane, WA.

/s/ Eric R. Young and Susan L. Young
ERIC AND SUSAN YOUNG
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
EMAIL eyoung-encrypt@pm.me
jaegersmum@proton.me
Debtors Appearing Pro Se

DEFENDANTS' INITIAL WITNESS LIST
Page 4 of 4

ERIC AND SUSAN YOUNG - Defendants Pro Se
12402 N Division St #167 :: Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me - jaegersmum@proton.me

LF9070-1.FM 1 (6/07)

United States Bankruptcy Court
Eastern District of Washington

# EXHIBIT INDEX

| ATTORNEY: Eric and Susan Young (pro se) | CASE NAME: Ted and Linda Cole v. Eric R. Young and Susan L. Young |
|---|---|
| REPRESENTS: Eric Ross Young and Susan Linette Young (pro se) Defendants | CASE NO. 25-80038-FPC |
| HEARING DATE: January 15-16, 2026 | TYPE OF HEARING: Bench Trial § 523 Adversary |

| MARKED No. or Ltr. | EXHIBIT DESCRIPTION | OFFERED | ADMITTED | WITHDRAWN | REJECTED | DATE | TIME |
|---|---|---|---|---|---|---|---|
| D-1 | Mortgage Loan Documents | | | | | | |
| D-2 | BofA Statement September / October 2023 | | | | | | |
| D-3 | Residential Purchase Agreement | | | | | | |
| D-4 | Gift Letter - 10/11/2023 | | | | | | |
| D-5 | Emails from Dawn Bruce to Linda Cole | | | | | | |
| D-6 | Email from Dawn Bruce with Wire Forms - 10/13/023 | | | | | | |
| D-7 | Signed Wire Transfer – October 12, 2023 | | | | | | |
| D-8 | Signed Wire Transfer – October 13, 2023 | | | | | | |
| D-9 | OWFCU Disclosure | | | | | | |
| D-10 | OWFCU Indemnification Agreement (WIIHHA) | | | | | | |
| D-11 | WA Short Form Notary Acknowledgement | | | | | | |
| D-12 | WA Short Form Notary Acknowledgement | | | | | | |
| D-13 | OWFCU Statement – October 24, 2023 | | | | | | |
| D-14 | OWFCU TranZact Wire Search – October 24, 2023 | | | | | | |
| D-15 | OWFCU TranZact Wire Search – October 24, 2023 | | | | | | |
| D-16 | Email Correspondence with Dawn Bruce | | | | | | |
| D-17 | Audio - 10/20/2023 | | | | | | |
| D-18 | Audio - 10/21/2023 | | | | | | |
| D-19 | Letter from Mr. Vaughan - 10/30/2023 | | | | | | |
| D-20 | Letter from Mr. Merritt - 10/30/2023 | | | | | | |

25-80038-FPC    Doc 21    Filed 12/19/25    Entered 12/22/25 08:36:19    Pg 5 of 7

United States Bankruptcy Court
Eastern District of Washington

# EXHIBIT INDEX

| ATTORNEY: Eric and Susan Young (pro se) | CASE NAME: Ted and Linda Cole v. Eric R. Young and Susan L. Young |
|---|---|
| REPRESENTS: Eric Ross Young and Susan Linette Young (pro se) Defendants | CASE NO. 25-80038-FPC |
| HEARING DATE: January 15-16, 2026 | TYPE OF HEARING: Bench Trial § 523 Adversary |

| MARKED No. or Ltr. | EXHIBIT DESCRIPTION | OFFERED | ADMITTED | WITHDRAWN | REJECTED | DATE | TIME |
|---|---|---|---|---|---|---|---|
| D-21 | BCPD Incident Report - P202301214/Baker Co Sheriff | | | | | | |
| D-22 | BCPD Video Transcript Cole Interview November 2023 | | | | | | |
| D-23 | BCPD Video (Available on Flash Drive) November 2023 | | | | | | |
| D-24 | Postal Annex Receipt – 10/14/2023 | | | | | | |
| D-25 | Chase Bank Statement September / October 2023 | | | | | | |
| D-26 | Realm Analytics, LLC Trailer Purchase Order | | | | | | |
| D-27 | Realm Analytics, LLC Trailer Purchase Receipt | | | | | | |
| D-28 | Verified Complaint | | | | | | |
| D-28 | Declaration of Linda Cole | | | | | | |
| D-30 | Supplemental Declaration of Linda Cole | | | | | | |
| D-31 | Deposition of Linda Cole | | | | | | |
| D-32 | Earnest Money Receipt – 10/18/2023 | | | | | | |
| D-33 | Reply Memorandum ISO Motion for TRO | | | | | | |
| D-34 | Mortgage Loan Pre-Approval Documents | | | | | | |
| D-35 | Guaranteed Rate Loan Officer Email – October 13, 2023 | | | | | | |
| D-36 | Cole v Young Trial Transcript – Volume I of II | | | | | | |
| D-37 | Cole v Young Trial Transcript - Volume II of II | | | | | | |
| D-38 | Cole v Young Pre-Trial Transcript | | | | | | |
| D-39 | Cole v Young Motions in Limine Transcript | | | | | | |
| D-40 | Deposition of Susan Young | | | | | | |

United States Bankruptcy Court
Eastern District of Washington

# EXHIBIT INDEX

| ATTORNEY: Eric and Susan Young (pro se) | CASE NAME: Ted and Linda Cole v. Eric R. Young and Susan L. Young |
|---|---|
| REPRESENTS: Eric Ross Young and Susan Linette Young (pro se) Defendants | CASE NO. 25-80038-FPC |
| HEARING DATE: January 15-16, 2026 | TYPE OF HEARING: Bench Trial § 523 Adversary |

| MARKED No. or Ltr. | EXHIBIT DESCRIPTION | OFFERED | ADMITTED | WITHDRAWN | REJECTED | DATE | TIME |
|---|---|---|---|---|---|---|---|
| D-41 | Emails to Matthew Mensik | | | | | | |
| D-42 | Text Messages - October 2023 | | | | | | |
| D-43 | Emails RE Golden Ct October 2023/February 2024 | | | | | | |
| D-44 | Lender Record - FHA Documents | | | | | | |
| D-45 | Order Re TRO ($0 bond) December 15, 2023 | | | | | | |
| D-46 | Defendants First Set of ROGs RFPs June 17, 2024 | | | | | | |
| D-47 | Defendants First Set of RFAs November 6, 2024 | | | | | | |
| D-48 | Non-Final Cole v Young FOFCOL | | | | | | |
| D-49 | Text Messages with Earl Carter | | | | | | |
| D-50 | DocuTech eSign Summary October/November 2023 | | | | | | |
| D-51 | Date Extenstions of PSA with Seller | | | | | | |
| D-52 | Spokane Co Title Documents | | | | | | |