MATTHEW A. MENSIK, WSBA #44260
Email: mam@rnwlg.com
RIVERSIDE NW LAW GROUP, PLLC
601 W. Riverside Ave, Suite 810
Spokane, WA 99201
Telephone: (206) 949-3540

Attorneys for Creditors Ted & Linda Cole

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No. 25-01029-FPC7 |
| Eric Ross Young | |
| (Debtor) | Chapter 7 |
| Susan Linette Young | |
| (Joint Debtor) | Adv. Case No. 25-80038-FPC |
| TED AND LINDA COLE, | DECLARATION OF MATTHEW A. MENSIK IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT |
| Plaintiffs | |
| vs. | |
| ERIC ROSS YOUNG and SUSAN LINETTE YOUNG, | |
| Defendants | |

DECLARATION OF MATTHEW A. MENSIK IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT - 1



Riverside NW Law Group, PLLC
905 W. Riverside Ave., Ste 208
Spokane, WA 99201
(509) 606-0746 | rnwlg.com

I, Matthew A. Mensik, state and declare as follows:

1. I am over eighteen years old, competent to testify, and make this declaration based on personal knowledge and upon a review of the records and files in this matter.

2. I am counsel for Plaintiffs / creditors Ted & Linda Cole ("Plaintiffs").

3. Attached hereto as **Exhibit A** is a true and correct copy of Defendant Eric Young's December 24, 2025 email (5:15 p.m.). The email included 16 attachments, four of which are titled "Notice of Filing Supporting Papers in Support of Defendants' Motion for Summary Judgment," "Defendants' Statement of Material Facts in Support of Motion for Summary Judgment," "Defendants' Memorandum of Points and Authorities in Support of Motion for Summary Judgment" (38 pages long), and the "Declaration of Eric Young in Support of Defendants' Motion for Summary Judgment." These four documents (as well as others attached to Mr. Young's email) were not served on me prior to 5:15 p.m. on Christmas Eve.

4. Attached hereto as **Exhibit B** is a true and correct copy of the document titled "Notice of Supporting Papers in Support of Defendants' Motion for Summary Judgment." The "Notice" states, in part, the following:

> Defendants filed their Motion for Summary Judgment and
> significant evidence on December 1, 2025. Defendants
> now file the accompanying Memorandum of Points and

DECLARATION OF MATTHEW A. MENSIK
IN SUPPORT OF PLAINTIFFS' MOTION
FOR SUMMARY JUDGMENT - 2



Riverside NW Law Group, PLLC
905 W. Riverside Ave., Ste 208
Spokane, WA 99201
(509) 606-0746 | rnwlg.com

Authorities, Separate Statement of Facts, and supporting Declarations, along with additional exhibits in support of that already filed Motion.

5. Given the holidays, and the service of Defendants' untimely, additional pleadings, Plaintiffs do not have the ability or time to attempt to address Defendants' new arguments, "evidence," and statement of facts.

6. Attached hereto as **Exhibit C** is a true and correct copy of excerpts of the Verbatim Report of Proceedings, Volume I of II, pages 1 – 5, in the case of *Linda Cole and Ted Cole v. Eric Ross Young and Susanann Lynette Young*, Spokane County Superior Court, Case No. 23-2-04734-32 ("State Court Case"), tried on January 13 – 16, 2025.

7. Attached hereto as **Exhibit D** is a true and correct copy of excerpts of the Verbatim Report of Proceedings, Volume I of II, pages 53-78, trial testimony of Virginia Tate taken in the State Court Case.

8. Attached hereto as **Exhibit E** is a true and correct copy of excerpts of the Verbatim Report of Proceedings, Volume I of II, pages 91-96, trial testimony of Matthew Anderson, taken in the State Court Case.

9. Attached hereto as **Exhibit F** is a true and correct copy of excerpts of the Verbatim Report of Proceedings, Volume I of II, pages 107-124, 129-131, trial testimony of Rebecca Flaherty, taken in the State Court Case.

DECLARATION OF MATTHEW A. MENSIK
IN SUPPORT OF PLAINTIFFS' MOTION
FOR SUMMARY JUDGMENT - 3

Riverside NW Law Group, PLLC
905 W. Riverside Ave., Ste 208
Spokane, WA 99201
(509) 606-0746 | rnwlg.com

10. Attached hereto as **Exhibit G** is a true and correct copy of excerpts of the Verbatim Report of Proceedings, Volume II of II, pages 501-505, taken in the State Court Case.

11. Attached hereto as **Exhibit H** is a true and correct copy of excerpts of the Verbatim Report of Proceedings, Volume II of II, pages 553-653, trial testimony of Plaintiff Linda Cole, taken in the State Court Case.

12. Attached hereto as **Exhibit I** is a true and correct copy of Exhibit 28 (outgoing wire transfer form in the amount of $119,698.04) admitted into evidence during trial in the State Court Case.

13. Attached hereto as **Exhibit J** is a true and correct copy of Exhibit 29 (outgoing wire transfer form in the amount of $242,314.62) admitted into evidence during trial in the State Court Case.

14. Attached hereto as **Exhibit K** is a true and correct copy of excerpts of the Verbatim Report of Proceedings, Volume I of II, pages 133-140, 166-168, 191-194, 198-199, 219-229, 264-268, 273-277 trial testimony of Defendant Eric Young, taken in the State Court Case.

I declare under penalty of perjury that the foregoing is true and correct.

//
//
//

DECLARATION OF MATTHEW A. MENSIK IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT - 4

Riverside NW Law Group, PLLC
905 W. Riverside Ave., Ste 208
Spokane, WA 99201
(509) 606-0746 | rnwlg.com

| | |
|---|---|
| Dated December 29, 2025 | RIVERSIDE NW LAW GROUP, PLLC |
| | BY: */s/ Matthew A. Mensik* |
| | Mathew A. Mensik, WSBA 44260 |
| | 601 W. Riverside Ave. Ste. 810 |
| | Spokane, WA 99201 |
| | Telephone: (206) 949-3540 |
| | Email: mam@rnwlg.com |

DECLARATION OF MATTHEW A. MENSIK IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT - 5



# CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Eric and Susanann Young
24 E. Sapphire Ln
Spokane, WA 99208
*And via email:*
eyoung-encrypt@pm.me
jaegersmum@proton.me

Dated this 29th day of December, 2025.

/s/ *Matthew A. Mensik*
Matthew A. Mensik

DECLARATION OF MATTHEW A. MENSIK
IN SUPPORT OF PLAINTIFFS' MOTION
FOR SUMMARY JUDGMENT - 6

