# Exhibit A

 Outlook

Re: Notice of Today's Filings – Adv. No. 25-80038-FPC and Related Matters

**From** Eric Young <eyoung-encrypt@pm.me>
**Date** Wed 12/24/2025 5:15 PM
**To** Jolene Britton <Jolene_Britton@waeb.uscourts.gov>
**Cc** jaegersmum <jaegersmum@proton.me>; Matt Mensik <mam@rnwlg.com>; Kacy Tellessen <kot@rnwlg.com>; Matt Crotty <mzc@rnwlg.com>

📎 16 attachments (18 MB)
80037-DFND-Cert-Svc-25-12-24.pdf; 80038-DFND-Cert-Svc-25-12-24.pdf; 80038-DFND-MSJ-DECL-ERIC-YOUNG.pdf; 80038-DFND-MSJ-NOTICE-HEARING-on-251230.pdf; 80037-DFND-PROP-ORDER-Deny-PLTF-Remand.pdf; 80038-DFND-Defer-Trial-pend-MSJ-PROP-ORDER-.pdf; 80038-MSJ-EXHIB-INDEX-SHEET.pdf; 80038-DFND-MSJ-PROP-ORDER.pdf; 80038-Motion-in-Limine-LF4001-Corrected-PropOrder.pdf; 80038-DFND-Notice-Filing-Suppt-Docs.pdf; 80038-DFND-Defer-Trial-pend-MSJ-Motion.pdf; 80038-DFND-MSJ-Statement-of-Material-Facts-final.pdf; 80038-DFND-MSJ-Memo-Points-Auth-final.pdf; 80038-DFND-MSJ-ERRATA-SUPPLEMENTAL-EXHIBITS-final.pdf; 80038-DFND-Pre-Trial-WITNESS-LIST.pdf; 80038-DFND-Pre-Trial-Exhibit-Index.pdf;

Dear Ms. Britton / Chambers,

I am writing to provide courtesy copies of filings we are unable to file in person today because the Clerk's Office appears to be closed for the holiday.
This has been a constant challenge since we are pro se and cannot access CM/ECF for electronic filing.

On December 1, 2025, we filed our Motion for Summary Judgment in Adversary No. 25-80038-FPC7, including exhibits, along with several other related filings, and served notice to Plaintiffs via email.

On December 24, 2025, we served by U.S. mail on Plaintiffs' counsel the supporting papers and related documents noted in the attached 'Cert-Svc…' files, one for 25-80038, and one for 25-80037.
These documents contain tables listing the 25 files we have filed and/or served in these matters, and further describe the various means of service involved (16 files attached, 2 pre-trial documents already filed, 14 to be filed).
We also serve these same files to Plaintiffs' counsel via this email for earliest possible access.

True and correct copies of those documents to be filed are attached here for the Court's convenience. We will file the originals with the Clerk's Office on the next business day it is open.
The documents and exhibits attached have been, to the best of our knowledge, redacted where necessary.

Plaintiffs have had our MSJ, initial exhibit volume, and Judicial Summary since December 1, 2025, along with all evidentiary content previously in their possession for the last 26 months.
The attached supporting papers do not request any new or different relief. They organize the record and provide citations and evidentiary foundation for the same issues and exhibits.

Defendants' Opposition to Plaintiffs' Motion for Summary Judgment, together with Defendants' Statement of Disputed Material Facts in Opposition, will be filed and served on or before December 29, 2025, in accordance with the response deadline stated in Plaintiffs' notice.

Thank you, and we appreciate the Court's time, especially over the holiday period.

Eric R. Young
Debtor / Defendant, Pro Se
Susan L. Young
Debtor / Defendant, Pro Se
Case No. 25-01029-FPC7
Adv. Nos. 25-80037-FPC and 25-80038-FPC

Mobile/Signal/WhatsApp: 936-494-8730
[eyoung-encrypt@pm.me](mailto:eyoung-encrypt@pm.me)

CC: Matthew Mensik; Kacy Tellessen; Matthew Crotty - Partners/Members/Governors - Riverside NW Law Group, PLLC


On Monday, December 1st, 2025 at 1:50 PM, Eric Young <eyoung-encrypt@pm.me> wrote:

> Hello, Ms. Britton.
>
> I wanted to let you know that we intend to file a significant package of pleadings today in the Young bankruptcy matters, including Defendants' Motion for Summary Judgment in Adversary No. 25-80038-FPC.
>
> Given weather variability (it's snowing again right now), this email is intended as a brief notice of our timely filing efforts in the event there are any unforeseen disruptions affecting access or processing, e.g., I've never filed anything at your court location before, and because we cannot submit filings to the court electronically.
>
> The filing package will also include a motion requesting (1) an order shortening time and (2) coordinated hearing settings across related matters that share a common core of facts and issues. If the Court anticipates setting oral argument on the Motion for Summary Judgment and related motions, we will be prepared to appear as the Court directs.
>
> After the pleadings are filed, I will submit the online hearing request form in accordance with the procedure the Clerk's Office previously described.
>
> Thank you for your assistance. Please let me know if there are any specific local procedures or requirements we should follow with respect to these filings or hearing requests.
>
> Sincerely,
>
> Eric R. Young
> Debtor / Defendant, Pro Se
> Susan L. Young
> Debtor / Defendant, Pro Se
> Case No. 25-01029-FPC7
> Adv. Nos. 25-80037-FPC and 25-80038-FPC
>
> Mobile/Signal/WhatsApp: 936-494-8730
> eyoung-encrypt@pm.me
>
>
> On Friday, October 24th, 2025 at 9:31 AM, Matt Mensik <mam@rnwlg.com> wrote:
>
>> Mr. & Mrs. Young -
>>
>> Please see the ADR Form 2 that was just filed in the above referenced case.