# Exhibit B

ERIC AND SUSAN YOUNG
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
EMAIL eyoung-encrypt@pm.me
       jaegersmum@proton.me
Defendants Pro Se

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br>ERIC ROSS YOUNG and<br>SUSAN LINETTE YOUNG,<br>    Debtors.<br>_____<br><br>LINDA COLE and TED COLE,<br>    Plaintiffs,<br>v.<br>ERIC ROSS YOUNG and<br>SUSANANN LINETTE YOUNG,<br>    Defendants. | CASE NO. 25-01029-FPC7<br><br>CHAPTER 7<br><br>ADVERSARY NO. 25-80038-FPC<br><br>NOTICE OF FILING SUPPORTING PAPERS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |
NOTICE OF FILING SUPPORTING PAPERS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
Page 1 of 2

ERIC AND SUSAN YOUNG - Defendants Pro Se
12402 N Division St #167 :: Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me  -  jaegersmum@proton.me

25-80038-FPC    Doc 24-2    Filed 12/29/25    Entered 12/29/25 21:52:50    Pg 2 of 3

**NOTICE:**

Defendants filed their Motion for Summary Judgment and significant evidence on December 1, 2025. Defendants now file the accompanying Memorandum of Points and Authorities, Separate Statement of Facts, and supporting Declarations, along with additional exhibits in support of that already-filed Motion. These supporting papers do not request any new or different relief and do not expand the issues presented; they organize and provide record citations and evidentiary foundation for the same exhibits and materials that Plaintiffs have possessed since December 1, 2025.

If the Court determines that Plaintiffs require additional time to address these supporting papers, Defendants do not oppose a brief continuance of the hearing so that the Court may resolve the Motion on a complete and orderly record.

Respectfully Submitted,

Dated: December 23, 2025

/s/   Eric Young          /s/ Susan Young
      Eric Young              Susan Young

NOTICE OF FILING SUPPORTING PAPERS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
Page 2 of 2

ERIC AND SUSAN YOUNG - Defendants Pro Se
12402 N Division St #167 :: Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me  -  jaegersmum@proton.me

25-80038-FPC   Doc 24-2   Filed 12/29/25   Entered 12/29/25 21:52:50   Pg 3 of 3