# Exhibit C

```
       IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
                 IN AND FOR THE COUNTY OF SPOKANE
                            * * * * *

LINDA COLE AND TED COLE,      )
                              )   SPOKANE COUNTY
          Plaintiffs,         )   SUPERIOR COURT
                              )   NO. 23-2-04734-32
vs.                           )
                              )   COURT OF APPEALS
ERIC YOUNG AND SUSAN YOUNG,   )   NO. 411184
                              )
          Defendants.         )
_____)
```

VERBATIM REPORT OF PROCEEDINGS
VOLUME I OF II
HONORABLE JACQUELYN HIGH-EDWARD
JANUARY 13-16, 2025

APPEARANCES:

FOR THE PLAINTIFFS:

RIVERSIDE NW LAW GROUP, PLLC
By:     Matthew Mensik
        Kacy Tellessen
        905 W Riverside Ave Ste 208
        Spokane, Washington 99201


FOR THE DEFENDANTS:

        Eric and Susan Young
        Pro se
        24 East Sapphire Ln
        Spokane, Washington 99208



        Ivie Ann Larsen, CCR No. 23028166
             1222 W Summit Pkwy, #10
                Spokane, WA 99201
                 (360)509-0341

GENERAL INDEX

| | PAGE NO. |
|---|---|
| January 13, 2025 | 6 |
| Preliminary Matters | 6 |
| Opening Statement by Mr. Mensik | 14 |
| Opening Statement by Ms. Young | 33 |
| Opening Statement by Mr. Young | 43 |
| Testimony of Virginia Tate | 53 |
| Testimony of Matthew Anderson | 92 |
| Testimony of Rebecca Flaherty | 107 |
| Testimony of Eric Young | 132 |
| January 14, 2025 | 286 |
| Preliminary Matters | 286 |
| Continued Testimony of Eric Young | 299 |
| Testimony of Susan Young | 468 |
| Reporter's Certificate | 500 |

## WITNESS INDEX

| WITNESS | PAGE NO. |
|---|---|
| VIRGINIA TATE | |
| DIRECT EXAMINATION BY MR. MENSIK | 53 |
| CROSS-EXAMINATION BY MS. YOUNG | 79 |
| CROSS-EXAMINATION BY MR. YOUNG | 87 |
| REDIRECT EXAMINATION BY MR. MENSIK | 89 |
| MATTHEW ANDERSON | |
| DIRECT EXAMINATION BY MR. TELLESSEN | 92 |
| CROSS-EXAMINATION BY MS. YOUNG | 96 |
| CROSS-EXAMINATION BY MR. YOUNG | 102 |
| REBECCA FLAHERTY | |
| DIRECT EXAMINATION BY MR. MENSIK | 107 |
| CROSS-EXAMINATION BY MS. YOUNG | 124 |
| REDIRECT EXAMINATION BY MR. MENSIK | 129 |
| ERIC YOUNG | |
| DIRECT EXAMINATION BY MR. MENSIK | 132 |
| CROSS-EXAMINATION BY MS. YOUNG | 299 |
| REDIRECT EXAMINATION BY MR. MENSIK | 447 |
| SUSAN YOUNG | |
| DIRECT EXAMINATION BY MR. MENSIK | 468 |

```
 1                        EXHIBIT INDEX
 2     NO.       DESCRIPTION                               PAGE NO.
 3     D-116     Video - 10/21/2023                             11
 4     D-110     Text Messages (p. 469-470)                    162
 5     D-113     Text Messages (p. 1245)                       339
 6     D-113     Photos (p. 1246-1250)                         342
 7     D-110     Text Messages (p. 500-502)                    498
 8
 9                   PREVIOUSLY ADMITTED EXHIBITS
10     NO.       DESCRIPTION                               PAGE NO.
11     P-36      Fidelity Investment Report 2023                57
12     P-24      Uniform Residential Loan Application           60
13     P-20      BofA Statement August/September 2023           64
14     P-21      Documents - 2023                               65
15     P-37      October 2023 Bank Statements                   65
16     P-38      Hearing Transcript - 11/7/2023                 70
17     P-14      Excel Accounting Spreadsheet                   76
18     P-9       Residential Purchase Agreement                115
19     P-10      Email to Magan Ham - 12/29/2023               121
20     P-15      Email from Magan Ham                          122
21     P-1       Promissory Note - 6/14/2016                   149
22     P-4       Checks from Linda Cole -5/1/2023              152
23     P-19      Text Messages - September 2023                170
24     P-23      Gift Letter - 10/11/2023                      191
25     P-18      Emails from Dawn Bruce to Linda Cole          200
```

| | | | |
|---|---|---|---|
| 1 | P-26 | Documents - 10/14/2023 | 202 |
| 2 | P-27 | Email to Dawn Bruce - 10/16/2023 | 211 |
| 3 | P-28 | Signed Wire Transfer | 215 |
| 4 | P-29 | Signed Wire Transfer | 215 |
| 5 | P-30 | Email Correspondence with Dawn Bruce | 215 |
| 6 | P-51 | Audio - 10/21/2023 | 233 |
| 7 | P-31 | Email Correspondence - 10/26/2023 | 256 |
| 8 | P-32 | Text Messages - October 2023 | 258 |
| 9 | P-6 | Letter from Mr. Vaughan - 10/30/2023 | 259 |
| 10 | P-11 | Signal Message from Mr. Young | 259 |
| 11 | P-16 | TRO Hearing Transcript - 11/7/2023 | 264 |
| 12 | P-13 | Statement of Credit Denial | 268 |
| 13 | P-12 | Text Correspondence with Mr. Severns | 279 |
| 14 | P-25 | Email from Dawn Bruce - 10/13/023 | 412 |
| 15 | P-2 | Text Messages - March 2020 | 486 |