# Exhibit D

1    the courtroom.

2             MR. YOUNG:  I'll wait.

3             MR. MENSIK:  Would you like her to go up

4    here?

5             THE COURT:  Yes, please.

6             Good morning.  I'll go ahead and swear you

7    in.  Do you affirm and attest that the testimony

8    you're about to give is the truth?

9             THE WITNESS:  I do.

10            THE COURT:  Thank you.  Go ahead and have a

11   seat.

12                D I R E C T   E X A M I N A T I O N

13   BY MR. MENSIK:

14       Q.  Can you please state your name for the

15   record.

16       A.  Virginia Tate.

17       Q.  And can you spell it.

18       A.  V-I-R-G-I-N-I-A.  Tate, T-A-T-E.

19       Q.  And what is your address?

20       A.  It is 101 West Ironwood Drive, Suite 164,

21   Coeur d'Alene, Idaho.

22       Q.  Ma'am, you're here to provide some expert

23   testimony here in this case; is that correct?

24       A.  Yes.

25       Q.  All right.  Before we talk about that

25-80038-FPC   Doc 24-4   Filed 12/29/25   Entered 12/29/25 21:52:50   Pg 2 of 27

1 testimony, I want to talk about your background. So

2 can you just explain your education and how you got to

3 where you're at right now?

4     A.   Yes. I attended the University of Washington

5 in business school, a bachelor's of administration --

6 business administration with a focus on accounting. I

7 then have three certifications. The first one listed

8 on my CV is certified fraud examiner; the second one

9 is certified insolvency and restructuring accountant;

10 and the third one is an enrolled agent with the U.S.

11 Treasury.

12     Q.   What does that -- what does it mean to be an

13 enrolled agent?

14     A.   An enrolled agent is -- probably easiest way

15 to specify this -- it's strictly in accounting and

16 taxation, so much as if you took exams and pass the

17 FBI, you become a special agent. When you do this

18 with the internal revenue service, you become an

19 enrolled agent.

20     Q.   Okay. I want to talk about the fraud

21 examiner piece. How long have you been a fraud

22 examiner?

23     A.   Since 2007.

24     Q.   Okay. And if you can just explain what it

25 means to be a fraud examiner, to those like us that

1    are uninitiated.

2         A.   Certainly.   This is a certification

3    administered by the Association of Certified Fraud

4    Examiners out of Austin, Texas.   And that is an

5    organization that was brought together between law

6    enforcement, the legal community, and the AICPA.   It

7    is also a three-part examination after an extensive

8    course of studies.

9         Q.   Okay.   And how long have you been -- and I

10   apologize.   I missed this.   How long have you been a

11   certified fraud examiner?

12        A.   Since 2007.

13        Q.   Where do you work now?

14        A.   Forensic Accounting and Investigations

15   International.

16        Q.   And how long have you been with them?

17        A.   It is my company.   We opened it in 2008.

18        Q.   I want to talk about the things you reviewed

19   in preparation for your testimony today.   I know you

20   maybe can't give an exhaustive list, but in

21   preparation for testifying about some of these

22   questions we're going to talk about today, what did

23   you review?

24        A.   In general, of course, the financial records

25   and transactions, as provided to me, which includes

```
 1   Fidelity accounts, bank accounts such as BofA, Bank of
 2   America -- various accounts, and then to the best that
 3   we even had source documents to compare, such as the
 4   wire transfers of funds.
 5        Q.   Okay.  Now, you were retained earlier in this
 6   case, and I think last year, 2023, you provided some
 7   reports; do you remember that?
 8        A.   Yes.
 9        Q.   And what was your involvement, the best you
10   can remind the Court, at that time?
11        A.   With the -- or the -- yes.  The Coles'
12   previous attorney -- I was forwarded documents, and
13   then I did a financial analysis, an initial report, I
14   believe, February 28th, a supplemental report
15   immediately after that, and a second supplemental
16   report after that.
17        Q.   All right.  I want to talk about now some of
18   these questions that I have for you.  And I want to
19   talk about the Youngs, who are sitting to my right --
20   their financial situation in 2023.  And I want to
21   start with this first question.
22        Based upon your review of the financials, what was
23   Mr. Young's net income in 2023?
24        A.   In '23, it appears that he had bimonthly
25   deposits with a net income deposited to his bank
```

Linda and Ted Cole v. Eric and Susan Young
Trial - Volume I of II

1    account of approximately $4,400.  So he had his last

2    check in, I believe, November 15th, which would have

3    probably been the pay period ending October 31st, so

4    approximately $88,000.

5         Q.   $8,800?

6         A.   $8,800 a month.  You know, $88,000 for the

7    year.

8         Q.   All right.  So with that in mind, $8,800, I

9    want to talk about -- I want to go ahead and show you

10   a document real quick.  We'll pull up Exhibit 36,

11   which has already been admitted.

12              THE COURT:  So it should be the black binder

13   for you.  And then if he puts it on the screen, it

14   should also pop onto your screen here.

15        Q.   (BY MR. MENSIK)  We'll put it on the screen

16   for you, too, but I want you to go to Exhibit 36, page

17   99.

18        A.   Yes.

19        Q.   All right.  Now, I want to ask you about this

20   document.  This is a document that you reviewed

21   previously?

22        A.   It is.

23        Q.   Okay.  And what are we looking at, just for

24   the Court -- so the Court understands?

25        A.   We're looking at the 2023 year-end investment

25-80038-FPC   Doc 24-4   Filed 12/29/25   Entered 12/29/25 21:52:50   Pg 6 of 27

1    report for Eric Young from Fidelity.

2        Q.   Okay.  And does this document show a full

3    year of transactions from January 1st, 2023, to

4    December 31st, 2023?

5        A.   Yes.  It is a recap of that.

6        Q.   I want to draw your attention to the -- so

7    there's a -- it says "your portfolio value" on the

8    right.  It gives that $286,000 number.  But I want to

9    go a couple lines down.  And that black line, that

10   first black line across there -- right below, it says

11   "beginning portfolio value."  Do you see that?

12       A.   I do.

13       Q.   What is the number as of January 1st, 2023,

14   in this Fidelity account?

15       A.   $1,691.84.

16       Q.   And so that's -- that's the total in that

17   Fidelity account as of that date?

18       A.   Correct.

19       Q.   And so as of -- as of January 1st, that's

20   where their Fidelity account sits?

21       A.   Correct.

22       Q.   Okay.  I want to talk to you now -- we have

23   talked about the net income, $8,800 a month.  I want

24   to ask you, did you review the Youngs' expenditures

25   per month, the big items, to give an understanding of

1  -- or to come to an understanding of what expenses the

2  Youngs had on a monthly basis?

3      A.  I did.

4      Q.  Okay.  And do you recall -- and you were able

5  to determine that from the bank records that you

6  reviewed?

7      A.  I did.

8      Q.  Okay.  Do you recall how much money in rent

9  the Youngs paid out per month?

10      A.  I believe it to be $2,775 is the base rent,

11  and there appears to be several months where they pay

12  a little in excess, which I assume may be a late fee

13  or some other kind of fee.

14      Q.  So we got this 200 -- $2,755, or --

15          MS. YOUNG:  Objection, Your Honor.

16  Speculation.

17          THE COURT:  Overruled.

18      Q.  (BY MR. MENSIK)  So we've got that as a base

19  for rent.  Did the -- based on the records the Youngs

20  -- well, let me -- I'll just take you to a document

21  real quick.

22          Well, let me ask you.  Do you remember what

23  -- how much money the Youngs spent each month on their

24  two automobile payments?

25      A.  I believe there are two payments, as

25-80038-FPC   Doc 24-4   Filed 12/29/25   Entered 12/29/25 21:52:50   Pg 8 of 27

1    confirmed by their loan application, and one is $954

2    and change.  And I believe the other is $1,072.

3         Q.   Okay.  I'm just going to show you -- sorry.

4    I apologize.

5         Okay.  Go to Exhibit 24.  Exhibit 24, page 3.

6         And so what is this document that we're looking

7    for -- or at -- that's Exhibit 24?

8         A.   This document is a loan application

9    submitted -- a uniform residential loan application

10   submitted by Eric Young.

11        Q.   Okay.  And so if you turn to page 3 on the

12   top right-hand corner, you will see liabilities,

13   credit cards.  And it talks about installment, and

14   then it lists monthly payment.  It says $1,052 and

15   then $954; do you see those?

16        A.   I do.

17        Q.   And those constitute, based on your review,

18   the car -- the monthly car payments that the Youngs

19   had?

20        A.   Yes.  Those are identified as car payments.

21        Q.   So we got the $2,755 for rent, and then we

22   have a car payment, which is $1,052 per month, and

23   then another car payment that's $954.

24        A.   Yes.

25        Q.   Okay.  Did the Youngs have student loan

25-80038-FPC   Doc 24-4   Filed 12/29/25   Entered 12/29/25 21:52:50   Pg 9 of 27

1    payments?

2        A.  Yes.

3        Q.  And how much per month were the Youngs paying

4    on student loans?

5        A.  According to the application, the minimum

6    payment on the first one is $29.10; the second one,

7    $17.11; third one, $17.03; the fourth is $8.39; the

8    fifth is $8.12; and the sixth is $5.54.

9        Q.  And I'm bad at math, but do you remember

10   about the amount of money that they were paying per

11   month on these student loans?

12       A.  Off the top of my head, what do we have --

13   probably around $125, $150.

14       Q.  Now, the -- based on your review, did you

15   also see the Youngs' car insurance payments?

16       A.  Yes.

17       Q.  Okay.  And do you remember what those were,

18   generally?

19       A.  In general, it appears there's one month

20   where it's $338, off the top of my head, without the

21   document in front of me.  And oftentimes, it was, I

22   believe, $719.

23       Q.  And the $719 -- did you -- you've got this,

24   you know, $350 number, this $719 number you gave.  Do

25   you understand there to be a difference between the

Linda and Ted Cole v. Eric and Susan Young
Trial - Volume I of II

1  two?

2      A.  My thought, without obviously having the --

3  the insurance document in front of me, is that perhaps

4  they were behind on payments and made a double payment

5  several times.

6          MS. YOUNG:  Objection, Your Honor.

7  Speculation.

8          THE COURT:  Sustained.  I'll strike that.

9      Q.  (BY MR. MENSIK)  All right.  With regards --

10  did you see credit card payments, monthly minimum

11  credit card payments being made by the Youngs?

12      A.  Yes.

13      Q.  Okay.  And do you recall what those were?

14      A.  There were payments to the Mission Visa card,

15  which are generally between $1000 to $3,000, although

16  the minimum payments are somewhat smaller, according

17  to this loan application.

18      Q.  And then did the Youngs also pay for

19  schooling for their son?

20      A.  Correct.  They did.

21      Q.  And do you remember how much the tuition was,

22  approximately, per month?

23      A.  Approximately $2000 a month.

24      Q.  Okay.  Now, previously, we talked about --

25  you and I talked about doing the math on payments --

1　that the subtotal of these different expenditures was

2　about $7,390 for the rent, the two autos, the student

3　loans, the insurance, the Visas, and then the child

4　tuition.  Do you remember that being a rough number?

5　　　A.　Yes.  And we did the -- when we added those

6　up, we used the minimum payments, according to this

7　uniform loan application, rather than the amount that

8　was actually paid each month.

9　　　Q.　Okay.  And for a family of three, without

10　going through all the expenditures line by line for

11　who bought food, what -- the IRS, with regards to how

12　much a family of three expends or should spend or --

13　it's kind of earmarked for spending.  What does the

14　IRS say for a family of three for a month?

15　　　A.　It's in the $1,700 range.

16　　　Q.　And so when we talked before, you said the

17　minimum monthly expenses, it looked like, between the

18　auto loans and all their other expenses and what the

19　IRS says that a family of three needs to spend was

20　$9,067; is that correct?

21　　　A.　That is correct.

22　　　Q.　And so 9 -- I'm bad at math, but the $9,067

23　is more than the $8,800 net per month that Mr. Young

24　made; is that correct?

25　　　A.　That is correct.

1    Q.   And so just based on those numbers, is it

2   accurate to say that the Youngs were running at a

3   built-in deficit if they just spent that money that we

4   were talking about?

5    A.   Yes.  In fact, when I look at the Excel

6   schedule Mr. Young provided, it appears that in August

7   and September, there were approximately 10 overdrafts

8   or NSFs in his accounts already.

9    Q.   And based upon being a fraud examiner and

10   everything else, what does that indicate to you?

11    A.   Indicates that cash flow was tight.

12    Q.   I want to talk about -- so now we've talked

13   about net income; we've talked about monthly

14   expenditures.  I want to talk about a financial

15   snapshot of the -- the actual funds available to the

16   Youngs in late September and October 1st of 2023.  So

17   I want to go to Exhibit 20.  We'll go to page 1.

18    And so what are we looking at here?

19    A.   This is the Bank of America statement for

20   Eric Young or Susan Young, and it is account number

21   2131 from August 29, '23 through September 26, '23.

22    Q.   So on that page in blue, it says, "Ending

23   balance on September 26, 2023."  Do you see that?

24    A.   Yes.

25    Q.   And what is that number?

25-80038-FPC   Doc 24-4   Filed 12/29/25   Entered 12/29/25 21:52:50   Pg 13 of 27

1     A.   $321.02.

2     Q.   So on that date, their personal bank account,

3  $321.02.  I want to -- and just so I'm clear -- and

4  that's the 26th, and you're aware that the wire

5  transfers at issue in this case occurred on October

6  16th, 2023?

7     A.   Correct.

8     Q.   Okay.  Let's go to Exhibit 21.  And we'll go

9  to -- well, let's just go to Exhibit 21 real quick.

10  Page 1.

11     Now, I want to ask you, what is this first -- just

12  this first page showing us?

13     A.   This is the Fidelity brokerage firm statement

14  for -- it ends September 30th, so for the month of

15  September, 2023 -- and it is a portfolio -- the cover

16  page is the portfolio value.

17     Q.   Okay.  So if you look down on the right, if

18  you go down all those lines, that says -- there's a

19  total down at the bottom.  It says, "Total including

20  other holdings."  Do you see that?

21     A.   I do.

22     Q.   And what is that number?

23     A.   $5,619.05.

24     Q.   Okay.  I want to go to Exhibit 37.  Page 1.

25  I apologize.

1    So what we're looking at -- can you tell us what

2 we're looking at here?

3    A.   It is a Bank of America bank statement for

4 SY&A, Shultz, Young & Associates, LLC, for the period

5 of October 1st, 2023 to October 31st, 2023, bank

6 account number 9509.

7    Q.   Okay.  And I want to go to the account

8 summary, and it says "Beginning balance on October 1,

9 2023."  Do you see that?

10    A.   I do.

11    Q.   And what's that number?

12    A.   $276.71.

13    Q.   And then finally, I want to go to Exhibit 37.

14 Or it's -- yeah, it's -- stay on Exhibit 37, but go to

15 page 56.  Now, you can look at page 55 to familiarize

16 yourself with what this is, but then I'm going to turn

17 to 56.  And what are we looking at here?

18    A.   We are looking at the Woodforest National

19 Bank account for Susan Young for the period of

20 September 21st through October 20th, 2023.  And it

21 ends in -- the account number ends in 7860.

22    Q.   Now, I want to take you to the next page,

23 page 56.  And I want you to go down to the very

24 bottom.  It says, "Daily closing balance summary."  Do

25 you see that?

25-80038-FPC   Doc 24-4   Filed 12/29/25   Entered 12/29/25 21:52:50   Pg 15 of 27

1       A.   I do.

2       Q.   Now, on October 1st, what is the closing

3  balance?

4       A.   $616.66.

5       Q.   Okay.  Now, my math -- and you can do the

6  math.  But I've got $321 in one account, $5,600 in

7  another, $276 in another, and then $616.  So that's

8  about $6,800?

9       A.   That's correct.

10      Q.   Now staying on Exhibit 37, I would like to

11  talk about some of these entries.  Let's go to Exhibit

12  37, page 32.

13      A.   Yes.

14      Q.   Now I would like to draw your attention to

15  the 10/17 -- there's a 10/17 entry that starts with

16  "Arivo."  Do you see that?

17      A.   Yes.

18      Q.   Okay.  And based on your review of the

19  records and the documents, what is this Arivo entry

20  for?

21      A.   This Arivo entry is a payment of a car

22  payment.

23      Q.   Okay.  And based upon your review of the car

24  payments, is this right here, this number, this $1,908

25  -- $1,908.44 -- does that appear to be a double

1   payment?

2       A.   That appears to be a double payment.

3       Q.   And then down there on 10/18, the 10/18 entry

4   that starts with Amica Insurance; do you see that?

5       A.   Yes.

6       Q.   And with regards to that, what is that?

7       A.   Amica is an insurance company that covers

8   auto, home, and life.

9       Q.   And there's a payment for $719.40; do you see

10  that?

11      A.   Yes.

12      Q.   Based on your review of the records, does

13  this constitute -- or this appear to be a double

14  payment?

15      A.   It is either a large monthly payment, or it

16  is approximately double of a smaller payment that I

17  have seen.

18          MS. YOUNG:   Objection, Your Honor.

19  Speculation.

20          THE COURT:   Overruled.

21          MR. MENSIK:   Sorry, Your Honor.   I didn't

22  hear you.

23          THE COURT:   Overruled.

24      Q.   (BY MR. MENSIK)   I want to keep on this page.

25  And this is something that I showed the Court in

1   opening, but this page, Exhibit 37, page 2 -- I just

2   want to reorient the Court.  What exactly are we

3   looking at here?  What bank account -- statement for

4   what bank account?

5       A.   This is for Bank of America, account number

6   2131, Eric Young or Susan Young.

7       Q.   And I want to just -- of that bank statement,

8   Exhibit 37, page 32, I want to just -- I just want to

9   focus in on this page for a minute.  Now, I kind of

10  want you to draw a line above the entry that starts

11  with 10/16; do you see that?

12      A.   Yes.

13      Q.   Now, 10/16 is the date of the wire transfers

14  from my client into the defendant's account, correct?

15      A.   Correct.

16      Q.   And then I want you to draw a line down there

17  at October 18th, 2023.

18      A.   Yes.

19      Q.   Okay.  Now, this one is to the right -- all

20  these dollar amounts.  How much approximately is being

21  expended within that three-day period of time?  Or

22  moved.

23      A.   More than $150,000.

24      Q.   And based upon your review of this, is it

25  expenditures, or is it also just moving money?

1      A.   There are 1, 2, 3, 4, 5 wire -- or five

2 transfers of funds.

3      Q.   And then with regards to a 10/16 entry up at

4 the top, it says, "Mission Lane Visa." Do you see

5 that?

6      A.   I do.

7      Q.   And what do you understand that to be?

8      A.   I understand that to be a Visa.

9      Q.   Another thing -- I want to get away from just

10 the records for a second, and I want to talk about

11 November 7th, 2023. There was a hearing in this case.

12 And I know you have shared -- I have shared this with

13 you, and I can take you to the document, but I'll

14 represent that Mr. Young testified that by October --

15 or November 7th, 2023, that he had expended -- or that

16 there was about -- $82,000 of the monies that were

17 wired into his account were expended.

18     Based on your review of the financials and the

19 bank accounts that you have, what number, by November

20 7th, had Mr. Young expended?

21      A.   More than $80,000.

22      Q.   Now, I'm going to read you something. We can

23 go, actually, to Exhibit 38, page 9. I'm going to

24 read you something, and I'm going to ask you some

25 questions about it.

1    So Exhibit 38, page 9.  This is a transcript from

2  a hearing on November 7th, and this is an interaction

3  between Mr. Young and the Court.

4    And the Court says on page -- or line 10, the

5  Court says, "Okay.  Let's do that, because what I

6  don't want to do is freeze your daily spending."

7    Mr. Young says, "Right."

8    Ms. Young says, "Thank you."

9    The Court says, "That would be a disaster.  I want

10  to make sure if you can put the money into a separate

11  account, I'll freeze that one."

12    Mr. Young:  "Okay."

13    The Court:  "Will it just be in a sub account of

14  the account it went into?"

15    Mr. Young:  "No, because it will be a different

16  bank out of that one because that one just has its own

17  account, you know, a personal account."

18    The Court:  "Where is it right now?"

19    Mr. Young:  "It's in a Fidelity.  It's in a

20  brokerage account."

21    The Court:  "And that's your daily?"

22    "No, it is not.  I have moved a chunk of it over,

23  and so there, the main daily account is not populated

24  with that sum, and the sum is different anyways

25  because of the activities that have been going on so

25-80038-FPC    Doc 24-4    Filed 12/29/25    Entered 12/29/25 21:52:50    Pg 20 of 27

1  far for two weeks and she was aware of in advance and

2  things, so on."

3      So after -- after November 7th, 2023, with regards

4  to those funds that were wired into the Youngs' bank

5  account, how often, if at all, does Mr. Young move

6  those funds in and out of that Fidelity account?

7      A.  Over the course that Mr. Young was in

8  possession of the funds from the Coles -- in the

9  period, actually, from October 16th through the end of

10  February, there was more than 100 -- or I'm sorry,

11  more than 50 transfers of money in and out of

12  different bank accounts.

13      Q.  Okay.  I want to talk about the Youngs'

14  expenditures.  Now, you talked earlier, and you

15  established that the last paycheck that Mr. Young

16  received -- it looks like in 2023 -- was November

17  15th, 2023, I believe you said, right?

18      A.  Yes.

19      Q.  Okay.  I want to talk about expenditures out

20  of his accounts after the Court's November 7th, 2023

21  order.  And I want to take you to Exhibit 36, page 87.

22      What are we looking at here?

23      A.  This is the debit card activity on his -- on

24  Eric Young's Fidelity account ending in 1632.

25      Q.  And I want to draw your attention, just for

1   the purposes of just a snapshot for the Court.  I want

2   to take you to December 24th, 2023.  And I want to

3   just walk through some of these entries for the Court.

4   And so -- and just hitting the big ones, what do

5   you understand that these big ones are, or what -- you

6   know, not what they're used for, but what these

7   expenditures are and how much?

8   A.  Yes.  There's an expenditure to Staples on

9   December 24th for $970.50; on 12/26, to Verizon for

10  $932.94 cents; on the 27th, another Verizon Digital

11  Chat for $1,618.93; and on the 27th, there are three

12  transactions with Best Buy, the first one for $870.90,

13  the second for $870.91, and the third one for $883.98.

14  Q.  So this is just a three-day period in

15  December, 2023?

16  A.  Correct.

17  Q.  And this is over a month after Mr. Young has

18  received his last paycheck?

19  A.  That is correct.

20  Q.  There was a hearing in this case, and it's in

21  the record.  But on February 2nd, 2023, the Court

22  entered a preliminary injunction in this case, and to

23  speed this along, requiring the defendants to wire the

24  remaining funds that they had, which the Court -- I

25  understand was $282,000, $284,000 into the Youngs' --

25-80038-FPC   Doc 24-4   Filed 12/29/25   Entered 12/29/25 21:52:50   Pg 22 of 27

1    or the Coles' attorney at that time's trust account.

2        And I want to ask you, between -- based on your

3    review of the records, between February 2nd, 2023 and

4    February 20th, 2023, how much money did the Youngs

5    spend out of their various accounts?  Ballpark.  I

6    know you can not give me an exact --

7        A.   I cannot give you an exact one.  There are

8    multiple things that transact right there.

9    Immediately on February 2nd, there is a -- some sort

10   of trip to Seattle to the Seattle Passport Agency for

11   $500.  There are two payments to his attorney for

12   approximately -- Mr. Young's attorney for

13   approximately $10,000.  There's a school payment made

14   for approximately $4,750.

15       So he's -- that -- he goes through quite a few

16   thousands of dollars there.  $20,000?  $15,000,

17   $20,000 in a couple of days.

18       Q.   And then was there a purchase of an RV?

19       A.   There was a purchase of an RV.

20       Q.   Do you remember the approximate amount in the

21   purchase of the RV?

22       A.   Almost $83,000.

23       Q.   Now, I apologize to the Court that I failed

24   to make as an exhibit the -- the Coles' business

25   accounts, bank statements showing some of these

25-80038-FPC    Doc 24-4    Filed 12/29/25    Entered 12/29/25 21:52:50    Pg 23 of 27

1   things.  But you have seen them --

2      A.  I have.

3      Q.  -- seen these transactions before?

4      A.  I have.  That's -- also in that time frame is

5   an acquisition for Starlink for the RV so that they

6   could get internet -- I'm assuming so they could get

7   internet wherever they could need to go.  There is

8   also power sports purchases and another $8,000 to the

9   RV store.

10      Q.  Okay.

11      A.  And a $6,000 withdrawal and another -- oh,

12   $11,450 in a cash withdrawal I have no idea what they

13   used on.

14      Q.  Okay.  So they withdrew -- they were

15   withdrawing cash in February?

16      A.  That is correct.

17      Q.  After February 2nd, 2024?

18      A.  That is correct.  Yeah.

19      Q.  Can you give the Court a -- this is somewhat

20   broad, but based upon your review of the records and

21   their bank accounts and the multiple accounts, can you

22   describe, to give the Court an example of the kind of

23   in and out movement of this money?  Whether it's by

24   total transactions and transfers -- I'm just -- if you

25   can just -- you do this job.  I don't, and I'm just

1   trying to give the Court a sense.

2       A.   Again, we've got over 50 transfers of the

3   money moving back and forth in between various bank

4   accounts.  For some reason, it comes into the personal

5   bank account, then it goes into the business bank

6   account, then it runs in and out of the various bank

7   accounts inside of Fidelity.  There's transfers to all

8   -- back to all their individual accounts.  There's

9   stock transactions.  I believe stock transactions are

10  close to just exceeding a hundred during this time

11  frame, from the time the money is wired in until the

12  end of February.  And specifically, there are 13 stock

13  transactions that happen after -- from February 2nd to

14  the end of February.

15      Q.   Okay.  I want to take you to Exhibit 14,

16  please.

17      A.   Actually, I wanted to supplement that answer

18  with the cash transactions that occur from February

19  2nd, just in this short time frame, towards the end of

20  the month, are more than $11,000.

21      Q.   Let's go to Exhibit 14.

22      A.   Yes.

23      Q.   All right.  And what -- what is this?

24      A.   This is an Excel spreadsheet that I believe

25  was prepared by Mr. Young.

1    Q.   Okay.  And when, approximately, was this

2    provided to you?

3    A.   This was provided, originally, I want to say,

4    late February, early March of '24.

5    Q.   And with regards to this spreadsheet, what

6    was the purpose -- what was your understanding of the

7    purpose of the spreadsheet?

8    A.   My understanding is it was supposed to

9    provide a clear and concise accounting and transaction

10   of how the cash moved through Mr. Young's accounts

11   that was related to the Coles' money.

12   Q.   I want to talk about this.  Now, we know the

13   trust transfers occurred on October 16th, 2023.  If

14   you go to this first page and look at the bottom, to

15   the lower left, the transactions or the movement of

16   money starts on April 27th, 2023; do you see that?

17   A.   I do.

18   Q.   Okay.  And then if you continue on and go to

19   page 7, they're including -- the Youngs include

20   transfers going as far back as October 13th, 2023; do

21   you see that?

22   A.   I do.

23   Q.   And so it looks like seven pages of

24   information and transfers and expenditures that

25   predate the transfer of the money.

1      A.   Yes.

2      Q.   Okay.   What -- did you try to make sense of

3   this document?

4      A.   It doesn't tie specifically to a bank

5   account.   So you can't necessarily just pick up any

6   one bank account and say, that's where I'm going to

7   find that transaction.   You would have to look through

8   all the accounts.   And again, I don't think it is an

9   easily understood document.   It doesn't quantify

10  anything.

11     Q.   All right.   Let me just check with my --

12  Ms. Tate, is there anything that I missed in inquiries

13  for your questions that you want to address or follow

14  up?

15     A.   I don't believe so.

16          MR. MENSIK:   Okay.   Your Honor, I have no

17  further questions for the witness at this time.

18          THE COURT:   Thank you.   We're going to take

19  our morning recess before we start with cross.   So

20  let's be back at 10:40, and we'll start right at

21  10:40.

22          (Recess taken.)

23          THE COURT:   Mr. Young, Ms. Young, who would

24  like to cross first?

25          MS. YOUNG:   I will.