Exhibit E

25-80038-FPC    Doc 24-5    Filed 12/29/25    Entered 12/29/25 21:52:50    Pg 1 of 7

1  So this -- at the very minimum out of the gate,
2  they're nearly $300 in the hole a month.  So were I to
3  have used what I actually -- you know, been able to
4  span and utilize what the actual spending was,
5  obviously the deficit per month would be much larger.
6       MR. MENSIK:  No further questions for this
7  witness, Your Honor.
8       THE COURT:  Thank you, Ms. Tate.  You can go
9  ahead and be excused.
10       Is she excused from her subpoena?
11       MR. MENSIK:  She wasn't subpoenaed.  She's
12  here voluntarily, Your Honor.
13       THE COURT:  Okay.  You can be excused.  Thank
14  you.
15       Your next witness.
16       MR. TELLESSEN:  I call Matthew Anderson, Your
17  Honor.
18       THE COURT:  I'll have him walk up behind
19  counsel table.
20       You can go ahead and have a seat right here.
21  I'll go ahead and swear you in.  I'll have you raise
22  your right hand.  Do you affirm and attest that the
23  testimony you're about to give is the truth?
24       THE WITNESS:  I do.
25       THE COURT:  Thank you.

```
 1              D I R E C T   E X A M I N A T I O N
 2     BY MR. TELLESSEN:
 3         Q.    Good morning, Mr. Anderson.  Could you please
 4     state your full name for the record and spell it.
 5         A.    My name is Matthew Galen Anderson,
 6     M-A-T-T-H-E-W G-A-L-E-N A-N-D-E-R-S-O-N.
 7         Q.    Thank you.  And what is your current address?
 8         A.    My current address is 6119 North Colton
 9     Street, Apartment 13, in Spokane, Washington 99208.
10         Q.    Thank you.  And where do you work?
11         A.    I work at the Postal Annex+ at the Town &
12     Country Shopping Center.
13         Q.    How long have you worked at the Postal Annex?
14         A.    I have worked there for over 10 years.
15         Q.    What is your current title at the Postal
16     Annex?
17         A.    I am a customer service representative.
18         Q.    And could you please just generally describe
19     what your duties are at the Postal Annex.
20         A.    At the Postal Annex, I'm responsible for
21     anywhere from front work with the customers of
22     transactions -- I do packing and shipping for them, as
23     well as copy/print jobs, as well as notarial acts.
24         Q.    On those notarial acts, when were you first
25     commissioned as a notary?
```

```
 1      A.   I was commissioned as a notary in -- I
 2  believe it was 2016.
 3      Q.   Since 2016, have you renewed your commission?
 4      A.   I have.  I am now on my third commission.  I
 5  believe they're four years each.
 6      Q.   And could you please describe for me what the
 7  notarization process is, generally?
 8      A.   Usually, I verify the individual that -- I
 9  have them provide some form of identity -- and being
10  capable of communication.  And as long as they do not
11  appear under any form of duress, I take down their
12  information in a logbook and proceed with looking at
13  their legal document to see if there's any notarial
14  capability in it.
15      Q.   Thank you.  I'm going to show you a document.
16  It's marked as Exhibit 21, page 54.
17           MR. MENSIK:   Can you bring that up?
18           THE COURT:    Exhibit 21?
19           MR. TELLESSEN:   Exhibit 21, page 54, Your
20  Honor.
21      Q.   (BY MR. TELLESSEN)  Mr. Anderson, have you
22  ever seen this document before?
23      A.   Yes.
24      Q.   And can you describe for me what the document
25  is?
```

1  A.  The -- from what I can see is the wire
2  instructions indemnification hold harmless agreement.
3  Q.  And when did you see this document?
4  A.  That one -- that document there was -- that
5  was on October 14th of 2023.
6  Q.  And October 14th, 2023, were you a notary who
7  notarized this document?
8  A.  Yes.
9  Q.  If you want to scroll to the next page.  Take
10 a moment to look at that, please.
11 A.  Mhm.
12 Q.  Do you recognize your notary stamp --
13 A.  Yes.
14 Q.  -- on that document?  Thank you.
15 And where did this notarization take place?
16 A.  This notary took place at the Postal Annex
17 store.
18 Q.  Thank you.  And can you describe for me what
19 you remember about notarizing this document?
20 A.  That the -- if I recall, there was two people
21 that came in there.  They provided two documents, two
22 single sheets that had the exact same title.  There
23 was no notarial wording on the document directly, so I
24 gave options of two possible attachments.  The one
25 being used is the one selected.

1  Q.  And so just to confirm, you said that they
2  presented you two documents only?
3  A.  Yes.  Two single-sheet documents.
4  Q.  Correct.  And what were they called?
5  A.  That was the -- the wire instructions
6  indemnification and hold harmless agreement.
7  Q.  And to your memory, were both documents
8  identical?
9  A.  Yes.  The format looked incredibly the same,
10 and I did check the title of them.
11 Q.  And do you remember who was present when you
12 notarized this document?
13 A.  The -- the signer, the -- Linda Cole.  And
14 then I believe there was another individual there, I
15 believe a gentleman, but I -- as they weren't part of
16 the notary signing, I did not have any -- much
17 information on that.
18 Q.  And did you record this notarization in your
19 logbook?
20 A.  I did.
21 Q.  Thank you.  Is there anything else you
22 believe is important for the Court to know regarding
23 this notarization?
24 A.  Not that I can think of at this time.
25     MR. TELLESSEN:  Thank you, Mr. Anderson.  I

```
 1  have no further questions at this time.
 2                CROSS-EXAMINATION
 3  BY MS. YOUNG:
 4      Q.  Hello, Matthew.  Thanks for coming in today
 5  and for hanging about and waiting.  I appreciate it.
 6  So just a couple of quick questions.
 7      A.  Mhm.
 8      Q.  Do you remember my husband and I coming into
 9  the store and asking you for a receipt?
10      A.  I do not recall you, unfortunately.  I'm
11  sorry.
12      Q.  Okay.  That's fine.  Do you recall us calling
13  you and explaining that there was an issue that had
14  come up with the wires?
15      A.  With one of the wires?
16      Q.  The notarization.
17      A.  No, I do not.
18      Q.  All right.  Fair enough.
19      Do you recall us coming in and saying that we
20  needed to see if you could generate a copy of the
21  receipt for my mother and you going over to a cash
22  register?
23          MR. TELLESSEN:  Objection, Your Honor.
24  Outside the scope.
25          THE COURT:  I'm going to allow it, since it's
```