Exhibit G

```
 1      IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
 2              IN AND FOR THE COUNTY OF SPOKANE
 3                         * * * * *
 4                                  )
        LINDA COLE AND TED COLE,    )
 5                                  )   SPOKANE COUNTY
                    Plaintiffs,     )   SUPERIOR COURT
 6                                  )   NO. 23-2-04734-32
        vs.                         )
 7                                  )   COURT OF APPEALS
        ERIC YOUNG AND SUSAN YOUNG, )   NO. 411184
 8                                  )
                    Defendants.     )
 9      _____)

10              VERBATIM REPORT OF PROCEEDINGS
                        VOLUME II OF II
11              HONORABLE JACQUELYN HIGH-EDWARD
                      JANUARY 13-16, 2025
12

13      APPEARANCES:

14      FOR THE PLAINTIFFS:

15      RIVERSIDE NW LAW GROUP, PLLC
        By:    Matthew Mensik
16             Kacy Tellessen
               905 W Riverside Ave Ste 208
17             Spokane, Washington 99201

18


19      FOR THE DEFENDANTS:

20             Eric and Susan Young
               Pro se
21             24 East Sapphire Ln
               Spokane, Washington 99208

22

23

24            Ivie Ann Larsen, CCR No. 23028166
                  1222 W Summit Pkwy, #10
25                  Spokane, WA 99201
                      (360)509-0341
```

GENERAL INDEX

|  | PAGE NO. |
|---|---|
| January 14, 2025 | 506 |
| Testimony of Susan Young (Cont.) | 506 |
| Testimony of Linda Cole | 553 |
| January 15, 2025 | 591 |
| Preliminary Matters | 591 |
| Testimony of Linda Cole (Cont.) | 592 |
| Plaintiffs Rest | 745 |
| Testimony of Linda Cole | 746 |
| Testimony of Susan Young | 837 |
| January 16, 2025 | 855 |
| Preliminary Matters | 855 |
| Testimony of Eric Young | 870 |
| Defense Rests | 905 |
| Closing Argument by Mr. Mensik | 906 |
| Closing Argument by Ms. Young | 942 |
| Closing Argument by Mr. Young | 954 |
| Rebuttal Argument by Mr. Mensik | 962 |
| Clarification of Exhibits Admitted | 966 |
| Matter Taken Under Advisement | 968 |
| Post-trial Proceedings - Court's Clarification | 970 |
| Reporter's Certificate | 972 |

Linda and Ted Cole v. Eric and Susan Young
Trial - Volume II of II

```
 1                          WITNESS INDEX

 2    WITNESS                                              PAGE NO.

 3    SUSAN YOUNG
      DIRECT EXAMINATION BY MR. MENSIK (CONT.)                 506
 4    CROSS-EXAMINATION BY MR. YOUNG                           541
      CROSS-EXAMINATION BY MS. YOUNG                           549
 5
      LINDA COLE
 6    DIRECT EXAMINATION BY MR. MENSIK (1/14)                  553
      DIRECT EXAMINATION BY MR. MENSIK (1/15)                  592
 7    CROSS-EXAMINATION BY MS. YOUNG                           653
      REDIRECT EXAMINATION BY MR. MENSIK                       738
 8    DIRECT EXAMINATION BY MS. YOUNG                          746
      DIRECT EXAMINATION BY MR. YOUNG                          803
 9    DIRECT EXAMINATION BY MS. YOUNG (CONT.)                  821
      CROSS-EXAMINATION BY MR. MENSIK                          825
10
      SUSANANN YOUNG
11    DIRECT EXAMINATION BY MR. YOUNG                          837
      CROSS-EXAMINATION BY MR. MENSIK                          862
12    REDIRECT EXAMINATION BY MR. YOUNG                        868

13    ERIC YOUNG
      DIRECT EXAMINATION BY MS. YOUNG                          870
14    CROSS-EXAMINATION BY MR. MENSIK                          903

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                        EXHIBIT INDEX
 2   NO.       DESCRIPTION                                PAGE NO.
 3   D-110     Text Messages (p. 450)                        509
 4   D-110     Text Messages (p. 453)                        520
 5   D-110     Text Messages (p. 452)                        673
 6   D-104     Declaration of Linda Cole (p. 180-185)        685
 7   D-115     Text Messages (p. 810-815, 817)               709
 8   D-102     Declaration of Linda Cole                     760
 9   D-110     Text Messages (p. 456)                        790
10   D-110     Text Messages (p. 462)                        792
11   D-110     Text Messages (p. 477)                        796
12   D-110     Text Messages (p. 478)                        797
13   D-110     Text Messages (p. 481)                        798
14   D-110     Text Messages (p. 485)                        800
```

505

```
 1              PREVIOUSLY ADMITTED EXHIBITS
 2    NO.      DESCRIPTION                              PAGE NO.
 3    P-33     Text Correspondence with Ms. Severns         525
 4    P-3      Text Message from Ms. Young                  593
 5    P-8      Letter from Mr. Merritt - 11/3/2023          646
 6
 7
...
25
```

Linda and Ted Cole v. Eric and Susan Young
Trial - Volume II of II