# Exhibit I

# OLD WEST FEDERAL CREDIT UNION OUTGOING DOMESTIC WIRE FORM

Outgoing wire deadline on same day is 1:00pm, wires after that time will be sent out next business day.

ORIGINAL

| Wire Amount US Dollars $119,698.04 | Wire Fee $20.00 | Total Amount Due $119,718.04 | Date Request Rec'd 10/13/2023 | Time 3:00 pm | Send Date 10/16/2023 |
|---|---|---|---|---|---|
| Wire Amount GL: BANK. Verified By: | | | Fee Charged - Specfile Verified By: | | |

### Receiving FI Information

| Routing Number: 9593 | Name of FI: Bank of America |
|---|---|

### ORIGINATOR INFORMATION

| Member #: | Member Name: Linda Cole |
|---|---|
| Member Address: 625 Broadway St  PO BOX NOT ACCEPTED | Address Continued: Baker City, OR 97814 |

### BENEFICIARY INFORMATION

| Account #: 2131 | Beneficiary Name: Eric Young |
|---|---|
| Address: 8507 North Sylvia St  PO BOX NOT ACCEPTED | Address Cont: Spokane, WA 99208 |

### INTERMEDIARY FI INFORMATION

| Intermediary Acct # Click here to enter text. | FI Name: Click here to enter text. |
|---|---|
| FI Address: Click here to enter text. | FI Address Cont: Click here to enter text. |

### BANK TO BANK INFORMATION

Click here to enter text.

### ORIGINATOR TO BENEFICIARY INFORMATION

Balance Transfer

| PURPOSE OF WIRE | MEMBER SIGNATURE |
|---|---|
| Balance Transfer | *Linda J. Cole* |

Request made: ☐ In person ☐ Fax ☒ Phone ☐ Banno     Supervisor Approval (if needed) _____

Information Verified: ☐ Photo ID ☐ Signature Card ☒ Call Back ☐ Login ID ☒ Code Word ☐ Banno Authentication

BUSINESS MEMBERS-RESTRICTED TRANSACTIONS (i.e.: unlawful internet transactions) are prohibited from being processed through an account or the members relationship. Please initial acknowledgement_____

| SECURITY QUESTIONS | Yes | No |
|---|---|---|
| Were you promised money in return for sending this wire | ☐ | ☒ |
| Are you wiring funds which were deposited by someone you do not know | ☐ | ☒ |
| Were you instructed to wire money to claim lottery or prize money | ☐ | ☒ |
| Are you wiring money in response to a guaranteed credit card or loan offer | ☐ | ☒ |
| Are you wiring money to someone you do not know | ☐ | ☒ |
| Are you wiring money to participate in a foreign lottery | ☐ | ☒ |

### CREDIT UNION USE ONLY

| Request taken by: DB 179 | Symitar Transaction done by: DB179 |
|---|---|
| Fax or email signature verified by: | Input in TranZact by: |
| Call back completed by: | Second Verification by: |


EXHIBIT 10

# Old West Wire Transaction Disclosure

A Wire is a method of transferring money from one entity to another. In offering our members the ability to wire funds Old West Federal Credit Union (OWFCU) will comply with all government regulations including, but not limited to; Regulation J subpart B (fedwire) Electronic Funds Transfers, OFAC, and Uniform Commercial Code. OWFCU presently offers Domestic and International wires, incoming and outgoing.

Only collected funds will be available for outgoing wires. All incoming wires will have immediate availability. Outgoing domestic wires are not immediate and can take up to 24 hours. International wire availability is subject to corresponding receiving banks policy, and we will not give any assurance on when the funds will become available.

Fees and Charges: Originator agrees to pay applicable fees and charges related to the funds transfer as disclosed in OWFCU Fee Schedule, as amended from time to time. Other financial institutions involved in the funds transfer may impose additional fees and charges.

Cut-Off Time: The cutoff time for a wire transfer request is 1:30 p.m. PST for Domestic wires and 1:00 p.m. PST for International wires. Any wire received prior to the cut-off time will be processed same day, any wire that is taken after the cut-off time will be processed to go out the next business day. A funds transfer request is deemed received by OWFCU when executed by a credit union authorized representative.

Inconsistent and Erroneous Information: It is the Originators responsibility to provide accurate information in the specific instructions. A funds transfer request may be processed on the basis of the account number provided, even if the account number identifies a Beneficiary different from the Beneficiary named by the Originator. In addition, a funds transfer may be processed on the basis of the receiving Financial Institution identifying number provided, even if it identifies a Financial Institution different from the Financial Institution named by the Originator. Originator shall still be responsible to pay the amount of any funds transfer so processed and OWFCU shall not be liable for any loss or damage resulting from any delay caused by efforts to reconcile inconsistent or erroneous information. OWFCU is not required to seek clarification from anyone regarding unclear instructions. If we can not complete a transfer due to unclear or inaccurate instructions, we will notify you orally, or in writing by the next business day.

Security: For security purposes, OWFCU may require further verification on wire requests taken via phone, email or fax. Successful verification of these wires must be completed prior to proceeding with OWFCU processing the request. Therefore it is extremely important that your contact information with the Credit Union is correct.

Foreign Funds Transfers: Foreign wire transfers may be subject to delays, charges imposed by other financial institutions, and changes in foreign exchange rates. International wire transfers may take as long as 30 days to be received by the beneficiary bank or financial institution. Any inaccurate or missing information in the payment order may result in unnecessary delays or non-receipt of funds. Because of this, and because of variations in banking laws in other countries, OWFCU cannot guarantee safe completion of international wire transfers. All wires will be sent in US Dollars, the member bears any risk associated with exchange rates.

Rejection of Wire Transfer Request: OWFCU reserves the right, at its sole discretion except when prohibited by law, to reject any funds transfer request for any reason including but not limited to: insufficient collected funds in the specified account, OWFCU believes the transaction may be fraudulent, inability to verify Originator's identification or authenticate the funds transfer request to OWFCU's satisfaction, or incomplete, incorrect, inconsistent or ambiguous information in the funds transfer request. OWFCU will make a reasonable effort to notify Originator by phone or mail if it rejects the funds transfer request. Notwithstanding, OWFCU shall not be liable for any loss or damage associated with Old West's refusal, with or without notice, to process a fuds transfer.

Liability: OWFCU will not be liable for consequential, special, or exemplary damages or losses of any kind. We will not be liable for any failure to act or delay due to circumstances beyond our control such as fire, flood or natural disasters: communication failures: labor disputes; any inaccuracy or ambiguity in your instructions; the action or inaction of others; or any applicable government or funds-transfer system rule, policy, or regulation.

Restriction on Internet Gambling Transactions: You may not initiate any wire transfer to facilitate any transaction related to internet gambling.

# Wire Instructions, Indemnification and Hold Harmless Agreement

I herein instruct Old West Federal Credit Union to send my funds to the recipient identified in the attached Wire Transfer/Authorization Form. By signing this agreement, I herein represent and affirm that I have completed the necessary due diligence in verifying the recipient named herein and that I will hold Old West Federal Credit Union, its Agents, and Assigns (Old West) harmless and I will indemnify Old West for any claim or dispute of any nature arising from this transaction. I also understand that if I choose to complete this wire transaction Old West Federal Credit Union is not liable for any loss of funds or claim arising from fraudulent activity. I understand that once the wire is sent and accepted there is no recourse or method for return of funds.

_Linda J. Cole_      October 14, 2023

**Member Signature**      **Date**

Notary Seal & Signature on Official Document to Follow

## Wire Fraud Warning!

Due to the increase and prevalence of wire fraud, the following information is shared with you for informational purposes. Wire fraud takes many different forms, and can include:

**Fraudulent online purchases** (paying for items, shipping, or "tax" before you take delivery)

**"Sweetheart" scams,** wherein an online friend or romantic acquaintance (whom you have not met in person) solicits money from you for various reasons such as travel (they may be "trapped in a foreign country), medical debt, adoption, etc.

**Jail scams,** wherein someone posing as a relative (ie., grandchild, nephew), or a "law enforcement official" calls (often in the middle of the night) saying your relative is in jail in a foreign country or has assaulted a foreign national and demands "bail" or "security" money.

Most of these scams require that you tell no one or the subject of the scam will "get in trouble."

These are just a few of the scams that occur. If you have doubts or questions, please don't hesitate to let us know **before** you send a wire.

# WASHINGTON SHORT-FORM INDIVIDUAL ACKNOWLEDGMENT [RCW 42.44.100]

State of Washington
County of Spokane } ss.

I certify that I know or have satisfactory evidence that __Linda Jean Cole__
Name of Signer

is the person who appeared before me, and said person acknowledged that he/she signed this instrument and acknowledged it to be his/her free and voluntary act for the uses and purposes mentioned in the instrument.

Dated: __October 14, 2023__
Month/Day/Year

```
STATE OF WASHINGTON
Matthew Anderson
Notary Public
Commission Expires: July 19, 2024
Commission # 185853
```

_[signature]_
Signature of Notarizing Officer

__Notary Public__
Title (Such as "Notary Public")

My appointment expires

__July 19, 2024__
Month/Day/Year of Appointment Expiration

Place Notary Seal Above

---- OPTIONAL ----

Although the information in this section is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

Right Thumbprint of Signer
Top of thumb here

**Description of Attached Document**

Title or Type of Document: __Wire Instructions, Indemnification and Hold Harmless Agreement__

Document Date: __October 14, 2023__ Number of Pages: __1__

Signer(s) Other Than Named Above: _____

© 1999 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.nationalnotary.org
Item No. 5906 • Reorder: Call Toll-Free 1-800-876-6827