# EXHIBITS - VOLUME 1

# SUPPORTING DEFENDANTS' MOTION
# FOR SUMMARY JUDGMENT

# RE: MOTION FOR SUMMARY JUDGMENT
# 25-80038-FPC7 - DOC. 17, FILED 12/1/2025

| EX-NUM | FILED-BINDER | EXHIBIT TITLE |
|---|---|---|
| 1 | VOL-1 | OWFCU OUTGOING DOMESTIC WIRE FORM – OCTOBER 12, 2023 |
| 2 | VOL-1 | OWFCU OUTGOING DOMESTIC WIRE FORM – OCTOBER 16, 2023 |
| 3 | VOL-1 | OWFCU WIRE TRANSACTION DISCLOSURE |
| 4 | VOL-1 | OWFCU WIRE INSTRUCTIONS, INDEMNIFICATION AND HOLD HARMLESS AGREEMENT |
| 5 | VOL-1 | WASHINGTON SHORT-FORM INDIVIDUAL ACKNOWLEDGMENT – OCTOBER 14, 2023 |
| 6 | VOL-1 | BCPD INCIDENT REPORT – P202301214 |
| 7 | VOL-1 | BANK OF AMERICA STATEMENT (ACCOUNT ENDING 2131, SEPTEMBER 27 – OCTOBER 26, 2023) SHOWING OCTOBER 16 WIRE CREDITS |
| 8 | VOL-1 | QUICKEN/ROCKET GIFT LETTER – SIGNED OCTOBER 11, 2023 |
| 9 | VOL-1 | ROCKET MORTGAGE TEXT MESSAGES RE GIFT LETTER AND WIRES |

| EX-NUM | FILED-BINDER | EXHIBIT TITLE |
|---|---|---|
| 11 | VOL-1 | VERIFIED COMPLAINT – COLE V. YOUNG (NOV. 6, 2023) |
| 12 | VOL-1 | DECLARATION OF LINDA COLE IN SUPPORT OF TRO (NOV. 6, 2023) |
| 13 | VOL-1 | SUPPLEMENTAL DECLARATION OF LINDA COLE (NOV. 13, 2023) |
| 14 | VOL-1 | PLAINTIFFS' RESPONSES TO DEFENDANTS' FIRST SET OF RFAS (D-119, INCL. RFAS 4, 43, 47) |
| 15 | VOL-1 | FINDINGS OF FACT AND CONCLUSIONS OF LAW (FOFCOL, MAR. 10–11, 2025) |
| 16 | VOL-1 | DECLARATION OF MICHAEL MERRITT IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEBTORS' MOTION TO EXTEND AUTOMATIC STAY (JULY 3, 2025 - DOC. 15-1, 25-01029) |
| 17 | VOL-1 | PLAINTIFFS' RESPONSE TO DEBTORS' MOTION TO EXTEND AUTOMATIC STAY (DOC. 15, 25-01029) |
| 18 | VOL-1 | PLAINTIFFS' MOTION FOR REMAND AND ABSTENTION (DOC. 12, 25-80037) |
| 19 | VOL-1 | PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO STRIKE (DOC. 8, 25-80038) |
| 20 | VOL-1 | PLAINTIFFS' § 523(A) COMPLAINT AND SUMMONS (ADV. 25-80038) |
| 21 | VOL-1 | OCTOBER 30, 2023 TEXT MESSAGE BETWEEN LINDA COLE AND SUSAN YOUNG |
| 22 | VOL-1 | ORDER GRANTING DEBTORS' MOTION TO EXTEND AUTOMATIC STAY |

| EX-NUM | FILED-BINDER | EXHIBIT TITLE |
|---|---|---|
| 26 | VOL-1 | EXCERPTS FROM STATE LITIGATION PRE-TRIAL CONFERENCE - MOTIONS IN LIMINE; MENSIK MATERIALLY FALSE STATEMENT TO THE JUDGE |
| 27 | VOL-1 | GUARANTEED RATE UNDERWRITING |
| 28 | VOL-1 | JUDICIAL SUMMARY: PLAINTIFFS' PLED ELEMENTS AND WHERE THEY FAIL |