ERIC AND SUSAN YOUNG
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
EMAIL eyoung-encrypt@pm.me
jaegersmum@proton.me

Defendants Pro Se

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br>ERIC ROSS YOUNG and<br>SUSAN LINETTE YOUNG,<br>    Debtors. | CASE NO. 25-01029-FPC7<br><br>CHAPTER 7<br><br>ADVERSARY NO. 25-80038-FPC |
| LINDA COLE and TED COLE,<br>    Plaintiffs,<br>v.<br>ERIC ROSS YOUNG and<br>SUSANANN LYNETTE (sic) YOUNG,<br>    Defendants. | DECLARATION OF ERIC R. YOUNG REGARDING EXHIBITS FILED WITH DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT |

I, Eric R. Young, declare:

1. I am a Defendant in this adversary proceeding. I have personal knowledge of the matters stated in this declaration.

DECLARATION OF ERIC R. YOUNG REGARDING EXHIBITS FILED WITH DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
PAGE 1 OF 3

ERIC AND SUSAN YOUNG - Defendants Pro Se
12402 N Division St #167 :: Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me - jaegersmum@proton.me

25-80038-FPC    Doc 28    Filed 12/29/25    Entered 12/30/25 08:28:22    Pg 1 of 3

2. The exhibits filed concurrently with Defendants' Opposition/Objection to Plaintiffs' Motion for Summary Judgment and Defendants' Responsive Statement to Plaintiffs' Statement of Facts are true and correct copies of the documents they purport to be. Each exhibit is provided as an excerpt for convenience.

3. Where an exhibit consists of Plaintiffs' discovery production or Plaintiffs' filed papers, it is a true and correct copy of what Plaintiffs produced or filed. Where an exhibit consists of bank records, communications, or public-record materials, it is a true and correct copy maintained in Defendants' records or obtained by Defendants from the relevant source.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Respectfully Submitted,

Dated: December 29, 2025

/s/     *Eric Young*          /s/ *Susan Young*
        Eric Young                Susan Young

DECLARATION OF ERIC R. YOUNG REGARDING EXHIBITS FILED WITH DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
PAGE 2 OF 3

ERIC AND SUSAN YOUNG - Defendants Pro Se
12402 N Division St #167 :: Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me - jaegersmum@proton.me

25-80038-FPC   Doc 28   Filed 12/29/25   Entered 12/30/25 08:28:22   Pg 2 of 3

# CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2025, I delivered the original of the foregoing document to the Clerk of the United States Bankruptcy Court for the Eastern District of Washington for filing. On the same date I caused true and correct copies to be served as follows:

By First-Class Mail:
Matthew Mensik
Riverside NW Law Group
505 W. Riverside Ave. Suite 208
Spokane, WA 99201
Courtesy Copy by Email:
mam@rnwlg.com

Trustee John D. Munding
via email:
John@mundinglaw.com

DATED this 29th day of December, 2025, at Spokane, WA.

/s/ Eric R. Young and Susan L. Young
ERIC AND SUSAN YOUNG
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
EMAIL eyoung-encrypt@pm.me
jaegersmum@proton.me
Debtors Appearing Pro Se

DECLARATION OF ERIC R. YOUNG REGARDING EXHIBITS FILED WITH DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
PAGE 3 OF 3

ERIC AND SUSAN YOUNG - Defendants Pro Se
12402 N Division St #167 :: Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me - jaegersmum@proton.me

25-80038-FPC    Doc 28    Filed 12/29/25    Entered 12/30/25 08:28:22    Pg 3 of 3