# DEFENDANTS' RESPONSIVE STATEMENT OF FACTS IN OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

## SUPPORTING EXHIBITS

# EXHIBIT 1 - OWFCU OUTGOING WIRE FORM (OCTOBER 12, 2023)

## OLD WEST FEDERAL CREDIT UNION OUTGOING DOMESTIC WIRE FORM
**Outgoing wire deadline on same day is 1:00pm, wires after that time will be sent out next business day.**

*ORIGINAL*

| Wire Amount US Dollars $119,698.04 | Wire Fee $20.00 | Total Amount Due $119,718.04 | Date Request Rec'd 10/13/2023 | Time 3:00 pm | Send Date 10/16/2023 |
|---|---|---|---|---|---|
| Wire Amount GL: BANK. Verified By: | | | Fee Charged - Specfile Verified By: | | |

**Receiving FI Information**

| Routing Number: 026009593 | Name of FI: Bank of America |
|---|---|

**ORIGINATOR INFORMATION**

| Member #: 619692 | Member Name: Linda Cole |
|---|---|
| Member Address: 625 Broadway St *PO BOX NOT ACCEPTED* | Address Continued: Baker City, OR 97814 |

**BENEFICIARY INFORMATION**

| Account #: 008761102131 | Beneficiary Name: Eric Young |
|---|---|
| Address: 8507 North Sylvia St *PO BOX NOT ACCEPTED* | Address Cont: Spokane, WA 99208 |

**INTERMEDIARY FI INFORMATION**

| Intermediary Acct # Click here to enter text. | FI Name: Click here to enter text. |
|---|---|
| FI Address: Click here to enter text. | FI Address Cont: Click here to enter text. |

**BANK TO BANK INFORMATION**

Click here to enter text.

**ORIGINATOR TO BENEFICIARY INFORMATION**

Balance Transfer

**PURPOSE OF WIRE**

| Balance Transfer | MEMBER SIGNATURE *Linda J. Cole* |
|---|---|

**Request made:** ☐In person ☐Fax ☒Phone ☐Banno    Supervisor Approval (if needed) _____
**Information Verified:** ☐Photo ID ☐Signature Card ☒Call Back ☐Login ID ☒ Code Word ☐Banno Authentication
**BUSINESS MEMBERS-RESTRICTED TRANSACTIONS (i.e.: unlawful internet transactions) are prohibited from being processed through an account or the members relationship. Please initial acknowledgement**_____

| SECURITY QUESTIONS | Yes | No |
|---|---|---|
| Were you promised money in return for sending this wire | ☐ | ☒ |
| Are you wiring funds which were deposited by someone you do not know | ☐ | ☒ |
| Were you instructed to wire money to claim lottery or prize money | ☐ | ☒ |
| Are you wiring money in response to a guaranteed credit card or loan offer | ☐ | ☒ |
| Are you wiring money to someone you do not know | ☐ | ☒ |
| Are you wiring money to participate in a foreign lottery | ☐ | ☒ |

**CREDIT UNION USE ONLY**

| Request taken by: DB 179 | Symitar Transaction done by: DB179 |
|---|---|
| Fax or email signature verified by: | Input in TranZact by: |
| Call back completed by: | Second Verification by: |

**COLE_001300**

# EXHIBIT 2 - OWFCU OUTGOING WIRE FORM (OCTOBER 16, 2023)

## OLD WEST FEDERAL CREDIT UNION OUTGOING DOMESTIC WIRE FORM
**Outgoing wire deadline on same day is 1:00pm, wires after that time will be sent out next business day.**

| Wire Amount US Dollars $242,314.62 | Wire Fee $20.00 | Total Amount Due $242,334.62 | Date Request Rec'd 10/12/2023 | Time 1:56 pm | Send Date 10/16/2023 |
|---|---|---|---|---|---|

| Wire Amount GL: BANK. Verified By: | Fee Charged - Specfile Verified By: |
|---|---|

### Receiving FI Information

| Routing Number: 026009593 | Name of FI: Bank of America |
|---|---|

### ORIGINATOR INFORMATION

| Member #: 619692 | Member Name: Linda Cole |
|---|---|
| Member Address: 625 Broadway St *PO BOX NOT ACCEPTED* | Address Continued: Baker City, OR 97814 |

### BENEFICIARY INFORMATION

| Account #: 008761102131 | Beneficiary Name: Eric Young |
|---|---|
| Address: 8507 North Sylvia St *PO BOX NOT ACCEPTED* | Address Cont: Spokane, WA 99208 |

### INTERMEDIARY FI INFORMATION

| Intermediary Acct # Click here to enter text. | FI Name: Click here to enter text. |
|---|---|
| FI Address: Click here to enter text. | FI Address Cont: Click here to enter text. |

### BANK TO BANK INFORMATION
Click here to enter text.

### ORIGINATOR TO BENEFICIARY INFORMATION
1004 E Golden Ct, Spokane, WA

### PURPOSE OF WIRE

| Property Purchase in Spokane WA | MEMBER SIGNATURE  *Linda J Cole* |
|---|---|

**Request made:** ☐In person ☐Fax ☒Phone ☐Banno    Supervisor Approval (if needed) _____
**Information Verified:** ☐Photo ID ☐Signature Card ☒Call Back ☐Login ID ☒ Code Word ☐Banno Authentication
**BUSINESS MEMBERS-RESTRICTED TRANSACTIONS (i.e.: unlawful internet transactions) are prohibited from being processed through an account or the members relationship. Please initial acknowledgement**_____

| SECURITY QUESTIONS | Yes | No |
|---|---|---|
| Were you promised money in return for sending this wire | ☐ | ☒ |
| Are you wiring funds which were deposited by someone you do not know | ☐ | ☒ |
| Were you instructed to wire money to claim lottery or prize money | ☐ | ☒ |
| Are you wiring money in response to a guaranteed credit card or loan offer | ☐ | ☒ |
| Are you wiring money to someone you do not know | ☐ | ☒ |
| Are you wiring money to participate in a foreign lottery | ☐ | ☒ |

### CREDIT UNION USE ONLY

| Request taken by: TC 243 | Symitar Transaction done by: TC243 |
|---|---|
| Fax or email signature verified by: | Input in TranZact by: |
| Call back completed by: | Second Verification by: |

**COLE_001304**

# EXHIBIT 3 - OWFCU WIRE TRANSACTION DISCLOSURE

## Old West Wire Transaction Disclosure

A Wire is a method of transferring money from one entity to another. In offering our members the ability to wire funds Old West Federal Credit Union (OWFCU) will comply with all government regulations including, but not limited to; Regulation J subpart B (fedwire) Electronic Funds Transfers, OFAC, and Uniform Commercial Code. OWFCU presently offers Domestic and International wires, incoming and outgoing.

Only collected funds will be available for outgoing wires. All incoming wires will have immediate availability. Outgoing domestic wires are not immediate and can take up to 24 hours. International wire availability is subject to corresponding receiving banks policy, and we will not give any assurance on when the funds will become available.

<u>Fees and Charges</u>: Originator agrees to pay applicable fees and charges related to the funds transfer as disclosed in OWFCU Fee Schedule, as amended from time to time. Other financial institutions involved in the funds transfer may impose additional fees and charges.

<u>Cut-Off Time</u>: The cutoff time for a wire transfer request is 1:30 p.m. PST for Domestic wires and 1:00 p.m. PST for International wires. Any wire received prior to the cut-off time will be processed same day, any wire that is taken after the cut-off time will be processed to go out the next business day. A funds transfer request is deemed received by OWFCU when executed by a credit union authorized representative.

<u>Inconsistent and Erroneous Information</u>: It is the Originators responsibility to provide accurate information in the specific instructions. A funds transfer request may be processed on the basis of the account number provided, even if the account number identifies a Beneficiary different from the Beneficiary named by the Originator. In addition, a funds transfer may be processed on the basis of the receiving Financial Institution identifying number provided, even if it identifies a Financial Institution different from the Financial Institution named by the Originator. Originator shall still be responsible to pay the amount of any funds transfer so processed and OWFCU shall not be liable for any loss or damage resulting from any delay caused by efforts to reconcile inconsistent or erroneous information. OWFCU is not required to seek clarification from anyone regarding unclear instructions. If we can not complete a transfer due to unclear or inaccurate instructions, we will notify you orally, or in writing by the next business day.

<u>Security</u>: For security purposes, OWFCU may require further verification on wire requests taken via phone, email or fax. Successful verification of these wires must be completed prior to proceeding with OWFCU processing the request. Therefore it is extremely important that your contact information with the Credit Union is correct.

<u>Foreign Funds Transfers</u>: Foreign wire transfers may be subject to delays, charges imposed by other financial institutions, and changes in foreign exchange rates. International wire transfers may take as long as 30 days to be received by the beneficiary bank or financial institution. Any inaccurate or missing information in the payment order may result in unnecessary delays or non-receipt of funds. Because of this, and because of variations in banking laws in other countries, OWFCU cannot guarantee safe completion of international wire transfers. All wires will be sent in US Dollars, the member bears any risk associated with exchange rates.

<u>Rejection of Wire Transfer Request</u>: OWFCU reserves the right, at its sole discretion except when prohibited by law, to reject any funds transfer request for any reason including but not limited to: insufficient collected funds in the specified account, OWFCU believes the transaction may be fraudulent, inability to verify Originator's identification or authenticate the funds transfer request to OWFCU's satisfaction, or incomplete, incorrect, inconsistent or ambiguous information in the funds transfer request. OWFCU will make a reasonable effort to notify Originator by phone or mail if it rejects the funds transfer request. Notwithstanding, OWFCU shall not be liable for any loss or damage associated with Old West's refusal, with or without notice, to process a fuds transfer.

<u>Liability</u>: OWFCU will not be liable for consequential, special, or exemplary damages or losses of any kind. We will not be liable for any failure to act or delay due to circumstances beyond our control such as fire, flood or natural disasters; communication failures; labor disputes; any inaccuracy or ambiguity in your instructions; the action or inaction of others; or any applicable government or funds-transfer system rule, policy, or regulation.

<u>Restriction on Internet Gambling Transactions</u>: You may not initiate any wire transfer to facilitate any transaction related to internet gambling.

# EXHIBIT 4 - OWFCU WIRE INSTRUCTIONS, INDEMNIFICATION AND HOLD HARMLESS AGREEMENT

## Wire Instructions, Indemnification
## and Hold Harmless Agreement

I herein instruct Old West Federal Credit Union to send my funds to the recipient identified in the attached Wire Transfer/Authorization Form. By signing this agreement, I herein represent and affirm that I have completed the necessary due diligence in verifying the recipient named herein and that I will hold Old West Federal Credit Union, its Agents, and Assigns (Old West) harmless and I will indemnify Old West for any claim or dispute of any nature arising from this transaction. I also understand that if I choose to complete this wire transaction Old West Federal Credit Union is not liable for any loss of funds or claim arising from fraudulent activity. I understand that once the wire is sent and accepted there is no recourse or method for return of funds.

_____          October 14, 2023
Member Signature                                      Date

Notary Seal & Signature on
Official Document to Follow

## Wire Fraud Warning!

Due to the increase and prevalence of wire fraud, the following information is shared with you for informational purposes. Wire fraud takes many different forms, and can include:

**Fraudulent online purchases** (paying for items, shipping, or "tax" before you take delivery)

**"Sweetheart" scams,** wherein an online friend or romantic acquaintance (whom you have not met in person) solicits money from you for various reasons such as travel (they may be "trapped in a foreign country), medical debt, adoption, etc.

**Jail scams,** wherein someone posing as a relative (ie., grandchild, nephew), or a "law enforcement official" calls (often in the middle of the night) saying your relative is in jail in a foreign country or has assaulted a foreign national and demands "bail" or "security" money.

Most of these scams require that you tell no one or the subject of the scam will "get in trouble."

These are just a few of the scams that occur. If you have doubts or questions, please don't hesitate to let us know before you send a wire.

**COLE_001302**

# EXHIBIT 5 - WASHINGTON SHORT-FORM INDIVIDUAL ACKNOWLEDGMENT (OCTOBER 14, 2023)

# WASHINGTON SHORT-FORM INDIVIDUAL ACKNOWLEDGMENT (RCW 42.44.100)

State of Washington

County of _Spokane_ } ss

I certify that I know or have satisfactory evidence that _Linda Jean Cole_
                                                        Name of Signer

is the person who appeared before me, and said

person acknowledged that he/she signed this

instrument and acknowledged it to be his/her free

and voluntary act for the uses and purposes

mentioned in the instrument.

Dated: _October 14, 2023_
        Month/Day/Year

STATE OF WASHINGTON
Matthew Anderson
Notary Public
Commission Expires: July 19, 2024
Commission # 185853

_[signature]_
Signature of Notarizing Officer

_Notary Public_
Title (Such as "Notary Public")

My appointment expires
_July 19, 2024_
Month/Day/Year of Appointment Expiration

Place Notary Seal Above

─── OPTIONAL ───

*Although the information in this section is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

Right Thumbprint of Signer
Top of thumb here

**Description of Attached Document**

Title or Type of Document: _Wire Instructions, Indemnification and Hold Harmless Agreement_

Document Date: _October 14, 2023_ Number of Pages: _1_

Signer(s) Other Than Named Above: _____

© 1999 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.nationalnotary.org
Item No. 5906 • Reorder: Call Toll-Free 1-800-876-6827

**COLE_001303**

# EXHIBIT 26 - PRE-TRIAL CONFERENCE
## MOTIONS IN LIMINE
## PLAINTIFFS' COUNSEL DENIES

1    IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON

2    IN AND FOR THE COUNTY OF SPOKANE

3    * * * * *

4                              )
     LINDA COLE AND TED COLE,  )
5                              )    SPOKANE COUNTY
            Plaintiffs,        )    SUPERIOR COURT
6                              )    NO. 23-2-04734-32
     vs.                       )
7                              )    COURT OF APPEALS
     ERIC YOUNG AND SUSAN YOUNG,)   NO. 411184
8                              )
            Defendants.        )
9    _____)

10

11            VERBATIM REPORT OF PROCEEDINGS
              HONORABLE JACQUELYN HIGH-EDWARD
12                  JANUARY 9, 2025

13   APPEARANCES:

14   FOR THE PLAINTIFFS:

15   RIVERSIDE NW LAW GROUP, PLLC
     By:    Matthew Mensik
16          Kacy Tellessen
            905 W Riverside Ave Ste 208
17          Spokane, Washington 99201

18

19   FOR THE DEFENDANTS:

20          Eric and Susan Young
            Pro se
21          24 East Sapphire Ln
            Spokane, Washington 99208
22

23

24          Ivie Ann Larsen, CCR No. 23028166
               1222 W Summit Pkwy, #10
25              Spokane, WA 99201
                 (360)509-0341

25-80038-FPC    Doc 29    Filed 12/29/25    Entered 12/30/25 08:33:06    Pg 13 of 63

1  the record that you have an opportunity to do that,

2  okay?

3          MS. YOUNG:  Thank you.

4          THE COURT:  In addition to that, during --

5  and Mr. Mensik, you weren't present during this

6  portion of the case.  But there was some discussion

7  about police reports being filed about this case and

8  the possibility of a criminal investigation, and I was

9  wondering if there were any ongoing investigations, to

10  your knowledge.

11          MR. MENSIK:  Your Honor, at this point in

12  time, my understanding is that there was a referral

13  and request to Baker City -- Baker City, Oregon police

14  department about Defendant's conduct.  I believe that

15  there has been -- I'm nervous to disclose any

16  attorney-client privileged information.

17          THE COURT:  Sure.

18          MR. MENSIK:  I -- I don't know if there is an

19  active ongoing criminal investigation into their

20  conduct.

21          THE COURT:  Okay.  Okay.  Mr. Young.

22          MR. YOUNG:  We can respond to that.  The

23  evidence is in the documentary materials we provided.

24  That was the next day after that complaint was brought

25  to the police.  The police went to the credit union

1    and interviewed persons, and they closed that

2    investigation at that time as unfounded, and that's in

3    the record.

4              THE COURT:  Okay.  I didn't have the record

5    to review for today.

6              MR. YOUNG:  Sorry about that.  Yeah.

7              THE COURT:  So -- but I will just advise both

8    of you, should this -- events from this case spill

9    over into a criminal investigation or anything that

10   comes out of this case launch a criminal

11   investigation, you do have the right to remain silent

12   as to the facts associated with any possible criminal

13   case.

14             MR. YOUNG:  Okay.

15             THE COURT:  You can refuse to answer

16   questions.  Of course, if you do so in civil cases,

17   the trier of fact, myself, can make negative

18   connotations or assumptions from your failure to

19   answer questions.  Do you both understand that?

20             MR. YOUNG:  We do.

21             MS. YOUNG:  Yes.

22             MR. YOUNG:  And we also have cited that we're

23   requesting criminal referral for Ms. Cole's conduct.

24   So we have that listed in our files.

25             THE COURT:  Okay.

# EXHIBIT 21 - OCTOBER 26 AND 30, 2023 TEXT MESSAGES BETWEEN LINDA COLE AND SUSAN YOUNG

**Good afternoon, Dad and I just wanted to make sure you know that we have changed our minds about buying the house and moving to Spokane with you. We know that you will be disappointed by our decision, and for that we are sorry. We don't feel that our families living together is in the best interest for either family. We would like all the money that Eric transferred out of our bank account. The $ 242,324.62 on 10/12/23, and the $119,698.04 that you both said was accidentally deposited into your own account by the bank on 10/16/23. The total amount is $362,012.66. Yes, we are aware that Eric made me sign a blank piece of paper so that he could type up a gift fund letter to be able to acquire the mortgage loan. The down payment was suppose to be $180,000.00. We are insisting that you cancel the loan immediately because it has not yet cleared escrow. So no one will be committing mortgage fraud. We are trying hard for this to take place with decency and with Jehovah's view in mind. We hope your thinking is the same as ours regarding this matter. Dad and Mom** 👍

4:25 PM

Did you ever pick up the Losartan for dad? Is he taking it? 8:33 PM ✓



Good afternoon, Dad and I just wanted to make sure you know that we have changed our minds about buying the house and moving to Spokane with you. We know that you will be disappointed by our decision, and for that we are sorry. We don't feel that our families living together is in the best interest for either family.    We would like all the money that Eric transferred out of our bank account. The      $ 242,324.62 on 10/12/23, and the $119,698.04 that you both said was accidentally deposited into your ow...

Read More

**Sent** 10/30/23 4:25 PM
**Received** 10/30/23 4:25 PM

## Sent from

G    **GiGi**

# SUPPLEMENTAL EXHIBITS SUPPORTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

## (RE: Motion for Summary Judgment - Doc. 17, Filed 12/1/2025)

**EXHIBIT 1-A - OWFCU OUTGOING WIRE FORM
AUTHORIZED ON OCTOBER 12, 2023**

**PHOTOGRAPH - WET-INK SIGNED ORIGINAL AT
SIGNING - OCTOBER 15, 2023 AT BAKER CITY,
OREGON**

# OLD WEST FEDERAL CREDIT UNION OUTGOING DOMESTIC WIRE FORM

**Outgoing wire deadline on same day is 1:00pm, wires after that time will be sent out next business day.**

| Wire Amount US Dollars $242,314.62 | Wire Fee $20.00 | Total Amount Due $242,334.62 | Date Request Rec'd 10/12/2023 | Time 1:56pm | Send Date 10/16/2023 |
|---|---|---|---|---|---|

| Wire Amount GL: BANK. Verified By: | Fee Charged - Specfile Verified By: |
|---|---|

## Receiving FI Information

| Routing Number: 026009593 | Name of FI: Bank of America |
|---|---|

## ORIGINATOR INFORMATION

| Member #: 619692 | Member Name: Linda Cole |
|---|---|
| Member Address: 625 Broadway St  PO BOX NOT ACCEPTED | Address Continued: Baker City, OR 97814 |

## BENEFICIARY INFORMATION

| Account#: 008761102131 | Beneficiary Name: Eric Young |
|---|---|
| Address: 8507 North Sylvia St  PO BOX NOT ACCEPTED | Address Cont: Spokane, WA 99208 |

## INTERMEDIARY FI INFORMATION

| Intermediary Acct # Click here to enter text. | FI Name: Click here to enter text. |
|---|---|
| FI Address: Click here to enter text. | FI Address Cont: Click here to enter text. |

## BANK TO BANK INFORMATION

Click here to enter text.

## ORIGINATOR TO BENEFICIARY INFORMATION

1004 E Golden Ct, Spokane, WA

## PURPOSE OF WIRE

| Property Purchase in Spokane WA | MEMBER SIGNATURE  *Linda J. Cole* |
|---|---|

Request made: ☐In person ☐Fax ☒Phone ☐Banno    Supervisor Approval (if needed)
Information Verified: ☐Photo ID ☐Signature Card ☒Call Back ☐Login ID ☒Code Word ☐Banno Authentication
BUSINESS MEMBERS-RESTRICTED TRANSACTIONS (i.e.: unlawful internet transactions) are prohibited from being
processed through an account or the members relationship. Please initial acknowledgement_____

| SECURITY QUESTIONS | Yes | No |
|---|---|---|
| Were you promised money in return for sending this wire | ☐ | ☒ |
| Are you wiring funds which were deposited by someone you do not know | ☐ | ☒ |
| Were you instructed to wire money to claim lottery or prize money | ☐ | ☒ |
| Are you wiring money in response to a guaranteed credit card or loan offer | ☐ | ☒ |
| Are you wiring money to someone you do not know | ☐ | ☒ |
| Are you wiring money to participate in a foreign lottery | ☐ | ☒ |

## CREDIT UNION USE ONLY

| Request taken by: TC 243 | Symitar Transaction done by: TC243 |
|---|---|
| Fax or email signature verified by: | Input in TranZact by: |
| Call back completed by: | Second Verification by: |

# EXHIBIT 2-A - OWFCU OUTGOING WIRE FORM
## AUTHORIZED ON OCTOBER 13, 2023

# PHOTOGRAPH - WET-INK SIGNED ORIGINAL AT
# SIGNING - OCTOBER 15, 2023 AT BAKER CITY, OREGON

# OLD WEST FEDERAL CREDIT UNION OUTGOING DOMESTIC WIRE FORM

**Outgoing wire deadline on same day is 1:00pm, wires after that time will be sent out next business day.**

| Wire Amount US Dollars $119,698.04 | Wire Fee $20.00 | Total Amount Due $119,718.04 | Date Request Rec'd 10/13/2023 | Time 3:00pm | Send Date 10/16/2023 |
|---|---|---|---|---|---|
| Wire Amount GL: BANK. Verified By: | | | Fee Charged - Specfile Verified By: | | |

## Receiving FI Information

| Routing Number: 026009593 | Name of FI: Bank of America |
|---|---|

## ORIGINATOR INFORMATION

| Member #: 619692 | Member Name: Linda Cole |
|---|---|
| Member Address: 625 Broadway St *PO BOX NOT ACCEPTED* | Address Continued: Baker City, OR  97814 |

## BENEFICIARY INFORMATION

| Account #: 008761102131 | Beneficiary Name: Eric Young |
|---|---|
| Address: 8507 North Sylvia St *PO BOX NOT ACCEPTED* | Address Cont: Spokane, WA 99208 |

## INTERMEDIARY FI INFORMATION

| Intermediary Acct# Click here to enter text. | FI Name: Click here to enter text. |
|---|---|
| FI Address: Click here to enter text. | FI Address Cont: Click here to enter text. |

## BANK TO BANK INFORMATION

Click here to enter text.

## ORIGINATOR TO BENEFICIARY INFORMATION

Balance Transfer

## PURPOSE OF WIRE

Balance Transfer

**MEMBER SIGNATURE**

*Linda J. Cole*

Request made: ☐ Inperson ☐ Fax ☒ Phone ☐ Banno     Supervisor Approval (if needed) _____
Information Verified: ☐ Photo ID ☐ Signature Card ☒ Call Back ☐ Login ID ☒ Code Word ☐ Banno Authentication
BUSINESS MEMBERS RESTRICTED TRANSACTIONS (i.e.: unlawful internet transactions) are prohibited from being processed through an account or the members relationship. Please initial acknowledgement _____

| SECURITY QUESTIONS | Yes | No |
|---|---|---|
| Were you promised money in return for sending this wire | ☐ | ☒ |
| Are you wiring funds which were deposited by someone you do not know | ☐ | ☒ |
| Were you instructed to wire money to claim lottery or prize money | ☐ | ☒ |
| Are you wiring money in response to a guaranteed credit card or loan offer | ☐ | ☒ |
| Are you wiring money to someone you do not know | ☐ | ☒ |
| Are you wiring money to participate in a foreign lottery | ☐ | ☒ |

## CREDIT UNION USE ONLY

| Request taken by: DB 179 | Symitar Transaction done by: DB179 |
|---|---|
| Fax or email signature verified by: | Input in TranZact by: |
| Call back completed by: | Second verification by: |

**EXHIBIT 3-A - OWFCU WIRE TRANSACTION DISCLOSURE**

**PHOTOGRAPH - SAME OCCASION AS WET-INK SIGNED ORIGINAL WIRE FORMS - OCTOBER 15, 2023 AT BAKER CITY, OREGON**

# Old West Wire Transaction Disclosure

A Wire is a method of transferring money from one entity to another. In offering our members the ability to wire funds Old West Federal Credit Union (OWFCU) will comply with all government regulations including, but not limited to; Regulation J subpart B (fedwire) Electronic Funds Transfers, OFAC, and Uniform Commercial Code. OWFCU presently offers Domestic and International wires, incoming and outgoing.

Only collected funds will be available for outgoing wires. All incoming wires will have immediate availability. Outgoing domestic wires are not immediate and can take up to 24 hours. International wire availability is subject to corresponding receiving banks policy, and we will not give any assurance on when the funds will become available.

**Fees and Charges:** Originator agrees to pay applicable fees and charges related to the funds transfer as disclosed in OWFCU Fee Schedule, as amended from time to time. Other financial institutions involved in the funds transfer may impose additional fees and charges.

**Cut-Off Time:** The cutoff time for a wire transfer request is 1:30 p.m. PST for Domestic wires and 1:00 p.m. PST for International wires. Any wire received prior to the cut-off time will be processed same day, any wire that is taken after the cut-off time will be processed to go out the next business day. A funds transfer request is deemed received by OWFCU when executed by a credit union authorized representative.

**Inconsistent and Erroneous Information:** It is the Originators responsibility to provide accurate information in the specific instructions. A funds transfer request may be processed on the basis of the account number provided, even if the account number identifies a Beneficiary different from the Beneficiary named by the Originator. In addition, a funds transfer may be processed on the basis of the receiving Financial Institution identifying number provided, even if it identifies a Financial Institution different from the Financial Institution named by the Originator. Originator shall still be responsible to pay the amount of any funds transfer so processed and OWFCU shall not be liable for any loss or damage resulting from any delay caused by efforts to reconcile inconsistent or erroneous information. OWFCU is not required to seek clarification from anyone regarding unclear instructions. If we can not complete a transfer due to unclear or inaccurate instructions, we will notify you orally, or in writing by the next business day.

**Security:** For security purposes, OWFCU may require further verification on wire requests taken via phone, email or fax. Successful verification of these wires must be completed prior to proceeding with OWFCU processing the request. Therefore it is extremely important that your contact information with the Credit Union is correct.

**Foreign Funds Transfers:** Foreign wire transfers may be subject to delays, charges imposed by other financial institutions, and changes in foreign exchange rates. International wire transfers may take as long as 30 days to be received by the beneficiary bank or financial institution. Any inaccurate or missing information in the payment order may result in unnecessary delays or non-receipt of funds. Because of this, and because of variations in banking laws in other countries, OWFCU cannot guarantee safe completion of international wire transfers. All wires will be sent in US Dollars, the member bears any risk associated with exchange rates.

**Rejection of Wire Transfer Request:** OWFCU reserves the right, at its sole discretion except when prohibited by law, to reject any funds transfer request for any reason including but not limited to: insufficient collected funds in the specified account, OWFCU believes the transaction may be fraudulent, inability to verify Originator's identification or authenticate the funds transfer request to OWFCU's satisfaction, or incomplete, incorrect, inconsistent or ambiguous information in the funds transfer request. OWFCU will make a reasonable effort to notify Originator by phone or mail if it rejects the funds transfer request. Notwithstanding, OWFCU shall not be liable for any loss or damage associated with Old West's refusal, with or without notice, to process a funds transfer.

**Liability:** OWFCU will not be liable for consequential, special, or exemplary damages or losses of any kind. We will not be liable for any failure to act or delay due to circumstances beyond our control such as fire, flood or natural disasters; communication failures; labor disputes; any inaccuracy or ambiguity in your instructions; the action or inaction of others; or any applicable government or funds-transfer system rule, policy, or regulation.

**Restriction on Internet Gambling Transactions:** You may not initiate any wire transfer to facilitate any transaction related to internet gambling.

# EXHIBIT 4-A - OWFCU WIRE INSTRUCTIONS, INDEMNIFICATION AND HOLD HARMLESS AGREEMENT

# PHOTOGRAPH - SAME OCCASION AS WET-INK SIGNED ORIGINAL WIRE FORMS - OCTOBER 15, 2023 AT BAKER CITY, OREGON

## Wire Instructions, Indemnification
## and Hold Harmless Agreement

I herein instruct Old West Federal Credit Union to send my funds to the recipient identified in the attached Wire Transfer/Authorization Form. By signing this agreement, I herein represent and affirm that I have completed the necessary due diligence in verifying the recipient named herein and that I will hold Old West Federal Credit Union, its Agents, and Assigns (Old West) harmless and I will indemnify Old West for any claim or dispute of any nature arising from this transaction. I also understand that if I choose to complete this wire transaction Old West Federal Credit Union is not liable for any loss of funds or claim arising from fraudulent activity. I understand that once the wire is sent and accepted there is no recourse or method for return of funds.

_Linda J. Cole_                    _October 14, 2023_

Member Signature                    Date

Notary Seal & Signature on
Official Document to Follow                    **Wire Fraud Warning!**

Due to the increase and prevalence of wire fraud, the following information is shared with you for informational purposes. Wire fraud takes many different forms, and can include:

**Fraudulent online purchases** (paying for items, shipping, or "tax" before you take delivery)

**"Sweetheart" scams,** wherein an online friend or romantic acquaintance (whom you have not met in person) solicits money from you for various reasons such as travel (they may be "trapped in a foreign country), medical debt, adoption, etc.

**Jail scams,** wherein someone posing as a relative (ie., grandchild, nephew), or a "law enforcement official" calls (often in the middle of the night) saying your relative is in jail in a foreign country or has assaulted a foreign national and demands "bail" or "security" money.

Most of these scams require that you tell no one or the subject of the scam will "get in trouble."

These are just a few of the scams that occur. If you have doubts or questions, please don't hesitate to let us know before you send a wire.

# Wire Instructions, Indemnification
# and Hold Harmless Agreement

I herein instruct Old West Federal Credit Union to send my funds to the recipient identified in the attached Wire Transfer/Authorization Form. By signing this agreement, I herein represent and affirm that I have completed the necessary due diligence in verifying the recipient named herein and that I will hold Old West Federal Credit Union, its Agents, and Assigns (Old West) harmless and I will indemnify Old West for any claim or dispute of any nature arising from this transaction. I also understand that if I choose to complete this wire transaction Old West Federal Credit Union is not liable for any loss of funds or claim arising from fraudulent activity. I understand that once the wire is sent and accepted there is no recourse or method for return of funds.

*Linda J. Cole*                    *October 14, 2023*
Member Signature                   Date

Notary Seal & Signature on          **Wire Fraud Warning!**
Official Document to Follow

Due to the increase and prevalence of wire fraud, the following information is shared with you for informational purposes. Wire fraud takes many different forms, and can include:

**Fraudulent online purchases** (paying for items, shipping, or "tax" before you take delivery)

**"Sweetheart" scams,** wherein an online friend or romantic acquaintance (whom you have not met in person) solicits money from you for various reasons such as travel (they may be "trapped in a foreign country), medical debt, adoption, etc.

**Jail scams,** wherein someone posing as a relative (ie., grandchild, nephew), or a "law enforcement official" calls (often in the middle of the night) saying your relative is in jail in a foreign country or has assaulted a foreign national and demands "bail" or "security" money.

Most of these scams require that you tell no one or the subject of the scam will "get in trouble."

These are just a few of the scams that occur. If you have doubts or questions, please don't hesitate to let us know before you send a wire.

**EXHIBIT 5-A - WASHINGTON SHORT-FORM
INDIVIDUAL ACKNOWLEDGMENT (OCTOBER 14, 2023)**

**PHOTOGRAPH - SAME OCCASION AS WET-INK
SIGNED ORIGINAL WIRE FORMS - OCTOBER 15, 2023
AT BAKER CITY, OREGON**

# WASHINGTON SHORT-FORM INDIVIDUAL ACKNOWLEDGMENT (RCW 42.44.100)

State of Washington

County of _Spokane_ ] ss.

I certify that I know or have satisfactory evidence that _Linda Jean Cole_
Name of Signer

is the person who appeared before me, and said

person acknowledged that he/she signed this

instrument and acknowledged it to be his/her free

and voluntary act for the uses and purposes

mentioned in the instrument.

Dated: _October 14, 2023_
Month/Day/Year

_[signature]_
Signature of Notarizing Officer

_Notary Public_
Title (Such as "Notary Public")

---

STATE OF WASHINGTON
Matthew Anderson
Notary Public
Commission Expires July 19, 2024
Commission # 185853

---

My appointment expires

_July 19, 2024_
Month/Day/Year of Appointment Expiration

Place Notary Seal Above

---

## OPTIONAL

*Although the information in this section is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Right Thumbprint of Signer

Top of thumb here

Title or Type of Document: _Wire Instructions, Indemnification and Hold Harmless Agreement_

Document Date: _October 14, 2023_ Number of Pages: _1_

Signer(s) Other Than Named Above: _____

© 1999 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.nationalnotary.org
Item No. 5906 • Reorder: Call Toll-Free 1-800-876-6827

# WASHINGTON SHORT-FORM INDIVIDUAL ACKNOWLEDGMENT

State of Washington

County of _Spokane_   } ss.

I certify that I know or have satisfactory evidence that _Linda Jean Cole_
<span style="font-size:smaller">Name of Signer</span>

is the person who appeared before me, and said person acknowledged that he/she signed this instrument and acknowledged it to be his/her free and voluntary act for the uses and purposes mentioned in the instrument.

Dated: _October 14, 2023_
<span style="font-size:smaller">Month/Day/Year</span>

> STATE OF WASHINGTON
> Matthew Anderson
> Notary Public
> Commission Expires: July 19, 2024
> Commission # 185863

_Signature_
Signature of Notarizing Officer

_Notary Public_
Title (Such as "Notary Public")

My appointment expires

_July 19, 2024_
<span style="font-size:smaller">Month/Day/Year of Appointment Expiration</span>

Place Notary Seal Above

## ─── OPTIONAL ───

*Although the information in this section is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: _Wire Instructions, Indemnification and Hold Harmless Agreement_

Document Date: _October 14, 2023_ Number of Pages: _1_

Signer(s) Other Than Named Above: _____

> Right Thumbprint of Signer
> Top of thumb here

© 1999 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.nationalnotary.org
Item No. 5906 • Reorder: Call Toll-Free 1-800-876-6827

**EXHIBIT 8-A - QUICKEN LOANS GIFT LETTER
(SIGNED OCTOBER 11, 2023)
ADDITIONAL COPIES IN LENDER'S RECORD
DEMONSTRATE UPDATES REQUIRED BY LENDER**



***Quicken Loans***
Engineered to **Amaze**

## Gift Letter

**Donor Information**
Name: Ted and Linda Cole
Address: 625 Broadway St., Baker City, OR 97814
Phone Number: 661-800-1895
Relationship to Recipient: Mother-in-law

**Recipient Information**
Name: Eric Young
New Property Address:

**Gift Information**
Dollar Amount of the Donated Gift: $ 242,314.62
Date Gift Was or Will Be Given (Month, Date and Year): 10/12/2023

Recipient, will you use (or have you used) a portion of this gift for your earnest money deposit? Yes / No

By signing this gift letter, both the donor and the recipient confirm that they didn't receive the gift funds from any person, business or entity that has any interest in the property being sold or any person connected to the transaction such as the seller, real estate agent, builder, mortgage banker or any entity associated with them. The recipient and the donor also agree that the gift does not have to be repaid.

Recipient Signature: *Eric R. Young*          Date: 10/11/2023

Donor Signature: *Linda J. Cole*          Date: 10/11/2023

COLE_000678



***Quicken'Loans***
Engineered to **Amaze**

## Gift Letter

**Donor Information**
Name: Ted and Linda Cole
Address: 625 Broadway St., Baker City, OR 97814
Phone Number: 661-800-1895
Relationship to Recipient: Mother-in-law

**Recipient Information**
Name: Eric Young
New Property Address: 1004 E Golden Ct., Spokane, WA 99208

**Gift Information**
Dollar Amount of the Donated Gift: $ 242,314.62
Date Gift Was or Will Be Given (Month, Date and Year): 10/12/2023

Recipient, will you use (or have you used) a portion of this gift for your earnest money deposit? Yes / No

By signing this gift letter, both the donor and the recipient confirm that they didn't receive the gift funds from any person, business or entity that has any interest in the property being sold or any person connected to the transaction such as the seller, real estate agent, builder, mortgage banker or any entity associated with them. The recipient and the donor also agree that the gift does not have to be repaid.

Recipient Signature: *Eric R. Young*   Date: 10/11/2023

Donor Signature: *Linda J. Cole*   Date: 10/11/2023

**COLE_000206**



# GUARANTEED RATE, INC

## Suspense Notice

| Borrower | Underwriting | |
|---|---|---|
| Borrower: Young, Eric | Underwriter: Bertha Arias | Suspended: 11/08/2023 |
| Credit Scores: | Underwriting Assistant: | Loan Officer: Patricia Luna-deAlva |
| Co-Borr: | Regional UW Manager: Jenny Hardie | Mortgage Consultant: Jennifer Decker |
| Credit Scores: , , | | Loan Coordinator: Patrick Petranek |

| Subject Property | Lock | |
|---|---|---|
| Property: 1004 E GOLDEN CT | Note Rate: 7.750 | Qual Rate: 7.750 |
| SPOKANE, WA, 99208 | Expires: 11/20/2023 | |
| Property type: Detached   Units: 1 | Project Type: | |

| Loan Information | | Investor: Ginnie Mae | |
|---|---|---|---|
| Loan# 234787431 | Asset Expiration Date: 1/24/2024 | Loan Program: Ginnie Mae FHA 30 Year Fixed GNMA II | Condo Lender: |
| Purpose: Purchase | Appraisal Expiration Date: 4/21/2024 | Loan Type: FHA | Condo Occupancy: |
| Loan Amount: $478,255.00 | Credit Expiration Date: 2/9/2024 | Occupancy: PrimaryResidence | Condo Expiration Date: // |
| Sales Price: $616,000.00 | Income Expiration Date: 2/12/2024 | LTV / CTV: 76.304% / 76.304% | AUS: Accept |
| Appraised Value: $633000.00 | P&L Expiration Date: N/A | DTI: 30.312% / 49.236% | PITIA: $4,294.00 |
| | Self Employed Exp Date: N/A | PITI: $4,294.00 | |
| | Soft Pull Exp: N/A | | |

| Suspense |
|---|
| **If suspense conditions are met and cleared the following conditions apply** |

| Conditions | |
|---|---|
| **Prior to Approval** | Owner |
| 1. File is currently suspended as noted in suspense notice. If this loan is not submitted to Underwriting to clear the Suspense items within 10 days then the MC must: | No Owner Specified |
| 1. Update the Tracking and  HMDA screens in Encompass to reflect the loan Denial reasons as follows:  ( borrowers to provide sufficient funds to close from an appropriate source, correct URLA  section regarding lawsuit, evidence that lawsuit is fully resolved with no financial impact on borrower) | |
| 2. Send the Denial Letter to the Applicant | |
| 3. Upload the Denial Letter to Paperless. | |
| 2. Loan is suspended for the following reason(s). borrowers to provide sufficient funds to close from an appropriate source, correct URLA  section regarding lawsuit, evidence that lawsuit is fully resolved with no financial impact on borrower | No Owner Specified |

| Conditions | |
|---|---|
| **Prior to Docs** | Owner |
| 3. Lender to obtain verbal verification of employment for borrower reflecting 24 months history. If current employment is less than 2 years, verbal VOE?s must be obtained from each employer necessary to complete a full 24 month history**** need for Farrauil .****Revised 10/23/23 add SS# to the VVOE | Mortgage Consultant |
| 4. FHA?s large deposit policy is any deposit exceeding 1% of the sale price OR what appears excessive for borrower?s historical savings pattern ? please provide signed explanation and document the following large deposits: $119698.04 wire on 10/16/23 into BOFA #- 2131 | Loan Coordinator |
| 5. FHA Real Estate Certification signed by all parties (sellers, buyers, and realtors). | Loan Coordinator |
| 6. CTC: Provide evidence of homeowners insurance. Provide evidence of homeowners insurance. Provide full dec page with correct mortgagee and insurance company rating and replacement cost estimator if necessary | Loan Coordinator |
| 7. FHA Amendatory Clause signed and dated by all parties (sellers and buyers). | Loan Coordinator |
| 8. Evidence receipt of gift funds by providing the following: 1) Executed Gift Letter 2) Copy of cancelled check or cashiers check, if funds were not wired (cash gift is not acceptable) 3) Borrower's asset online activity history printout (with account identifiers) from the date of the last bank statement provided through the date the funds were deposited.  4) Donor's bank statement or online activity history evidencing transfer of gift funds to the borrower.  Please note, any non-direct payroll deposits need to be documented with signed letter of explaining the source of the deposits and copies of any checks deposited.****Revised 10/26/23 Ned GRI gift letter, need Donor's bank statement or online activity history evidencing transfer of gift funds to the borrower.  Please note, any non-direct payroll deposits need to be documented with signed letter of explaining the source of the deposits and copies of any checks deposited for $242314.62 gift on 10/16/23 | Loan Coordinator |
| 9. CTC: POD to update File Contacts to reflect the following additional participants to be checked against GSA/LDP and ineligible lists: appraiser and co, title co and title UW co | Loan Coordinator |
| 10. CTC: Lock comparison screen must all reflect 'Match'.****appraised value | Loan Coordinator |
| 11. CTC: The file may be selected for a Pre-Funding Underwriting Audit.  If selected, this loan will be unable to close until the loan has been reviewed and determined to meet all underwriting and investor requirements. UW will clear condition if loan has not been selected and all PTD Conditions are cleared. | Underwriter |

| **Prior to Funding** | Owner |
|---|---|

| **At Closing** | Owner |
|---|---|
| 12. Final AUS findings Submission # | Underwriter |
| Last 4 digits of Credit Ref #- 1411    matches between paperless and AUS. | |
| Middle score of  607   matches with lock comparison screen. | |

| | |
|---|---|
| 13. Cash to close not to exceed $153,238.39+ $6000.00 in Earnest Money Deposit. A minimum tax credit of $0.00 must reflect on the final CD. $975.00 in POC has been verified. | Closer |
| 14. IRS Form 4506-C to be signed by all borrowers. | Closer |
| 15. Any disbursement on the seller's side of the CD that are not lien related as documented in the title commitment or for normal closing costs must be documented in writing by the seller and reviewed by the Closer to verify compliance with all regulations and internal policies. Anything noted outside of standard costs may need to be escalated and approved by the Underwriter and could delay closing. Real estate commissions not to exceed standard commission rate in market area or no more than 8% of purchase price. | Closer |
| 16. Homeowners Insurance was approved on < UW Insert Date> for policy with an effective date of <UW Insert Date> . Purchase Transactions: Effective Date must be the same as the closing date or up to maximum of 15 days prior to closing. | Closer |
| 17. Maximum seller credit of $<0.00 >??has been approved.? Should seller credit exceed this amount, a fully executed addendum to the contract must be obtained and loan must be resubmitted to Underwriting for a revised decision with updated AUS findings.? Seller contributions and/or lender credits can not to exceed actual closing costs/prepaids. | Closer |
| 18. Title Policy must be dated within 120 days of Note Date | Closer |
| 19. Base Loan Amount $470,030.00 plus FINANCED UFMIP $8,225.00  = Total Financed Loan Amount $ 478,255.00 If the UFMIP is paid in cash, then borrower verified liquid assets, lender and seller credits can be applied. UFMIP must either be ALL paid in cash or ALL be financed. | Closer |
| 20. If a 2nd appraisal was completed on this FHA file, borrower may not be charged for this appraisal | Closer |
| 21. Document expiration dates must be good thru Loan Disbursement Date for all FHA Loans. | Closer |
| 22. FHA Only-The minimum statutory investment (23.696%) requirement for this loan is $< 145,967.36 >. | Closer |
| 23. PITIA not to exceed <4,231.16 >, unless Lock Comparison- Origination Form & UW Comparison Review reflects Tolerance. | Closer |
| 24. All parties on purchase contract and on loan are required to be on title. | Closer |

25-80038-FPC    Doc 29    Filed 12/29/25    Entered 12/30/25 08:33:06    Pg 36 of 63

# FHA Loan Underwriting and Transmittal Summary

See page 2 for Public Burden and Sensitive Information statements

## U.S. Department of Housing and Urban Development
Office of Housing Federal Housing Commissioner

OBM Approval No. 2502–0059 (expires 12/31/2023)

## Borrower and Property Information FHA Case No. 562-3187196-703    SOA 203B

| | |
|---|---|
| Borrower Name **Eric Young** | SSN █████7986 |
| Co-Borrower Name | SSN |
| Property Address **1004 E GOLDEN CT, SPOKANE, WA 99208** | |

**Property Type** (Check only 1)
- [x] 1 unit
- [ ] 2 units
- [ ] 3 - 4 units
- [ ] Condominium
- [ ] Co-op
- [ ] Manufactured Housing

**Additional Property Information**
Sales Price $ 618,000.00
Appraised Value $ 618,000.00

**Property Rights**
- [x] Fee Simple
- [ ] Leasehold

**Construction**
- [x] Existing
- [ ] Proposed
- [ ] New (less than 1 year)

## Mortgage Information

**Amortization Type** (Check only 1)
- [x] Fixed-Rate-Monthly Payments
- [ ] ARM 1 [ ] 3 [ ] 5 [ ] 7 [ ] or 10 [ ] yr
- ARM Index _____
- ARM Margin _____
- [ ] Int. Rate Buydown

**Loan Information**
| | |
|---|---|
| Mortgage w/o UFMIP | $ 472,030.00 |
| Total UFMIP | $ 8,260.00 |
| Mortgage w/ UFMIP | $ 480,290.00 |
| Interest Rate | 7.750 % |
| Qualifying Rate | 7.750 % |
| (1 Yr. ARM) | |
| Loan Term (in months) | 360 |

**Loan Purpose** (Check all that apply)
- [x] Purchase
- [ ] No Cash-Out Refinance
- [ ] Cash-Out Refinance
- [ ] Simple Refinance
- [ ] Streamline Refinance
- [ ] Construction-to-Permanent
- [ ] Energy Efficient Mortgage
- [ ] Building On Own Land
- [ ] HUD REO
- [ ] 203(k)
  - [ ] Standard
  - [ ] Limited
  - [ ] Other

**Secondary Financing**
Source/EIN _____
- [ ] Gov't [ ] NP [ ] Family
- [ ] Other _____
Amount of Secondary Financing
$ _____

**Gifts** Seller Funded DAP [ ] Y/N
1.) Source/EIN _____
- [ ] Gov't [ ] NP [x] Family
- [ ] Other _____
Amount of Gift $ 242,314.62
2.) Source/EIN _____
- [ ] Gov't [ ] NP [ ] Family
- [ ] Other _____
Amount of Gift $ _____

## Underwriting Information

**Monthly Income**

| | Borrower | Co-Borrower | Total |
|---|---|---|---|
| Base Income | $ 14,166.00 | $ | $ 14,166.00 |
| Other Income | $ | $ | $ |
| Net Rental Income | $ | $ | $ |
| Total Income | $ 14,166.00 | $ | $ 14,166.00 |

**Debts & Obligations**

| | Monthly | Unpaid Balance |
|---|---|---|
| Total Installment debt | $2,366.84 | $150,029.00 |
| Child Support | | |
| Negative Rental Cash Flow | | |
| All other monthly payments | | |
| Total Fixed Payment | $6,613.43 | |

**Borrower Funds to Close**

| | |
|---|---|
| Required | $ 153,250.56 |
| Verified Assets | $ 245,667.08 |
| Closing Costs | $ 12,795.15 |
| Source of Funds | FHAGiftSourceRelative |
| No. of Months in Reserves | 22 |
| Seller Contribution | 0.000 % |

**Proposed Monthly Payments**
**Borrowers Primary Residence**

| | |
|---|---|
| First Mortgage P&I | $ 3,440.86 |
| Monthly MIP | $ 195.90 |
| HOA Fees | $ |
| Lease/Ground Rent | $ |
| Second Mortgage P&I | $ |
| Hazard Insurance | $ 133.33 |
| Taxes & Special Assessments | $ 476.50 |
| Total Mortgage Payment | $ 4,246.59 |

**Qualifying Ratios**

| | |
|---|---|
| LTV | 76.380 % |
| CLTV (if 2nd permitted) | 76.380 % |
| Mortgage Payment-to-income | 29.977 % |
| Total Fixed Payment-to-Income | 46.685 % |

| | Borrower | Co-Borrower(s) |
|---|---|---|
| CAIVRS# | A291400254 | |
| LDP/SAM | [ ] yes [x] no | [ ] yes [x] no |

**Underwriter Comments**

**See attached addendum for additional Underwriter Comments**

| Underwriter's signature & date (if required) | CHUMS ID# |
|---|---|
| X | ZFHA |

**Risk Assessment**    Scored by TOTAL? [x] yes [ ] no    Risk Class [x] A/A or [ ] Refer

**CHUMS ID # for Reviewer of appraisal** _____

(Required for loans scored by TOTAL with risk class A/A or loans where the appraisal and credit reviews are performed by different underwriters.)

form HUD-92900-LT (02/2020)
GUNDTRNSM_S 0121
GUNDTRNSMS (POD)
10/23/2023 02:19 PM PST

COLE_000636

**EXHIBIT 36 - OWFCU Statement Page, and
Two TranZact detail reports from
Plaintiffs' November, 2024 discovery
production.**

Old Market Cl
Baker City
20th Broadway Street
NH 235 0754

# (MINI-STATEMENT)

| LINDA JEAN COLE<br>625 BROADWAY ST<br>BAKER CITY OR 97814 | ACCOUNT: XXXXXXX692 | PERIOD: 10/01/23 TO 10/24/23 |
| --- | --- | --- |

**PRIMARY SHARE ID:0030**
**Joint: TED LAVERN COLE**

| EFFECT | POST | TRANSACTION DESCRIPTION | AMOUNT | NEW BALANCE |
| --- | --- | --- | --- | --- |
| 10/01/23 | | ID 0030 - Primary Share Balance Forward | | 27.78 |
| 10/16/23 | 10/16/23 | DEPOSIT TRANSFER FROM SHARE 0180 | 20,353.28 | **20,381.06** |
| 10/16/23 | 10/16/23 | DEPOSIT TRANSFER FROM SHARE 0140 | 99,341.98 | **119,723.04** |
| 10/16/23 | 10/16/23 | WITHDRAWAL FEE OUTGOING DOMESTIC WIRE FEE | - 20.00 | 119,703.04 |
| 10/16/23 | 10/16/23 | WITHDRAWAL OUTGOING WIRE ERIC YOUNG | - 119,698.04 | 5.00 |
| 10/24/23 | | Ending Balance | | 5.00 |

**KASASA CASH SAVER SAVINGS ID:0080**
**Joint: TED LAVERN COLE**

| EFFECT | POST | TRANSACTION DESCRIPTION | AMOUNT | NEW BALANCE |
| --- | --- | --- | --- | --- |
| 10/01/23 | | ID 0080 - Kasasa Cash Saver Savings Balance Forward | | 242,313.78 |
| 10/01/23 | 10/01/23 | DEPOSIT TRANSFER FROM SHARE 0180 KASASAREWARDXFER | 0.84 | **242,314.62** |
| 10/12/23 | 10/12/23 | WITHDRAWAL OUTGOING WIRE BANK OF AMERICA PET YOUNG | 242,314.62 | 0.00 |
| 10/24/23 | | Ending Balance | | 0.00 |

**MONEY MARKET ID:0140**

| EFFECT | POST | TRANSACTION DESCRIPTION | AMOUNT | NEW BALANCE |
| --- | --- | --- | --- | --- |
| 10/01/23 | | ID 0140 - Money Market Balance Forward | | 99,341.98 |
| 10/16/23 | 10/16/23 | WITHDRAWAL TRANSFER TO SHARE 0030 | 99,341.98 | 0.00 |
| 10/24/23 | | Ending Balance | | 0.00 |

**KASASA CASH SAVER CHECKING ID:0180**
**Joint: TED LAVERN COLE**

| EFFECT | POST | TRANSACTION DESCRIPTION | AMOUNT | NEW BALANCE |
| --- | --- | --- | --- | --- |
| 10/01/23 | | ID 0180 - Kasasa Cash Saver Checking Balance Forward | | 20,374.12 |
| 10/01/23 | 10/01/23 | WITHDRAWAL TRANSFER TO SHARE 0080 KASASAREWARDXFER | - 0.84 | 20,373.28 |
| 10/12/23 | 10/12/23 | WITHDRAWAL FEE OUTGOING DOMESTIC WIRE FEE | - 20.00 | 20,353.28 |
| 10/16/23 | 10/16/23 | WITHDRAWAL TRANSFER TO SHARE 0030 | - 20,353.28 | 0.00 |
| 10/24/23 | | Ending Balance | | 0.00 |

COLE_001294

25-80038-FPC   Doc 29   Filed 12/29/25   Entered 12/30/25 08:33:06   Pg 39 of 63

| | |
|---|---|
| Reviewed By | N/A |
| Wire Status | Complete 10/16/2023 03:11 PM |
| Transaction # | 10484 |
| Wire Amount | $119,698.04 |
| W/D | Withdrawal |
| Product Code | CTR |
| Receiver FI ABA | 026009593 |
| Receiver FI Name | BANK OF AMERICA, N.A., NY |
| Originator Account # | 619692 |
| Originator Name | Linda Cole |
| Originator Address | 625 Broadway St |
| Originator Address | Baker City, OR 97814 |
| BNF Account # | 008761102131 |
| Beneficiary Name | Eric Young |
| Beneficiary Address | 8507 North Sylvia St |
| Beneficiary Address | Spokane, WA 99208 |
| Purpose of Payment | Balance transfer |
| ORG to BNF Information | Balance transfer |
| TranZact Initiated By | BROOKE WOLCOTT |
| TranZact Submitted By | ROBBI CRIBBS |
| Catalyst Corp Reference # | 231016151014H2G0 |
| imad # | 20231016K1QJE01C000764 |
| OFAC Check | Active |
| OFAC Comments | No OFAC Match |

| Field Name | Stop Descriptor | OFAC Hit Description |
|---|---|---|
| BENEFICIARYADDRESS | NORD | ORD AO (intId) 1022 (listCode) AOE (entityType) 08 (createdDate) 05-25-2016 (lastUpdateDate) 04-27-2022 (source) TFP (OriginalSource) OFAC (nativeCharNames) ПАО «Сбербанк» (id) 10776040144657604105513 (programs) RUSSIA-EO14024 & UKRAINE-EO13662 (sdfs) 100% Subsidiary of SBERBANK OF RUSSIA (OFAC). EO-13662 Directive Determination - Subject to Directive 1; EO-14024 Directive Determination - Subject to Directives 2 & 3. For more information, please visit OFAC's Ukraine- Russia & Russian Harmful Foreign Activities Program pages17018100.00https://egrul.nalog.ru/index.html (INN:7604105513)https - 2019 report-sberbank.ru/files/ru/01/03-main-subsidiaries-and-affilates-rus.pdf (F-01)OWNERSHIP_50_100 (addresses) UL. CHAYKOVSKOGO, D. 62/30, POM 5YAROSLAVLRUBUSSIAN FEDERATIONYAROSLAVSKAYA OBLAST150014 |

COLE_001295

25-80038-FPC    Doc 29    Filed 12/29/25    Entered 12/30/25 08:33:06    Pg 40 of 63

| | |
|---|---|
| Reviewed By | Jira |
| Wire Status | Complete 10/24/2023 09:05:152 |
| Transaction # | 10125 |
| Wire Amount | $242,311.62 |
| W/O | Withdrawal |
| Product Code | CHI |
| Receiver FI ABA | 026009593 |
| Receiver FI Name | BANK OF AMERICA, N A |
| Originator Account # | 619992 |
| Originator Name | Buck Com |
| Originator Address | 625 Broadway St |
| Originator Address | Paus City, OR 97044 |
| BNF Account # | 09240102151 |
| Beneficiary Name | Enc Wisny |
| Beneficiary Address | 8507 North Sylus St |
| Beneficiary Address | Spokane, WA 99208 |
| Purpose of Payment | Prepaty Purchase n Sp5 un WA |
| ORG to BNF Information | 1031 E Gobhan t Spokane, WA |
| TranZact Initiated By | BROOKE WHETTERS |
| TranZact Submitted By | ROBBI CHIBBS |
| Catalyst Corp Reference # | 2310161308413=205 |
| Imad # | 2023101K1QLEEAC1 2414 |
| OFAC Check | Active |
| OFAC Comments | No OFAC Match |

| Field Name | Stop Descriptor | OFAC Hit Description |
|---|---|---|
| BENEFICIARY ADDRESS | SEPAH | ... (lastUpdateDate) 12/02/2019 (lastUpdateDate) 12/02/2019 (source, ... of BANK SEPAH ... ... Cargo Company (70.4% Subsidiary of BANK SEPAH (SDN ... ... AAA ... ... Plc or Shamkart Inc arpx?xjQ GThnAh4%ZeyQQQaQQQZZ6QQQaQQQr ... INFORMATION ... STOPHALFE ... ... 10724/13 |
| BENEFICIARY ADDRESS | NORD | ORIG ... (lastUpdateDate) 04/29/2022 (source) TFP (OriginalSource) OF EONV ... ... IndivPAIR ... ... 735 Circular Determination - Subject to Directive 1; EO-14024 D ... Determination ... ... ? ... ... ... ... (NN 76041(5313)https=2019 report-sberbank ... SKAYA SKOBOD ... ... YAROSLAVSKAYA OBLAST160014 |
| BENEFICIARY ADDRESS | NORD | BGO ... (lastUpdateDate) 07/02/2022 (source) TFP (OriginalSource) OFAC ... ... 589 291. VESSEL FLAG: Russia27152 |
| BENEFICIARY NAME | VLOUS | ... (lastUpdateDate) 04/27/2022 (source) TFP ( ... RENMIX ... 24574 (17-746 35% Subsidiary of 'GPN-IINVEST' OOO which is 1 ... ... please visit OFAC's Ukraine/Russia & Russian Harmful F ... ... 393ad02969g84c299362b60f90f474 (Pg. 13)OWNE FEDERATIONGHENRUSSA AA ... ... |
| ORG TO BNF INFORMATION | SUN PROPERTIES | SUN PROPERTIES LLC ... (lastUpdateDate) 07/25/2019 (source) UST (Originali ... ... ENRIQUE ... ... ... MIAMI FLORIDA US UNITED STATES DE DELAWARE US U |
| ORG TO BNF INFORMATION | AAA PROPERTIES | AA AAA PROPERTIES ... (lastUpdateDate) 11/14/2022 (source) UST (Originali ... ALEXANDER AA TER ... ... 06 19 SEP 2013; ORGANIZATION TYPE: REAL ESTATE AGE ... DCMA-SSNNNEXONATIG AAG |
| ORG TO BNF INFORMATION | GOLDEN WINGS | GOLDEN WINGS ... (lastUpdateDate) 12/14/2018 (source) UST (Orig EGYPTNY ... ... SMARAERERITREAYIDA GRAND MARKETYIDASSS ... 300AU |
| ORG TO BNF INFORMATION | GOLDEN | RAPHEL ... (lastUpdateDate) 08/20/2020 (source) TFP (Original/Source) OF ... ... Vessels That Are Believed to Have Engaged in Ship-To-Ship T ... ... /nordr-korea-sanctions ... |
| ORG TO BNF INFORMATION | OAC PURCHASES | ... (lastUpdateDate) 06/29/2022 (source) TFP (Origin ... ... RUSSIAEO14024 & UKRAINE-EO13662 (w/to) 100% Subsidi ... ... please visit the following link: http://www.treas ... program. ... ... /ooo-oak-rakupkchttp://uac- ... ... NIZHEGORODSKAYA OBLAST603123NIZHEHUNARODNYY ... ... POOYEZD 16YS LNKOR MOSCOWRURUSSIAN FEDERATION1 |

COLE_001296

25-80038-FPC    Doc 29    Filed 12/29/25    Entered 12/30/25 08:33:06    Pg 41 of 63

# EXHIBIT 37 - PLAINTIFFS' STATE COURT TRIAL WITNESS LISTS vs WITNESSES CALLED PRE-TRIAL WITNESS LIST BY MICHAEL MERRITT

CASE NUMBER
2320473432
SN:101.0 PC:6

FILED
1/17/2024
Timothy W Fitzgerald
Spokane County Clerk

3
4
5
6
7
8

IN THE SUPERIOR COURT FOR THE STATE OF WASHINGTON,
IN AND FOR THE COUNTY OF SPOKANE

9

10    LINDA COLE and TED COLE,                    No. 2x2 04234 52

11              Plaintiffs

12    vs.                                         **PLAINTIFFS' LAY AND EXPERT**
                                                  **WITNESS DISCLOSURE**
13    ERIC ROSS YOUNG and SUSAN ANN
      LYNETTE YOUNG,

14              Defendants

15

16        COME NOW Plaintiffs Linda Cole and Ted Cole, by and through their attorney

17    Michael R. Merritt and Paine Hamblen, P.S., and hereby discloses the following witnesses

18    pursuant to the Court's Civil Case Schedule Order.

19                              **I.  LAY WITNESSES**

20        1     Linda Cole
21              c/o Paine Hamblen, P.S.
                717 W. Sprague Ave, Suite 1200
22              Spokane, WA 99201
                (509) 455-6000
23

24        Mrs. Cole is expected to testify concerning the factual basis for her claims.

25        2     Ted Cole
26              c/o Paine Hamblen, P.S.
                717 W Sprague Ave, Suite 1200
27

PLAINTIFFS' LAY AND EXPERT WITNESS
28    DISCLOSURE - 1

PAINE HAMBLEN, P.S.
717 W SPRAGUE AVENUE, SUITE 1200
SPOKANE, WASHINGTON 99201-0503
PHONE (509) 455-6000

**IN THE SUPERIOR COURT FOR THE STATE OF WASHINGTON,
IN AND FOR THE COUNTY OF SPOKANE**

| | |
|---|---|
| LINDA COLE and TED COLE,<br><br>           Plaintiffs,<br><br>vs.<br><br>ERIC ROSS YOUNG and SUSANANN<br>LYNETTE YOUNG,<br><br>           Defendants. | No. 23-2-04734-32<br><br>**PLAINTIFFS' LAY AND EXPERT<br>WITNESS DISCLOSURE** |

COME NOW Plaintiffs Linda Cole and Ted Cole, by and through their attorney Michael R. Merritt and Paine Hamblen, P.S., and hereby discloses the following witnesses pursuant to the Court's Civil Case Schedule Order:

## I.  LAY WITNESSES

1.      Linda Cole
          c/o Paine Hamblen, P.S.
          717 W Sprague Ave, Suite 1200
          Spokane, WA 99201
          (509) 455-6000

          Mrs. Cole is expected to testify concerning the factual basis for her claims.

2.      Ted Cole
          c/o Paine Hamblen, P.S.
          717 W Sprague Ave, Suite 1200

PLAINTIFFS' LAY AND EXPERT WITNESS
DISCLOSURE - 1

*PAINE HAMBLEN, P.S.*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WASHINGTON 99201-3505
PHONE (509) 455-6000

Spokane, WA 99201
(509) 455-6000

Mr. Cole is expected to testify concerning the factual basis for his claims.

3.  Matthew Anderson, Notary Public
    c/o Postal Annex
    816 W. Francis Ave.
    Spokane, WA 99205
    (509) 328-3354

Mr. Anderson is expected to testify regarding the notarization of the Wire Instructions, Indemnification, and Hold Harmless Agreement which are the basis of Plaintiffs' claims.

4.  Joelle Severns
    Associate and friend of Plaintiffs
    2023 Birch St.
    Baker City, OR 97814

Mrs. Severns is expected to testify concerning the subject dispute, the relationship of the parties, and the factual basis of Plaintiffs' claims.

5.  Mark Severns
    Associate and friend of Plaintiffs
    2023 Birch St.
    Baker City, OR 97814

Mr. Severns is expected to testify concerning the subject dispute, the relationship of the parties, and the factual basis of Plaintiffs' claims.

6.  Dawn Bruce, Branch Manager
    c/o Old West Federal Credit Union
    3 Depot St.
    La Grande, OR 97850
    (888) 575-0264

DEFENDANT NATHANIEL SHOEMAKER'S
LAY AND EXPERT WITNESS DISCLOSURE - 2

*PAINE HAMBLEN, P.S.*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WASHINGTON 99201-3505
PHONE (509) 455-6000

25-80038-FPC    Doc 29    Filed 12/29/25    Entered 12/30/25 08:33:06    Pg 45 of 63

Ms. Bruce is expected to testify regarding the arrangement of the wire transfers at issue in this case.

7.     Christy Varner
       c/o Old West Federal Credit Union
       3 Depot St.
       La Grande, OR 97850
       (888) 575-0264

Ms. Varner is expected to testify regarding the arrangement of the wire transfers at issue in this case.

8.     Tara Crader
       c/o Old West Federal Credit Union
       2036 Broadway St.
       Baker City, OR 97814
       (541) 523-5535

Ms. Crader is expected to testify regarding the arrangement of the wire transfers at issue in this case.

9.     Brooke Wolcott
       c/o Old West Federal Credit Union
       2036 Broadway St.
       Baker City, OR 97814
       (541) 523-5535

Ms. Wolcott is expected to testify regarding the arrangement of the wire transfers at issue in this case.

10.    Dawn M. Kitzmiller
       c/o Baker City Building Department
       1995 Third St.
       Baker City, OR 97814
       (541) 523-8219

DEFENDANT NATHANIEL SHOEMAKER'S
LAY AND EXPERT WITNESS DISCLOSURE - 3

*PAINE HAMBLEN, P.S.*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WASHINGTON 99201-3505
PHONE (509) 455-6000

**EXHIBIT 38**
**EXCERPT - BCPD OFFICER BODY WORN CAMERA VIDEO**
**- Certified Transcript, p 54 -**

**"...Did you intend to put that 180k into Eric's account?"**

**LINDA COLE: "He needed -- somebody needed there to put it into the mortgage...He was going to handle that part"**

1      OFFICER ESSEX:  So I'm -- I'm

2   understanding all that now.  Okay.

3      MS. COLE:  Uh-huh.

4      OFFICER ESSEX:  A lot of times when I look

5   at stuff like this, I just want to make sure that

6   everything is accurate --

7      MS. COLE:  Right.

8      OFFICER ESSEX:  -- in case there's

9   something on here that --

10      MS. COLE:  Right.

11      OFFICER ESSEX:  -- you didn't pick up and

12   maybe I'm seeing it, --

13      MS. COLE:  Right.  I understand.  Yes.

14      OFFICER ESSEX:  -- just so you know, just

15   the amounts.

16      MS. COLE:  Uh-huh.

17      MS. SEVERNS:  Now I have a question for

18   you.

19      MR. COLE:  Uh-huh.

20      MS. SEVERNS:  Did you intend to put the

21   $180,000 into Eric's account so -- because he's the

22   one that was going to do the mortgage?

23      MS. COLE:  He needed -- somebody needed

24   there to put it into the mortgage.  He was going to

25   handle that part.

25-80038-FPC   Doc 29   Filed 12/29/25   Entered 12/30/25 08:33:06   Pg 48 of 63

# EXHIBIT 37 - PLAINTIFFS' STATE COURT TRIAL WITNESS LISTS vs WITNESSES CALLED PRE-TRIAL WITNESS LIST BY MATTHEW MENSIK

Ms. Kitzmiller is expected to testify regarding the process of the Cole's house remodel/construction and Eric Young's involvement with that process.

11.      Randy DeMaris
Designer, DeMaris Restoration & Design, LLC
855 Foothill Dr.
Baker City, OR 97814

Mr. Demaris is expected to testify regarding the process of the Cole's house remodel/construction and Defendants' involvement with that process.

12.      Rebecca Flaherty
c/o John L. Scott Realty
1500 W. 4th Ave., Suite 202
Spokane, WA 99201

Ms. Flaherty is expected to testify regarding the purchase of real property attempted by the Defendants and the factual basis of Plaintiffs' claims.

## II.  EXPERT WITNESSES

13.      Virginia Tate
FAI International
P.O. Box 3821
Coeur d'Alene, ID 83816

Ms. Tate is a forensic accountant and a certified fraud examiner. She expected to testify regarding the acquisition and disposition of the funds in dispute in this case.

## III.  RESERVATIONS

Plaintiffs' witness disclosures hereby incorporate all previously disclosed lay and expert witnesses of the other parties in this case.

DEFENDANT NATHANIEL SHOEMAKER'S
LAY AND EXPERT WITNESS DISCLOSURE - 4

*PAINE HAMBLEN, P.S.*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WASHINGTON 99201-3505
PHONE (509) 455-6000

Plaintiffs hereby expressly reserve the right not to call every witness listed. Plaintiffs also reserve the right to call all witnesses identified in any deposition taken by any party.

Plaintiffs further reserve the right to call any person having factual knowledge, whether listed as a witness or not, whether otherwise disclosed in records produced or in answers to interrogatories or documents received in production as discovery proceeds and expressly reserves the right to amend and/or supplement this disclosure of potential witnesses.

Plaintiffs expressly reserve the right to supplement or otherwise revise the foregoing Witness List in the event another party produces previously undisclosed information or witnesses.

Plaintiffs expressly reserve the right to call any and all necessary rebuttal witnesses.

DATED this 17th day of April, 2024.

**PAINE HAMBLEN, P.S.**

*/s/ Michael R. Merritt*
Michael R. Merritt, WSBA #60094
Attorney for Plaintiffs Linda and Ted Cole

DEFENDANT NATHANIEL SHOEMAKER'S
LAY AND EXPERT WITNESS DISCLOSURE - 5

1

## CERTIFICATE OF SERVICE

2    I HEREBY CERTIFY that on the 17th day of April, 2024, I caused to be served a true

3    and correct copy of the foregoing **PLAINTIFFS' LAY AND EXPERT WITNESS**

4

5    **DISCLOSURE** by the method indicated below and addressed to the following:

6              _____    HAND DELIVER         Austin F. Hatcher
7              __X__     U.S. MAIL            11616 N. Market St. # 1090
              _____    OVERNIGHT MAIL      Mead, WA 99021
8              __X__     EMAIL               austin@hatcherlawpllc.com

9

10

11

12                              */s/ Audrey Runcorn*
                              Audrey Runcorn, Legal Assistant
13

14    4859-4496-3767, v. 1

15

16

17

18

19

20

21

22

23

24

25

26

27    DEFENDANT NATHANIEL SHOEMAKER'S                    *PAINE HAMBLEN, P.S.*
      LAY AND EXPERT WITNESS DISCLOSURE - 6        717 WEST SPRAGUE AVENUE, SUITE 1200
28                                                   SPOKANE, WASHINGTON 99201-3505
                                                        PHONE (509) 455-6000

CASE NUMBER
2320473432
SN:180.0 PC:3

FILED
12/16/2024
Timothy W Fitzgerald
Spokane County Clerk

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF SPOKANE

LINDA COLE and TED COLE,

          Plaintiffs

vs.

ERIC ROSS YOUNG and SUSAN ANN
LYNETTE YOUNG

          Defendants

Case No. 23-2-01414-32

**PLAINTIFFS' TRIAL WITNESS LIST**

    Plaintiffs identify the following individuals who may be called as witnesses at the time

of trial in this case

**I.    LAY WITNESSES**

1.   Linda Cole

2.   Ted Cole

3.   Matthew Anderson

4.   Joelle Severns

5.   Mark Severns

6.   Dawn Bruce

7.   Christy Varner

R | N/W  Riverside NW Law Group PLLC

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF SPOKANE

LINDA COLE and TED COLE,

                  Plaintiffs,

vs.

ERIC ROSS YOUNG and SUSANANN
LYNETTE YOUNG,

                  Defendants.

Case No. 23-2-04734-32

**PLAINTIFFS' TRIAL WITNESS LIST**

      Plaintiffs identify the following individuals who may be called as witnesses at the time of trial in this case:

### I.    LAY WITNESSES

1. Linda Cole

2. Ted Cole

3. Matthew Anderson

4. Joelle Severns

5. Mark Severns

6. Dawn Bruce

7. Christy Varner

PLAINTIFFS' TRIAL WITNESS LIST - 1

R | N W  Riverside NW Law Group, PLLC
905 W. Riverside Ave., Ste 208
Spokane, WA 99201
(509) 606-0746 | rnwlg.com

8. Tara Crader

9. Brooke Wolcott

10. Dawn M. Kitzmiller

11. Randy DeMaris

12. Rebecca Flaherty

13. Joseph Hanson

14. Eric Young

15. Susanann Young

16. Records custodian for Guaranteed Rate

17. Records custodian for Bank of America

18. Records custodian for Fidelity

19. Records custodian for John L. Scott Realty

## II.    EXPERT WITNESSES

20. Virgina Tate

Plaintiffs reserve the right to call any or all witnesses identified by the Defendants and/or called by the Defendants at the time of trial. Plaintiffs further reserve the right to call rebuttal witnesses.

Dated December 16, 2024.

RIVERSIDE NW LAW GROUP, PLLC

BY: /s/ Matthew S. Mensik
Mathew A. Mensik, WSBA 44260
905 W. Riverside Ave. Ste 208
Spokane, WA 99201
Telephone: (206) 949-3540
Email: mam@rnwlg.com



Riverside NW Law Group, PLLC
905 W. Riverside Ave., Ste 208
Spokane, WA 99201
(509) 606-0746 | rnwlg.com

## CERTIFICATE OF SERVICE

I certify that the foregoing document was served upon the following individuals in the manner indicated:

| | |
|---|---|
| Eric and Susanann Young<br>12402 N. Divisions St, PMB #167<br>Spokane, WA 99218<br><br>Pro Se Defendants | ☐ Personal Service<br>☐ First Class Mail<br>☐ Certified Mail<br>☑ E-mail<br>Eyoung-encrypt@pm.me<br>jaegersmum@proton.me |

Dated this 16th day of December, 2024.

*Matthew Mensik*

Matthew A. Mensik



Riverside NW Law Group, PLLC
905 W. Riverside Ave., Ste 208
Spokane, WA 99201
(509) 606-0746 | rnwlg.com

# EXHIBIT 39 - PLAINTIFFS' STATE COURT TRIAL WITNESS LISTS vs WITNESSES CALLED
# - WITNESSES AT TRIAL -
# NONE FROM OWFCU

```
 1        IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON

 2             IN AND FOR THE COUNTY OF SPOKANE

 3                      *  *  *  *  *

 4                              )
          LINDA COLE AND TED COLE,  )
 5                              )    SPOKANE COUNTY
                  Plaintiffs,   )    SUPERIOR COURT
 6                              )    NO. 23-2-04734-32
          vs.                   )
 7                              )    COURT OF APPEALS
          ERIC YOUNG AND SUSAN YOUNG,)  NO. 411184
 8                              )
                  Defendants.   )
 9        _____)

10              VERBATIM REPORT OF PROCEEDINGS
                      VOLUME I OF II
11            HONORABLE JACQUELYN HIGH-EDWARD
                    JANUARY 13-16, 2025
12

13        APPEARANCES:

14        FOR THE PLAINTIFFS:

15        RIVERSIDE NW LAW GROUP, PLLC
          By:     Matthew Mensik
16                Kacy Tellessen
                  905 W Riverside Ave Ste 208
17                Spokane, Washington 99201

18

19        FOR THE DEFENDANTS:

20                Eric and Susan Young
                  Pro se
21                24 East Sapphire Ln
                  Spokane, Washington 99208
22

23

24                Ivie Ann Larsen, CCR No. 23028166
                    1222 W Summit Pkwy, #10
25                    Spokane, WA 99201
                       (360)509-0341
```

Linda and Ted Cole v. Eric and Susan Young
Trial - Volume I of II

<u>GENERAL INDEX</u>

| | PAGE NO. |
|---|---|
| <u>January 13, 2025</u> | 6 |
| Preliminary Matters | 6 |
| Opening Statement by Mr. Mensik | 14 |
| Opening Statement by Ms. Young | 33 |
| Opening Statement by Mr. Young | 43 |
| Testimony of Virginia Tate | 53 |
| Testimony of Matthew Anderson | 92 |
| Testimony of Rebecca Flaherty | 107 |
| Testimony of Eric Young | 132 |
| <u>January 14, 2025</u> | 286 |
| Preliminary Matters | 286 |
| Continued Testimony of Eric Young | 299 |
| Testimony of Susan Young | 468 |
| Reporter's Certificate | 500 |

Linda and Ted Cole v. Eric and Susan Young
Trial – Volume I of II

<u>WITNESS INDEX</u>

<u>WITNESS</u>                                                              <u>PAGE NO.</u>


VIRGINIA TATE
DIRECT EXAMINATION BY MR. MENSIK                                    53
CROSS-EXAMINATION BY MS. YOUNG                                      79
CROSS-EXAMINATION BY MR. YOUNG                                      87
REDIRECT EXAMINATION BY MR. MENSIK                                  89

MATTHEW ANDERSON
DIRECT EXAMINATION BY MR. TELLESSEN                                 92
CROSS-EXAMINATION BY MS. YOUNG                                      96
CROSS-EXAMINATION BY MR. YOUNG                                     102

REBECCA FLAHERTY
DIRECT EXAMINATION BY MR. MENSIK                                   107
CROSS-EXAMINATION BY MS. YOUNG                                     124
REDIRECT EXAMINATION BY MR. MENSIK                                 129

ERIC YOUNG
DIRECT EXAMINATION BY MR. MENSIK                                   132
CROSS-EXAMINATION BY MS. YOUNG                                     299
REDIRECT EXAMINATION BY MR. MENSIK                                 447

SUSAN YOUNG
DIRECT EXAMINATION BY MR. MENSIK                                   468

Linda and Ted Cole v. Eric and Susan Young
Trial - Volume I of II

EXHIBIT INDEX

| NO. | DESCRIPTION | PAGE NO. |
|-----|-------------|----------|
| D-116 | Video - 10/21/2023 | 11 |
| D-110 | Text Messages (p. 469-470) | 162 |
| D-113 | Text Messages (p. 1245) | 339 |
| D-113 | Photos (p. 1246-1250) | 342 |
| D-110 | Text Messages (p. 500-502) | 498 |

PREVIOUSLY ADMITTED EXHIBITS

| NO. | DESCRIPTION | PAGE NO. |
|-----|-------------|----------|
| P-36 | Fidelity Investment Report 2023 | 57 |
| P-24 | Uniform Residential Loan Application | 60 |
| P-20 | BofA Statement August/September 2023 | 64 |
| P-21 | Documents - 2023 | 65 |
| P-37 | October 2023 Bank Statements | 65 |
| P-38 | Hearing Transcript - 11/7/2023 | 70 |
| P-14 | Excel Accounting Spreadsheet | 76 |
| P-9 | Residential Purchase Agreement | 115 |
| P-10 | Email to Magan Ham - 12/29/2023 | 121 |
| P-15 | Email from Magan Ham | 122 |
| P-1 | Promissory Note - 6/14/2016 | 149 |
| P-4 | Checks from Linda Cole -5/1/2023 | 152 |
| P-19 | Text Messages - September 2023 | 170 |
| P-23 | Gift Letter - 10/11/2023 | 191 |
| P-18 | Emails from Dawn Bruce to Linda Cole | 200 |

Linda and Ted Cole v. Eric and Susan Young
Trial - Volume I of II

| | | | |
|---|---|---|---|
| 1 | P-26 | Documents - 10/14/2023 | 202 |
| 2 | P-27 | Email to Dawn Bruce - 10/16/2023 | 211 |
| 3 | P-28 | Signed Wire Transfer | 215 |
| 4 | P-29 | Signed Wire Transfer | 215 |
| 5 | P-30 | Email Correspondence with Dawn Bruce | 215 |
| 6 | P-51 | Audio - 10/21/2023 | 233 |
| 7 | P-31 | Email Correspondence - 10/26/2023 | 256 |
| 8 | P-32 | Text Messages - October 2023 | 258 |
| 9 | P-6 | Letter from Mr. Vaughan - 10/30/2023 | 259 |
| 10 | P-11 | Signal Message from Mr. Young | 259 |
| 11 | P-16 | TRO Hearing Transcript - 11/7/2023 | 264 |
| 12 | P-13 | Statement of Credit Denial | 268 |
| 13 | P-12 | Text Correspondence with Mr. Severns | 279 |
| 14 | P-25 | Email from Dawn Bruce - 10/13/023 | 412 |
| 15 | P-2 | Text Messages - March 2020 | 486 |

16
17
18
19
20
21
22
23
24
25

```
 1                    C E R T I F I C A T E

 2

 3        I, Ivie Ann Larsen, do hereby certify:

 4        That at the time of these proceedings, I was an

 5   Official Court Reporter for the Spokane County

 6   Superior Court at Spokane, Washington;

 7        That the foregoing proceedings were taken on the

 8   date and place as shown on the cover page hereto;

 9        That the foregoing proceedings are a full, true,

10   and accurate transcription of the requested

11   proceedings, duly transcribed by me or under my

12   direction, including any changes made by the Judge

13   reviewing the transcript;

14        I do further certify that I am not a relative of,

15   employee of, or counsel for any of said parties, or

16   otherwise interested in the event of said proceedings;

17        That I have no financial interest in the outcome

18   of said litigation.

19

20        DATED this 16th day of May, 2025.

21

22

23        _____
          Ivie Ann Larsen, CCR, RSR
24        Washington CCR No. 23028166

25
```

Linda and Ted Cole v. Eric and Susan Young
Trial – Volume I of II