ERIC AND SUSAN YOUNG
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
EMAIL eyoung-encrypt@pm.me
jaegersmum@proton.me

Defendants Pro Se

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br>ERIC ROSS YOUNG and<br>SUSAN LINETTE YOUNG,<br>Debtors.<br><br>LINDA COLE and TED COLE,<br>Plaintiffs,<br>v.<br>ERIC ROSS YOUNG and<br>SUSANANN LINETTE YOUNG,<br>Defendants. | CASE NO. 25-01029-FPC7<br><br>CHAPTER 7<br><br>ADVERSARY NO. 25-80038-FPC<br><br>DECLARATION OF ERIC YOUNG REGARDING FINALITY OF WIRE TRANSFERS AND APPLICABILITY OF UCC ARTICLE 4A |

DECLARATION OF ERIC YOUNG REGARDING
FINALITY OF WIRE TRANSFERS AND APPLICABILITY
OF UCC ARTICLE 4A
PAGE 1 OF 5

ERIC AND SUSAN YOUNG - Defendants Pro Se
12402 N Division St #167 :: Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me - jaegersmum@proton.me

25-80038-FPC    Doc 41    Filed 12/29/25    Entered 12/30/25 09:37:29    Pg 1 of 5

# DECLARATION OF FINALITY

I, ERIC YOUNG, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. **Purpose:** I submit this declaration to authenticate and describe documents Plaintiffs produced in discovery that reflect the status and timing of the wire transfers at issue in Plaintiffs' Motion for Summary Judgment.

2. **Discovery Production / Provenance:**

   In discovery, Plaintiffs produced documents bearing Bates labels COLE_001295 and COLE_001296, which are pages titled "TranZact – Search Wires – Detail." True and correct copies of those pages as produced by Plaintiffs are attached as Exhibit A.

3. **What the documents state on their face:**

   Exhibit A (COLE_001295) states a timestamp of 10/24/23 (with time shown) and reflects a wire entry with Wire Status: "Complete 10/16/2023 03:11 PM," amount $119,698.04, and an IMAD number 20231016K1QJE01C000764.

   Exhibit A (COLE_001296) states a timestamp of 10/24/23 (with time shown) and reflects a wire entry with Wire Status: "Complete 10/16/2023

DECLARATION OF ERIC YOUNG REGARDING
FINALITY OF WIRE TRANSFERS AND APPLICABILITY
OF UCC ARTICLE 4A
PAGE 2 OF 5

ERIC AND SUSAN YOUNG - Defendants Pro Se
12402 N Division St #167 :: Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me - jaegersmum@proton.me

25-80038-FPC    Doc 41    Filed 12/29/25    Entered 12/30/25 09:37:29    Pg 2 of 5

03:05 PM," amount $242,314.62, and an IMAD number 20231016K10JE01C000753. Both pages list the receiver financial institution as Bank of America, N.A. and identify Eric Young as the beneficiary.

**4. Timing relative to lawsuit:**

Plaintiffs filed their state-court lawsuit on November 6, 2023. Exhibit A bears a 10/24/23 timestamp on its face, which predates the lawsuit filing.

Executed on December 29, 2025, at Spokane, Washington.

ERIC YOUNG, Declarant

/s/  *Eric Young*
    Eric Young

DECLARATION OF ERIC YOUNG REGARDING
FINALITY OF WIRE TRANSFERS AND APPLICABILITY
OF UCC ARTICLE 4A
PAGE 3 OF 5

ERIC AND SUSAN YOUNG - Defendants Pro Se
12402 N Division St #167 :: Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me - jaegersmum@proton.me

25-80038-FPC   Doc 41   Filed 12/29/25   Entered 12/30/25 09:37:29   Pg 3 of 5

## I. CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2025, I delivered the original of the foregoing document to the Clerk of the United States Bankruptcy Court for the Eastern District of Washington for filing. On the same date I caused true and correct copies to be served as follows:

By First-Class Mail:
Matthew Mensik
Riverside NW Law Group
505 W. Riverside Ave. Suite 208
Spokane, WA 99201
Courtesy Copy by Email:
mam@rnwlg.com

Trustee John D. Munding
via email:
John@mundinglaw.com

By First-Class Mail:
U.S. Trustee
U.S. Court House
920 W Riverside Ave, Suite 593
Spokane, WA 99201

DATED this 29th day of December, 2025, at Spokane, WA.

/s/ Eric R. Young and Susan L. Young
ERIC AND SUSAN YOUNG
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
EMAIL eyoung-encrypt@pm.me
jaegersmum@proton.me
Debtors Appearing Pro Se

DECLARATION OF ERIC YOUNG REGARDING FINALITY OF WIRE TRANSFERS AND APPLICABILITY OF UCC ARTICLE 4A
PAGE 4 OF 5

ERIC AND SUSAN YOUNG - Defendants Pro Se
12402 N Division St #167 :: Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me - jaegersmum@proton.me

| | |
|---|---|
| DECLARATION OF ERIC YOUNG REGARDING<br>FINALITY OF WIRE TRANSFERS AND APPLICABILITY<br>OF UCC ARTICLE 4A<br>PAGE 5 OF 5 | ERIC AND SUSAN YOUNG - Defendants Pro Se<br>12402 N Division St #167 :: Spokane, WA 99218<br>PHONE (936-463-8411)<br>eyoung-encrypt@pm.me - jaegersmum@proton.me |