# EXHIBIT - A
# IN SUPPORT OF DFND
# MO. RECONSID. 9023
# 10FEB2026

# EVIDENCE PACKAGE SUPPLIED TO BK TRUSTEE AND OFFICE OF THE U.S. TRUSTEE SEPTEMBER, 2025

# Gift Letter

# Provenance

**QuickenLoans**
Engineered to Amaze

**Gift Letter**

**Donor Information**
Name:
Address:
Phone Number:
Relationship to Recipient:

**Recipient Information**
Name:
New Property Address:

**Gift Information**
Dollar Amount of the Donated Gift: $
Date Gift Was or Will Be Given (Month, Date and Year):

Recipient, will you use (or have you used) a portion of this gift for your earnest money deposit? Yes / No

By signing this gift letter, both the donor and the recipient confirm that they didn't receive the gift funds from any person, business or entity that has any interest in the property being sold or any person connected to the transaction such as the seller, real estate agent, builder, mortgage banker or any entity associated with them. The recipient and the donor also agree that the gift does not have to be repaid.

Recipient Signature: _____ Date: _____

Donor Signature: _____ Date: _____

---

**Document Properties**

Description | Security | Fonts | Initial View | Custom | Advanced

**Description**

File: curr- drig-emt-gener_gifletter copy.pdf

Title:

Author: Snapit User

Subject: Screen Capture by Snagit

Keywords:

Created:

Modified:

Application:

[ Additional Metadata... ]

**Advanced**

PDF Producer: Snagit by TechSmith

PDF Version: 1.3 (Acrobat 4.x)

Location: /Users/epyung/Library/CloudStorage/OneDrive-STAPers/02-Legal/2-0-Maste...

File Size: 125.44 KB (128,446 Bytes)

Page Size: 8.50 × 11.00 in          Number of Pages: 1

Tagged PDF: No          Fast Web View: No

[ Help ]                    [ Cancel ]  [ OK ]

**Earl Carter**
To: Eric Young - Pers-vCard >

# 260k gift letter



Earl Carter
Senior Banker
Rocket Mortgage

(313) 545-0796
(614) 600-4000
(855) 655-0206
NMLS# 1970713

Most Awarded
Mortgage Brand

See What Other Clients
Say About Me



Recipient Information

Name:
New Property Address:

Gift Information

Dollar Amount of the Donated Gift: $
Date Gift Was or Will Be Given (Month, Date and Year):

Recipient, will you ever (or have you ever) pay a portion of this gift for your earnest money deposit? Yes / No

By signing this gift letter, both the Donor and the Recipient confirm that, they didn't receive the gift funds from any person, business, or entity that has any interest in the property being sold or any person connected to the transaction such as the home seller, real estate agent, builder, mortgage banker or any entity associated with them. The employers and the donor also agree that the gift does not have to be repaid.

Recipient Signature _____     Date _____

Donor Signature _____     Date _____

Eric Young - Pers-vCard

Hi, Earl. I've gotten pre-approved with another lender, but I want to se...

text message
10/11/2023 11:17:25 AM

Earl Carter, Call me at (313) 545-0796 or text me here at 88606, Email: earlcarter@rocketmortgage.com SocialProofLink: https://social.pr/p/quicken-loans/nmls/1970713/ NMLS: 1970713 Msg&Freq varies and reply STOP to stop.

And you're sending me a template gift letter, correct?

Just saw it. Thx

Password for secure email: Spikenard23SnowDrift

Ttys

10/12/2023 1:26:32 PM

Hi Earl. You there?

yes

10/12/2023 8:05:06 PM

Hi Earl. I'll have docs ready tomorrow

Exported from JDad15Maximus (L60G...) 3/12/2024 11:30:54 AM with iMazing by DigiDNA. Database date when extracted: 3/12/2024.

Young-001243

Page 1 of 19

10/13/2023 8:03:29 AM

Wire transfer of funds will happen sometime this AM.

no do do that right now i will call you in 20 nins

Those need to happen so I can generate the bank statement you need

are you getting a gift ?

10/13/2023 10:14:42 AM

Yes.  We already discussed that and you sent me the gift letter

ok all i need is the gift letter ...do not transfer and funds right now

any

The funds had to get accessible anyway so that's already underway. I will send the gift letter

ok

Exported from JDad15Maximus (L600-M) 12/2/2024 11:30:54 AM with iMazing by DigiDNA. Database 1840 when extracted: 41.7.7024

Young-001244

Page 2 of 19

25-80038-FPC   Doc 46-1   Filed 02/11/26   Entered 02/11/26 13:21:49   Pg 8 of 89

10/13/2023 12:04:56 PM

> I went to the portal but there's nothing there to allow document upload... only available by email right now?

> Ah, I just found it

ok

10/13/2023 2:10:40 PM

> Gift letter and 2 months bank statements are uploaded now

> Need anything else?

Read 10/13/2023

iMessage
10/23/2023 10:28:23 AM

> Hi Earl.  If a mortgage application is canceled, is there any forced delay before applying again?

No

> So let's just cancel the file and I'll reopen it next week and use a different bank

No no no

> What's the issue?

Exported from JDad15Maximus (i69G.......................1/2024 11:30:54 AM with iMazing by DigiDNA. Database date when extracted .3/12/2024          Page 3 of 19

Young-001245

25-80038-FPC     Doc 46-1     Filed 02/11/26     Entered 02/11/26 13:21:49     Pg 9 of 89



**Quicken Loans**
Engineered to Amaze

## Gift Letter

**Donor Information**
Name: Ted and Linda Cole
Address: 625 Broadway St., Baker City, OR 97814
Phone Number: 661-600-1695
Relationship to Recipient: Mother-in-law

**Recipient Information**
Name: Eric Young
New Property Address: 1004 E Golden CT, Spokane, WA 99206

**Gift Information**
Dollar Amount of the Donated Gift: $ 242,314.62
Date Gift Was or Will Be Given (Month, Date and Year): 10-12-2023

Recipient, will you use (or have you used) a portion of this gift for your earnest money deposit: [Yes] / No

By signing this gift letter, both the donor and the recipient confirm that they didn't receive the gift funds from any person, business or entity that has any interest in the property being sold or any person connected to the transaction such as the seller, real estate agent, builder, mortgage banker or any entity associated with them. The recipient and the donor also agree that the gift does not have to be repaid.

Recipient Signature: *Eric R. Young*                Date: 10/11/2023

Donor Signature: *Linda J. Cole*                Date: 10/11/2023


**Quicken Loans**
Engineered to Amaze®

## Gift Letter

**Donor Information**
Name: Ted and Linda Cote
Address: 625 Broadway St, Baker City, OR 97814
Phone Number: 661-800-1695
**Relationship to Recipient:** Mother-In-Law

**Recipient Information**
Name: Eric Young
New Property Address: 1004 E Golden CT, Spokane, WA 99208

**Gift Information**
Dollar Amount of the Donated Gift: $ 242,314.62
Date Gift Was or Will Be Given (Month, Date and Year): 10/12/2023

Recipient, will you use (or have you used) a portion of this gift for your earnest money
deposit? Yes / No

By signing this gift letter, both the donor and the recipient confirm that they didn't receive
the gift funds from any person, business or entity that has any interest in the property
being sold or any person connected to the transaction such as the seller, real estate agent,
builder, mortgage banker or any entity associated with them. The recipient and the donor
also agree that the gift does not have to be repaid.

Recipient Signature: *Eric R. Young*      **Date.** 10/11/2023

Donor Signature: *Linda J. Cole*     Date: 10/11/2023

COLE_001297

# Gifted Funds Return

# Under Pressure of
# Malicious Ligitation


**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

ERIC YOUNG OR
SUSAN YOUNG
8507 N SYLVIA ST
SPOKANE, WA  99208-7810

**Customer service information**

📞 1.888.888.RWDS (1.888.888.7937)

En Español: 1.800.688.6086

✉ bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your The Nature Conservancy Regular Checking
# Preferred Rewards Gold

for January 27, 2024 to February 26, 2024

Account number: ███████ 2131

**ERIC YOUNG OR     SUSAN YOUNG**

## Account summary

| | |
|---|---|
| Beginning balance on January 27, 2024 | $1,246.64 |
| Deposits and other additions | 142,957.05 |
| ATM and debit card subtractions | -5,343.22 |
| Other subtractions | -137,797.19 |
| Checks | -0.00 |
| Service fees | -0.00 |
| Ending balance on February 26, 2024 | $1,063.28 |

PULL: B  CYCLE: 03  SPEC: E  TYPE: IMAGE  BC:03
23-80088-FPC   Doc 46-1   Filed 02/11/26   Entered 02/11/26 13:21:49   Pg 13 of 89

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - **You may call us at the telephone number listed on the front of this statement.**

Updating your contact information - **We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.**

Deposit agreement - **When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.**

Electronic transfers: In case of errors or questions about your electronic transfers - **If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.**

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - **You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.**

Direct deposits - **If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.**

© 2024 Bank of America Corporation

**Bank of America, N.A. Member FDIC and** 🏠 **Equal Housing Lender**

## Deposits and other additions

| Date | Description | Amount |
|------|-------------|-------:|
| 02/01/24 | Online Banking transfer from CHK 9509 Confirmation# 5081580640 | 4,000.00 |
| 02/01/24 | BKOFAMERICA MOBILE 02/01 3858275096 DEPOSIT          *MOBILE      OR | 155.97 |
| 02/06/24 | Online Banking transfer from CHK 9509 Confirmation# 1619603368 | 2,600.00 |
| 02/14/24 | Online Banking transfer from CHK 9509 Confirmation# 4394936770 | 120,000.00 |
| 02/16/24 | HP ENTERPRISE CO DES:PAYROLL   ID:60162626  INDN:Eric Young        CO ID:4473298624 PPD | 7,101.08 |
| 02/21/24 | Online Banking transfer from CHK 9509 Confirmation# 4455854828 | 9,100.00 |
| **Total deposits and other additions** | | **$142,957.05** |

## Withdrawals and other subtractions

### ATM and debit card subtractions

| Date | Description | Amount |
|------|-------------|-------:|
| 02/02/24 | CHECKCARD  0201 Hatcher Law, PLLC Spokane      WA 24204294032001805159079 | -4,907.00 |
| 02/05/24 | CHECKCARD  0204 PRIME VIDEO CHANNELS SEATTLE      WA 24431064035083706918679 | -10.89 |
| 02/12/24 | CHECKCARD  0212 NETFLIX COM LOS GATOS     CA 0000000000000000781371 RECURRING | -16.88 |
| 02/20/24 | CHECKCARD  0216 WM SUPERCENTER #2549 SPOKANE      WA 24445004048400182207374 | -383.55 |
| 02/26/24 | CHECKCARD  0227 NNT MSFT *<E05 MSBILL.INFO  WA 0000000000000000191959 RECURRING | -24.90 |
| **Total ATM and debit card subtractions** | | **-$5,343.22** |

### Other subtractions

| Date | Description | Amount |
|------|-------------|-------:|
| 02/07/24 | Residences at In DES:Rent       ID:XXXXXXXX  INDN:Eric Young        CO ID:1861072180 WEB | -2,755.00 |
| 02/14/24 | BKOFAMERICA BC  02/14 #000005644 WITHDRWL | -119,698.04 |

*continued on the next page*

## Withdrawals and other subtractions - continued

### Other subtractions - continued

| Date | Description | | Amount |
|---|---|---|---|
| 02/20/24 | TRANSFER ERIC YOUNG OR:Hawley Troxell Ennis Confirmation# 3043133075 | | -100.00 |
| 02/20/24 | Mission Lane LLC DES:EDI PYMNTS ID:ow39815QOvcpsEk INDN:Eric Young ID:3832674981 WEB | CO | -3,794.15 |
| 02/21/24 | BKOFAMERICA BC 02/21 #000007112 WITHDRWL | | -7,950.00 |
| 02/21/24 | BKOFAMERICA BC 02/21 #000007114 WITHDRWL | | -3,500.00 |
| **Total other subtractions** | | | **-$137,797.19** |

Braille and Large Print Request - You can request a copy of this statement in Braille or Large Print by calling 800.432.1000 or going to bankofamerica.com and enter Visually Impaired Access from the home page.

This space is intentionally left blank.

Cashier's Check - Customer Copy

No. 5050002107

Date 02/14/24 02:40:33 PM

Void After 90 Days

91-170/1221

NWA

**\*\*$119,698.04\*\***

Not-Negotiable
Customer Copy
Retain for your Records

457002931694

Notice to Purchaser - In the event that this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days

NORTH SPOKANE

785    0047407    053

**BANK OF AMERICA**

**115,698.04**
NINE SIX NINE ONE EIGHT ZERO FOUR

Pay

\*\*One Hundred Nineteen Thousand Six Hundred Ninety Eight and 04/100 Dollars\*\*

To The
Order Of    TED L. COLE

Remiter (Purchased By):    MR ERIC R YOUNG

Bank of America, N.A.
PHOENIX,AZ

00-53-3364B  06-2019

Postal Annex+
Town & Country Shopping Center
816 West Francis Avenue
Spokane, WA 99205
(509)328-3354


Shipment----------------------
  FedEx Express Saver [flat rate]
  Ship To:
      Ted Cole
      625 BROADWAY ST
      BAKER CITY, OR 97814-3144
  Package ID: 370564          32.81
  Tracking #:  271043227941
  Expected arrival: Wed 02/21 08:00 PM
  Actual Wt: 0 lbs 1.7 ozs
  Rating Wt: 0.11 lbs
  Direct Signature Requi [$12.00]

      SUBTOTAL            32.81
      TAX                  0.00
      TOTAL               32.81
                          32.81
  TEND Visa

  Total shipments: 1
  Eric Young
  Mandy                  02/15/2024
  #467745                 04:50 PM
  Workstation: 34 - Auxiliary Workstation 34
  CCTran# edf71e85-8df5-42cc-be22-1d853116501a


  Signature_____


  Weather Delayed Shipments are not refundable and
    delivery commitment dates are not guaranteed. T
    rack your packages at www.postalannex.com/216
  Claims and refunds subject to carrier rules, reg
               ulations and timeframes.

    We Reserve the Right to OPEN and INSPECT
  all Packages. Gift cards and checks are not ins
    urable. No refunds for stamps and postage.



# Donor's Contradictions

Good afternoon, Dad and I just wanted to make sure you know that we have changed our minds about buying the house and moving to Spokane with you. We know that you will be disappointed by our decision, and for that we are sorry. We don't feel that our families living together is in the best interest for either family.   We would like all the money that Eric transferred out of our bank account. The $ 242,324.62 on 10/12/23, and the $119,698.04 that you both said was accidentally deposited into your own account by the bank on 10/16/23.   The total amount is $362,012.66.        Yes, we are aware that Eric made me sign a blank piece of paper so that he could type up a gift fund letter to be able to acquire the mortgage loan. The down payment was suppose to be $180,000.00. We are insisting that you cancel the loan immediately because it has not yet cleared escrow. So no one will be committing mortgage fraud.       We are trying hard for this to take place with decency and with Jehovah's view in mind. We hope your thinking is the same as ours regarding this matter.  Dad and Mom 🧸

4:25 PM



‹

Good afternoon, Dad and I just wanted to make sure you know that we have changed our minds about buying the house and moving to Spokane with you. We know that you will be disappointed by our decision, and for that we are sorry. We don't feel that our families living together is in the best interest for either family.   We would like all the money that Eric transferred out of our bank account. The       $ 242,324.62 on 10/12/23, and the $119,698.04 that you both said was accidentally deposited into your ow...

**Read More**                                    4:25 PM

**Sent** 10/30/23 4:25 PM
**Received** 10/30/23 4:25 PM

## Sent from

 **GiGi**                              10/30/23 4:25 PM

1          THE DEPONENT:  Oh.

2          "Ted and I agreed to contribute the requested

3  $180,000." (Cell phone interruption.)

4          MR. MENSIK:  Go ahead and turn that off.

5          THE DEPONENT:  Yeah, I don't --

6          MR. MENSIK:  Okay.

7          THE DEPONENT:  There, it's off.

8          MR. MENSIK:  You can start over, ma'am.

9          THE DEPONENT:  "Ted and I agreed to contribute the

10  requested $180,000 as the down payment for the house in

11  exchange for Linda and Ted Cole being reflected on the title

12  as co-owners."

13  BY MS. YOUNG:

14      **Q.  All right.  Thank you.  So you make the statement,**

15  **"Ted and I agreed to contribute the requested $180,000 as**

16  **the down payment for the house," correct?**

17      A.  Yes, because you didn't have any money.

18      **Q.  All right.  On October 30th, you sent Defendants a**

19  **text saying we have changed our minds, correct?**

20      A.  I don't exactly remember the date.  But yes, we

21  did change our minds.

22      **Q.  All right.**

23          MR. MENSIK:  Are you done with this exhibit?

24          MS. YOUNG:  Yes.

25          MR. MENSIK:  We'll take a break in ten minutes.

(800) 528-3335    NAEGELI
DEPOSITION & TRIAL
Established 1980    NAEGELIUSA.COM

1              MS. YOUNG:  It's okay.  It's on theirs already.

2              MR. YOUNG:  Yeah.  We're good.

3              MS. YOUNG:  All right.  You -- actually, yes, go

4    ahead and flip for me because I'm -- I'm just having a weird

5    day.

6    BY MS. YOUNG:

7         Q.   You sent them this text, "Dad and I just wanted to

8    make sure you know that we have changed our minds about

9    buying the house and moving to Spokane with you.  We know

10   that you will be disappointed by our decision, and for that,

11   we are sorry.  We don't feel that our families living

12   together is at best -- in the best interest for either

13   family." That's what you said in your text, correct?

14        A.   Correct.

15        Q.   All right.  You changed your mind and you were

16   ready and willing to lie and manipulate anyone necessary if

17   it meant you could get your way; isn't that true?

18             MR. MENSIK:  Object -- object to form.

19   Argumentative.

20             MS. YOUNG:  All right.  That's fine.

21             THE DEPONENT:  I can make a statement to that.

22             MR. MENSIK:  No.

23             THE DEPONENT:  That's -- no.

24             MR. MENSIK:  No.

25             THE DEPONENT:  Just --

| | | | |
|---|---|---|---|
| 1 | 00:03:49 | Ted | That was the money that was going to finish |
| 2 | | | the house. |
| 3 | 00:03:51 | Susan | But we thought we were putting it into the |
| 4 | | | house. |
| 5 | 00:03:54 | Susan | That's why we decided that we were buying the |
| 6 | | | house. |
| 7 | 00:03:56 | Susan | You guys were going to have the master bedroom |
| 8 | | | suite. |
| 9 | 00:03:58 | Linda | Yes, and we knew that we were buying the |
| 10 | | | house. |
| 11 | 00:04:00 | Linda | WE... were buying the house. |
| 12 | 00:04:02 | Eric | You're not, actually... |
| 13 | 00:04:03 | Linda | And we were going to pay it off. |
| 14 | 00:04:04 | Eric | And that's part of the problem. |
| 15 | 00:04:05 | Linda | All right. |
| 16 | 00:04:07 | Eric | It's a perception issue. |
| 17 | 00:04:08 | Linda | Stop. |
| 18 | 00:04:10 | Linda | And let me finish please. |
| 19 | 00:04:11 | Eric | Yeah, go ahead. |
| 20 | 00:04:12 | Linda | We were going to buy the house. |
| 21 | 00:04:13 | Linda | As it turns out, it had to be mortgaged. |
| 22 | | | |
| 23 | | | |
| 24 | | | |

EX-D-24-TRANSCR-DFND-OCT21-TRXSCR-LINDA-FAM-
CHAT-2
PAGE **10** OF **109**

ERIC AND SUSAN YOUNG, PRO SE
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)

| | | | |
|---|---|---|---|
| 1 | 00:04:15 | Linda | And you wanted to pick it up. |
| 2 | 00:04:16 | Linda | Okay, fine. |
| 3 | 00:04:17 | Linda | But now. |
| 4 | 00:04:18 | Eric | 'Wanted' is not the point. |
| 5 | 00:04:19 | Linda | Well, you did. |
| 6 | 00:04:20 | Eric | It's the only way it can be done. |
| 7 | 00:04:21 | Linda | Alright, alright, okay, okay |
| 8 | 00:04:22 | Eric | Period. |
| 9 | 00:04:23 | Linda | So, okay. |
| 10 | 00:04:24 | Linda | So then. |
| 11 | 00:04:26 | Linda | So then you're telling us that we can't be on |
| 12 | | | the title. |
| 13 | 00:04:27 | Linda | And you're telling us that you took the money |
| 14 | | | that that gal sent, you said, in error. |
| 15 | 00:04:28 | Linda | And you put it in some place where we can't |
| 16 | | | even touch it now. |
| 17 | 00:04:29 | Linda | We don't even know where it is. |
| 18 | 00:04:30 | Eric | It's just sitting in an account, Linda. |
| 19 | 00:04:31 | Linda | I know. |
| 20 | 00:04:32 | Linda | It's sitting in an account. |
| 21 | 00:04:33 | Eric | Because it had to go somewhere in there. |

EX-D-24-TRANSCR-DFND-OCT21-TRXSCR-LINDA-FAM-CHAT-2
PAGE **11** OF **109**

ERIC AND SUSAN YOUNG, PRO SE
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)

DFND-000296

25-80038-FPC    Doc 46-1    Filed 02/11/26    Entered 02/11/26 13:21:49    Pg 26 of 89

# Wire Transfer Transaction
# and
# Notarized Documents

**From:** Eric Young eyoung@syanda.com
**Subject:** Re: Cole wire transfer
**Date:** October 16, 2023 at 2:13 PM
**To:** Dawn Bruce dbruce@oldwestfcu.org



Confirmed.  Thank you


**Eric Young**
Mobile:        +1 936-494-8730
Messaging:
    Bus. Email:            eyoung@realm-analytics.com
    Encrypted Email:      eyoung-encrypt@pm.me
    Encrypted Chat:        (Signal/WhatsApp)


**From:** Dawn Bruce <dbruce@oldwestfcu.org>
**Date:** Monday, October 16, 2023 at 1:49 PM
**To:** Eric Young <eyoung@syanda.com>
**Subject:** RE: Cole wire transfer

Hello Eric,

I did get your message too and I am confirming with you that these two wires have been
sent out.  Have a good rest of your day.


Dawn Bruce
La Grande Branch

**From:** Eric Young <eyoung@syanda.com>
**Sent:** Monday, October 16, 2023 11:54 AM
**To:** Dawn Bruce <dbruce@oldwestfcu.org>
**Subject:** Re: Cole wire transfer

Appreciate it.

Thanks,

**Eric Young**
Mobile:        +1 936-494-8730
Messaging:
    Bus. Email:            eyoung@realm-analytics.com
    Encrypted Email:      eyoung-encrypt@pm.me
    Encrypted Chat:        (Signal/WhatsApp)


**From:** Dawn Bruce <dbruce@oldwestfcu.org>
**Date:** Monday, October 16, 2023 at 11:52 AM
**To:** Eric Young <eyoung@syanda.com>

**Subject:** RE: Cole wire transfer

Hello Eric,

Thank you  and we will get these wires sent out shortly.

Dawn Bruce
La Grande Branch

**From:** Eric Young <eyoung@syanda.com>
**Sent:** Monday, October 16, 2023 11:46 AM
**To:** Dawn Bruce <dbruce@oldwestfcu.org>
**Subject:** Cole wire transfer

Hello, Dawn.

I'm replying to you with the wire transfer signed pages you required.

The notary attestation is on an additional page for each.  I did not include the generic indemnification page.

Please call me directly below if you have questions.

Regards,

**Eric Young**
Principal Engineer
Mobile:       +1 936-494-8730
Messaging:
   Bus. Email:           eyoung@realm-analytics.com
   Encrypted Email:     eyoung-encrypt@pm.me
   Encrypted Chat:        (Signal/WhatsApp)



**From:** **Eric Young** eyoung@syanda.com 📎
**Subject:** Cole wire transfer
**Date:** October 16, 2023 at 11:46 AM
**To:** dbruce@oldwestfcu.org

Hello, Dawn.

I'm replying to you with the wire transfer signed pages you required.

The notary attestation is on an additional page for each.  I did not include the generic indemnification page.

Please call me directly below if you have questions.

Regards,

**Eric Young**
Principal Engineer
Mobile:        +1 936-494-8730
Messaging:
   Bus. Email:              eyoung@realm-analytics.com
   Encrypted Email:       eyoung-encrypt@pm.me
   Encrypted Chat:        (Signal/WhatsApp)



Wire_Notarized
_All.pdf

Postal Annex+
Town & Country Shopping Center
816 West Francis Avenue
Spokane, WA 99205
(509)328-3354

| Notary | 2 @ 10.00 | 20.00 |
| High Speed Co | 16 @ 0.15 | 2.40 TX |

| SUBTOTAL | | 22.40 |
| TAX | | |
| Standard Sta on 2.40 | | 0.22 |
| TOTAL | | 22.62 |
| TEND Visa | | 22.62 |

Total shipments: 0
Customer: None selected
Matt                                    10/14/2023
#462205                                 11:36 AM
Workstation: 32 - Auxiliary Workstation
CCTran# 2d520e13-5c13-4c30-a997-885defaf15b5

Signature _____

We Reserve the Right to OPEN and INSPECT all Pac
kages. Gift cards and checks are not insurable.
No refunds for stamps and postage.
We would LOVE a positive review on
Google, Facebook or Yelp!

# CHASE ⬡

## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|---|--------|---------|
| | | | -49.99 | 65,965.80 |
| 09/29 | Spectrum          Spectrum          PPD ID: 0000358635 | | 222.52 | 66,188.32 |
| 10/02 | Pg&E Retirement  Pension CR        PPD ID: 6946222282 | | 208.36 | 66,396.70 |
| 10/02 | Sutter     Benefit               PPD ID: 8360213097 | | -44.22 | 66,352.48 |
| 10/02 | Card Purchase          09/28 Taco Bell 038952 Spokane WA Card 4471 | | -34.64 | 66,317.84 |
| 10/02 | Card Purchase          10/01 Carl's Jr 514 Ritzville WA Card 4471 | | -54.40 | 66,263.44 |
| 10/02 | Card Purchase          10/01 El Erraderobaker Ci Baker City OR Card 4471 | | -100.00 | 66,163.44 |
| 10/03 | Recurring Card Purchase 10/02 Donate.Jw.Org-Ccjw 845-7446000 NY Card 4471 | | -82.07 | 66,081.37 |
| 10/03 | Card Purchase          10/02 Sq *Ajs Corner Brick Ba Baker City OR Card 4471 | | -24.17 | 66,057.20 |
| 10/03 | Card Purchase          10/02 Safeway #4381 Baker City OR Card 4471 | | -19.79 | 66,037.41 |
| 10/04 | Recurring Card Purchase 10/03 Zdr* Reliashield Idthe 888-2011944 TN Card 4471 | | -19.79 | 66,017.62 |
| 10/04 | Recurring Card Purchase 10/03 Zdr* Reliashield Idthe 888-2011944 TN Card 4471 | | -1.50 | 66,016.12 |
| 10/05 | Card Purchase          10/05 Optumrx 800-562-6223 CA Card 4471 | | -125.00 | 65,891.12 |
| 10/05 | Recurring Card Purchase 10/03 Anchor Baker City 541-5231688 OR Card 4471 | | -21.48 | 65,869.64 |
| 10/05 | Card Purchase          10/05 Subway 10531 Baker City OR Card 4471 | | -020.72 | 65,248.92 |
| 10/05 | Unitedhealthcare Premium          PPD ID: 1836282001 | | -117.40 | 65,131.52 |
| 10/05 | Unitedchcmedicare Medinspymt 000001195115590 Tel ID: 9000447048 | | -110.20 | 65,021.32 |
| 10/05 | Unitedchcmedicare Medinspymt 000001196298340 Tel ID: 9000447048 | | -9.99 | 65,011.33 |
| 10/05 | Recurring Card Purchase 10/05 Apple.Com/Bill 866-712-7753 CA Card 4471 | | -5.00 | 65,006.33 |
| 10/05 | Card Purchase With Pin 10/05 Pilot #0300 Stanfield OR Card 4471 | | -23.70 | 64,982.63 |
| 10/06 | Card Purchase          10/05 Black Distributing Inc Baker City OR Card 4471 | | -26.97 | 64,955.66 |
| 10/06 | Card Purchase          10/05 Mcdonald's F20924 Stanfield OR Card 4471 | | -22.43 | 64,933.23 |
| 10/10 | Card Purchase          10/06 Safeway #0206 Spokane WA Card 4471 | | -9.70 | 64,923.53 |
| 10/10 | Card Purchase          10/06 Sally Beauty #1692 Spokane WA Card 4471 | | -49.41 | 64,874.12 |
| 10/10 | Card Purchase          10/06 Target    00006361 Spokane WA Card 4471 | | -4.22 | 64,869.90 |
| 10/10 | Card Purchase          10/06 Mcdonald's F7113 Spokane WA Card 4471 | | -25.14 | 64,844.76 |
| 10/10 | Card Purchase          10/07 Conoco - Divine Pines Spokane WA Card 4471 | | -2.99 | 64,841.77 |
| 10/10 | Recurring Card Purchase 10/08 Apple.Com/Bill 866-712-7753 CA Card 4471 | | -37.79 | 64,803.98 |
| 10/10 | Recurring Card Purchase 10/10 Sxm*Siriusxm.Com/Acct 888-635-5144 NY Card 4471 | | 1,613.00 | 66,416.98 |
| 10/11 | SSA  Treas 310  Xxsoc Sec          PPD ID: 9031036030 | | -193.00 | 66,223.98 |
| 10/11 | Card Purchase          10/10 David Engen Dds Spokane WA Card 4471 | | -137.95 | 66,086.03 |
| 10/12 | Oregon Trail Ele Elec. Bill        PPD ID: 2930958642 | | -32.50 | 66,053.53 |
| 10/13 | Card Purchase          10/12 Safeway #0206 Spokane WA Card 4471 | | -3.29 | 66,050.24 |
| 10/13 | Card Purchase          10/12 Safeway #0206 Spokane WA Card 4471 | | -9.49 | 66,040.75 |
| 10/13 | Cascade Natural  Payments          PPD ID: 2910599090 | | -169.95 | 65,870.80 |
| 10/16 | Card Purchase          10/13 Garland Animal Clinic Spokane WA Card 4471 | | -32.69 | 65,838.11 |
| 10/16 | Recurring Card Purchase 10/14 Mcw0441-Five Mile 866-2543229 WA Card 4471 | | -114.13 | 65,723.98 |
| 10/16 | Att        Payment               PPD ID: 9864031004 | | -22.62 | 65,701.36 |
| 10/16 | Card Purchase          10/14 Postal Annex  Spokane Spokane WA Card 4471 | | -33.01 | 65,668.35 |
| 10/16 | Card Purchase          10/14 Carls Jr 151 Kennewick WA Card 4471 | | -227.58 | 65,440.77 |
| 10/16 | Card Purchase With Pin 10/14 The Home Depot 4031 Hermiston OR Card 3491 | | -59.42 | 65,381.35 |
| 10/16 | Card Purchase With Pin 10/16 Bi-Mart 658 Baker City OR Card 4471 | | -20.00 | 65,361.35 |
| 10/17 | Card Purchase          10/16 Baker Sanitary Service Baker City OR Card 4471 | | -39.99 | 65,321.36 |
| 10/17 | Recurring Card Purchase 10/16 Onstar Services 888-4Onstar MI Card 4471 | | | |


## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|---|--------|---------|
| 10/17 | Card Purchase | 10/16 Dairy Queen #17182 Baker City OR Card 4471 | -20.00 | \$5,301.36 |
| 10/17 | Card Purchase | 10/17 Bi-Mart 656 Baker City OR Card 3491 | -16.97 | \$5,284.39 |
| 10/17 | Verizon Wireless Payments | PPD ID: 1223344794 | -190.21 | \$5,094.18 |
| 10/17 | Baker City    Debits    206206408 | Web ID: 1936002121 | -81.61 | \$5,012.57 |
| 10/17 | Baker Sanitary S Utilities | PPD ID: 1201681064 | -41.80 | \$4,970.77 |
| | **Ending Balance** | | | **\$64,970.77** |

A Monthly Service Fee was **not** charged to your Chase Total Checking account. Here are the three ways you can avoid this fee during any statement period.

- Have electronic deposits made into this account totaling \$500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network. (Your total electronic deposits this period were \$4,690.90. Note: some deposits may be listed on your previous statement)

- **OR**, keep a balance at the beginning of each day of \$1,500.00 or more in this account. (Your lowest beginning day balance was \$64,803.98)

- **OR**, keep an average beginning day balance of \$5,000.00 or more in qualifying linked deposits and investments. (Your average beginning day balance of qualifying linked deposits and investments was \$81,361.70)

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

For business accounts, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

JPMorgan Chase Bank, N.A. Member FDIC

COLE_001279

25-80038-FPC    Doc 46-1    Filed 02/11/26    Entered 02/11/26 13:21:49    Pg 33 of 89

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|---|--------|---------|
| | Beginning Balance | | | $64,970.77 |
| | | | 1,034.00 | 66,004.77 |
| 10/18 | SSA Treas 310 Xxsoc Sec | PPD ID: 9031038360 | -450.45 | 65,554.32 |
| 10/18 | State Farm Ro 27 Sfpp | PPD ID: 9000307001 | -78.00 | 65,476.32 |
| 10/18 | State Farm Ro 27 Sfpp | PPD ID: 9000307001 | -99.00 | 65,377.32 |
| 10/18 | Card Purchase With Pin 10/18 Pilot #934 LA Grande OR Card 4471 | | 3,000.00 | 68,377.32 |
| 10/20 | Deposit    5720047982 | | -65,377.32 | 3,000.00 |
| 10/20 | 10/20 Withdrawal | | -20.00 | 2,980.00 |
| 10/23 | Eo Media Subscri Auto Renew | PPD ID: 1930158890 | -19.71 | 2,960.29 |
| 10/23 | Card Purchase       10/21 Burger King #5816 Spokane WA Card 3491 | | -125.00 | 2,835.29 |
| 10/23 | Card Purchase With Pin 10/22 Tesoro #62500 Spokane WA Card 3491 | | -505.30 | 2,329.99 |
| 10/23 | Card Purchase       10/22 The Home Depot 4719 Spokane WA Card 3491 | | -350.00 | 1,979.99 |
| 10/23 | Zelle Payment To Michael Devenere Jpm99A3Xq4Im | | -55.63 | 1,924.36 |
| 10/23 | Card Purchase       10/22 Exxon Unity Food Mart, Spokane WA Card 3491 | | -4.88 | 1,919.48 |
| 10/23 | Card Purchase       10/22 Exxon Unity Food Mart, Spokane WA Card 3491 | | -84.18 | 1,835.30 |
| 10/23 | Card Purchase       10/22 Love's #0811 Outside Pasco WA Card 3491 | | -87.00 | 1,748.30 |
| 10/23 | Card Purchase       10/22 Exxon Tesoro #62500 Spokane WA Card 3491 | | -58.96 | 1,689.34 |
| 10/24 | Card Purchase       10/22 Burger King #7378 Pasco WA Card 3491 | | -4.33 | 1,685.01 |
| 10/24 | Card Purchase       10/23 Love's #0811 Inside Pasco WA Card 3491 | | -29.98 | 1,655.03 |
| 10/24 | Card Purchase       10/23 Pilot 390 Stanfield OR Card 3491 | | -22.99 | 1,632.04 |
| 10/24 | Recurring Card Purchase 10/24 Norton *Ap1491197131 Norton.Com/Cc AZ Card 4471 | | -48.00 | 1,584.04 |
| 10/24 | Surety Life   Ins Prem | PPD ID: 1870198108 | 5,000.00 | 6,584.04 |
| 10/25 | Transfer From Chk Xxxxx7563 | | -76.66 | 6,507.38 |
| 10/25 | Card Purchase       10/23 Arrowhead Travel Plaza Pendleton OR Card 3491 | | -29.00 | 6,478.38 |
| 10/25 | Recurring Card Purchase 10/24 Gse*Good Sam 800-234-3450 CA Card 4471 | | -18.00 | 6,460.38 |
| 10/25 | Card Purchase       10/24 Dairy Queen #17182 Baker City OR Card 3491 | | -45.51 | 6,414.87 |
| 10/25 | Card Purchase With Pin  10/25 Love's #0372 Outside Ontario OR Card 3491 | | 19.58 | 6,434.43 |
| 10/26 | Card Purchase Return  10/24 Wm Supercenter #1889 Island City OR Card 4471 | | -129.11 | 6,305.32 |
| 10/26 | Card Purchase       10/25 Wal-Mart #1951 Ontario OR Card 4471 | | -19.20 | 6,286.12 |
| 10/26 | Card Purchase       10/25 Panda Express 2162 Ontario OR Card 4471 | | -13.05 | 6,273.07 |
| 10/26 | Card Purchase With Pin  10/26 Wm Superc Wal-Mart Sup Spokane WA Card 3491 | | -22.99 | 6,250.08 |
| 10/27 | Card Purchase       10/25 Bluebird Express - Onta Ontario OR Card 4471 | | -14.45 | 6,235.63 |
| 10/27 | Card Purchase       10/26 Mcdonald's F24075 Spokane WA Card 3491 | | -52.30 | 6,183.33 |
| 10/27 | Card Purchase       10/26 The General Store Spokane WA Card 3491 | | -20.47 | 6,162.86 |
| 10/27 | Card Purchase       10/26 Burger King #5816 Spokane WA Card 3491 | | -2.88 | 6,159.98 |
| 10/27 | Card Purchase       10/26 Maverik #570 Spokane WA Card 4471 | | -106.10 | 6,053.88 |
| 10/30 | Card Purchase       10/26 Exxon Tesoro #62500 Spokane WA Card 3491 | | -15.35 | 6,038.53 |
| 10/30 | Card Purchase       10/27 Mcdonald's F24075 Spokane WA Card 3491 | | -79.07 | 5,959.46 |
| 10/30 | Card Purchase       10/28 Oregon Trail Restaurant Baker City OR Card 3491 | | -34.79 | 5,924.67 |
| 10/30 | Card Purchase       10/29 Black Distributing Inc Baker City OR Card 4471 | | -12.99 | 5,911.68 |
| 10/30 | Card Purchase       10/29 Subway 10631 Baker City OR Card 4471 | | -49.99 | 5,861.69 |
| 10/30 | Spectrum      Spectrum | PPD ID: 0000358635 | -1,007.71 | 4,853.98 |
| 10/30 | 10/30 Payment To Chase Card Ending IN 8107 | | -145.00 | 4,708.98 |
| 10/30 | Card Purchase With Pin  10/30 Opc*Spokane WA RI Noti Mesa AZ Card 4471 | | | |

COLE_001280

## TRANSACTION DETAIL (continued)

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| 10/31 | Card Purchase Return   10/30 Mcw0441-Five Mile 866-2543229 WA Card 4471 | 32.89 | 4,741.67 |
| 11/01 | Pg&E Retirement Pension CR          PPD ID: 6946222282 | 222.52 | 4,964.19 |
| 11/01 | Sutter          Benefit          PPD ID: 8360213097 | 208.38 | 5,172.57 |
| 11/01 | Card Purchase          10/30 Opc*Spokanewa RI Noli 866-790-4111 AZ Card 4471 | -4.00 | 5,168.57 |
| 11/01 | Card Purchase          10/31 Black Distribuling Inc Baker City OR Card 4471 | -87.18 | 5,081.39 |
| 11/01 | Card Purchase          10/31 Dairy Queen #17182 Baker City OR Card 4471 | -18.00 | 5,063.39 |
| 11/02 | Card Purchase With Pin  11/02 Bi-Mart 658 Baker City OR Card 4471 | -25.98 | 5,037.41 |
| 11/03 | Recurring Card Purchase 11/02 Donate.Jw.Org-Ccjw 845-7446000 NY Card 4471 | -100.00 | 4,937.41 |
| 11/03 | Card Purchase          11/02 Papa Murphy's OR080 Olo Olo.Com OR Card 4471 | -19.99 | 4,917.42 |
| 11/03 | Card Purchase          11/02 Dairy Queen #17182 Baker City OR Card 4471 | -27.95 | 4,889.47 |
| 11/03 | Check          # 1304 | -1,000.00 | 3,889.47 |
| 11/06 | Online Transfer From Chk ...7563 Transaction#: 18914708720 | 3,000.00 | 6,889.47 |
| 11/06 | Recurring Card Purchase 11/03 Zdr* Reliashleld Idthe 888-2011944 TN Card 4471 | -19.79 | 6,869.68 |
| 11/06 | Recurring Card Purchase 11/03 Zdr* Reliashleld Idthe 888-2011944 TN Card 4471 | -19.79 | 6,849.89 |
| 11/06 | Recurring Card Purchase 11/03 Anchor Baker City 541-5231688 OR Card 4471 | -125.00 | 6,724.89 |
| 11/06 | Recurring Card Purchase 11/05 Yahoo *Plus Secure 800-577-4760 VA Card 4471 | -12.99 | 6,711.90 |
| 11/06 | Card Purchase          11/03 Dairy Queen #17182 Baker City OR Card 4471 | -20.00 | 6,691.90 |
| 11/06 | Unitedhealthcare Premium          PPD ID: 1836282001 | -620.72 | 6,071.18 |
| 11/06 | Unitedhcmedicare Medinspymt 000001200932369 Tel ID: 9000447048 | -117.40 | 5,953.78 |
| 11/06 | Unitedhcmedicare Medinspymt 000001200800821 Tel ID: 9000447048 | -110.20 | 5,843.58 |
| 11/06 | Card Purchase          11/04 Oregon Trail Restaurant Baker City OR Card 4471 | -23.70 | 5,819.88 |
| 11/06 | Recurring Card Purchase 11/05 Apple.Com/Bill 866-712-7753 CA Card 4471 | -9.99 | 5,809.89 |
| 11/06 | Cardmember Serv. Elect Pymt          PPD ID: 5911111111 | -192.37 | 5,617.52 |
| 11/08 | SSA  Treas 310  Xxsoc Sec          PPD ID: 9031036030 | 1,613.00 | 7,230.52 |
| 11/08 | Card Purchase With Pin  11/08 Winco Foods #147 1630 Ontario OR Card 4471 | -64.01 | 7,166.51 |
| 11/08 | Card Purchase With Pin  11/08 Love's #0372 Outside Ontario OR Card 4471 | -46.85 | 7,119.66 |
| 11/09 | Recurring Card Purchase 11/08 Apple.Com/Bill 866-712-7753 CA Card 4471 | -2.99 | 7,116.67 |
| 11/09 | Card Purchase          11/08 Dairy Queen #16105 Brin Ontario OR Card 4471 | -9.57 | 7,107.10 |
| 11/09 | Card Purchase With Pin  11/09 Bi-Mart 658 Baker City OR Card 4471 | -75.11 | 7,031.99 |
| 11/10 | Card Purchase          11/09 Albertsons #3211 Baker City OR Card 4471 | -22.00 | 7,009.99 |
| 11/10 | Recurring Card Purchase 11/10 Sxm*Siriusxm.Com/Acct 888-635-5144 NY Card 4471 | -37.79 | 6,972.20 |
| 11/13 | Oregon Trail Ele Elec. Bill          PPD ID: 2930958642 | -109.83 | 6,862.37 |
| 11/13 | Card Purchase With Pin  11/11 Dollar Tr 2300 Resort Baker City OR Card 4471 | -20.50 | 6,841.87 |
| 11/13 | Card Purchase          11/11 Oregon Trail Restaurant Baker City OR Card 4471 | -29.50 | 6,812.37 |
| 11/13 | Card Purchase          11/12 Dairy Queen #17182 Baker City OR Card 4471 | -26.28 | 6,786.09 |
| 11/14 | Card Purchase          11/13 Safeway #4381 Baker City OR Card 4471 | -14.34 | 6,771.75 |
| 11/14 | Card Purchase          11/13 Safeway #4381 Baker City OR Card 4471 | -17.96 | 6,753.79 |
| 11/15 | SSA  Treas 310  Xxsoc Sec          PPD ID: 9031036360 | 1,034.00 | 7,787.79 |
| 11/15 | Card Purchase          11/14 Dairy Queen #17182 Baker City OR Card 4471 | -18.00 | 7,769.79 |
| 11/15 | Card Purchase          11/14 Black Distribuling Inc Baker City OR Card 4471 | -33.92 | 7,735.87 |

COLE_001281

## TRANSACTION DETAIL _(continued)_

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|---|--------|---------|
| | | | | 7,549.85 |
| 11/15 | Verizon Wireless Payments | PPD ID: 1223344794 | -186.02 | 7,435.72 |
| 11/15 | Att    Payment | PPD ID: 9864031004 | -114.13 | 7,417.98 |
| 11/15 | Cascade Natural  Payments | PPD ID: 2910599090 | -17.74 | 4,351.09 |
| 11/15 | Check    # 1307 | | -3,066.89 | |
| | **Ending Balance** | | | **$4,351.09** |

A Monthly Service Fee was <u>not</u> charged to your Chase Total Checking account. Here are the three ways you can avoid this fee during any statement period.

- **Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.**
  (Your total electronic deposits this period were $4,111.90. Note: some deposits may be listed on your previous statement)

- **OR, keep a balance at the beginning of each day of $1,500.00 or more in this account.**
  (Your lowest beginning day balance was $1,584.04)

- **OR, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments.**
  (Your average beginning day balance of qualifying linked deposits and investments was $13,166.91)

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

JPMorgan Chase Bank, N.A. Member FDIC

COLE_001282

25-80038-FPC    Doc 46-1    Filed 02/11/26    Entered 02/11/26 13:21:49    Pg 36 of 89

Home Purchase

Earnest Money Wire

Title Company Docs

**Eric Young**

---

| | |
|---|---|
| **From:** | Alan Millington Spokane Title <alan@spokanetitle.com> |
| **Sent:** | Tuesday, October 24, 2023 11:37 AM |
| **To:** | netify@gmail.com |
| **Subject:** | SP41217 - 1004 E GOLDEN CT SPOKANE WA |
| **Attachments:** | TM Buyers Opening Letter.pdf; TM Wire Fraud Alert.pdf |

RE:   Escrow No. **SP41217**
Property:   **1004 E GOLDEN CT**
                **SPOKANE, WA  99208**

Dear Eric,

Our office will be handling the closing of your transaction.  Thank you for the opportunity to help you in this matter.  The Closing Officer assigned to your transaction is **Magan Ham**.

**Please complete and sign the attached documents.** Please return these documents at your earliest convenience in order to avoid a delay in your transaction.  Attached are the following:

      Wire Fraud Alert
      Request for Information (Please fully complete)

We will be in contact with you prior to closing to schedule a signing appointment.  **If you are required to deposit funds to close this transaction, those funds need to be in the form of a Cashier's Check, drawn on a Washington State bank or a Wire Transfer.**  Please call for wiring instructions.

If you have any questions concerning this transaction, please do not hesitate to call.
Thank you for your assistance!

***PROTECT YOUR INFORMATION... Please use this link if you are sending me an attachment that may contain personal or confidential information.*** Click here to upload files.

**Alan Millington**
**Closing Assistant**
**Spokane County Title Company**
1010 N. Normandie St. #203
Spokane, WA 99201
phone (509) 326-2626 | fax (509) 324-1375
alan@spokanetitle.com | www.spokanetitle.com





**Be aware! Online banking fraud is on the rise. If you receive an email containing WIRE TRANSFER INSTRUCTIONS call your escrow officer immediately at a trusted number to verify the information prior to sending funds.**

**WE DO NOT ACCEPT OR REQUEST** CHANGES TO WIRING INSTRUCTIONS VIA EMAIL. Always call to verify.

This email contains confidential and privileged information intended only for the addressee(s).  Please do not read it unless you are an addressee.  If you are not an addressee, please call Alan Millington, at the above number, or reply to this message, and delete the message.  You are hereby notified that any dissemination, distribution, copying, or other use of this email or any attachments thereto without express written authorization from the sender is strictly prohibited.  Thank you.

# **Spokane County Title Company**

1010 N. Normandie Street, #203, Spokane, WA 99201
Phone: 509-326-2626 Fax: 509-324-1375

**October 24, 2023**


**Eric Young**

,


RE:  Escrow No. **SP41217**
     Property:   **1004 E GOLDEN CT**
                 **SPOKANE, WA 99208**

Dear Eric,

Our office will be handling the closing of your transaction. Thank you for the opportunity to help you in this matter. The Closing Officer assigned to your transaction is **Magan Ham**.

**Please complete and sign the attached documents.** Please return these documents at your earliest convenience in order to avoid a delay in your transaction. Attached are the following:

> Wire Fraud Alert
> Request for Information (Please fully complete)

We will be in contact with you prior to closing to schedule a signing appointment. **If you are required to deposit funds to close this transaction, those funds need to be in the form of a Cashier's Check, drawn on a Washington State bank or a Wire Transfer.** Please call for wiring instructions.

If you have any questions concerning this transaction, please do not hesitate to call.
Thank you for your assistance!

Sincerely,


**Alan T. Millington**
**Escrow Assistant**

# BUYER/BORROWER INFORMATION

Escrow No.    **SP41217**

Please provide and/or confirm the following information so that we can expedite your transaction. After completing, please sign and return to us as soon as possible. For your convenience you can email this to me at **alan@spokanetitle.com.**

1)  I/We   ☐ will be     ☐ will not be     moving to the property address

2)  I/We   ☐ will be     ☐ will not be     obtaining a loan to purchase this property

3)  I/We   ☐ will be     ☐ will not be     able to come into the title company for the closing

   If not, please explain: _____

4)  Lending Bank/Mortgage Broker: _____

   Loan Officer _____     Phone #_____

5)  Contact information:  *Please check which is/are the preferred way(s) to reach you*

   ☐      Home phone number: _____

   ☐      Work phone number: _____

   ☐      Cell phone number: _____

   ☐      E-mail address: _____

6)  Current Mailing Address: _____

   _____

7)  Please verify your marital status:     ☐ Married          ☐ Unmarried

   If married, please provide your full name: _____

   Your spouse's full name:          _____

   State Registered Domestic Partnership?     ☐ Yes        ☐ No

   If yes, please provide your full names:  _____

   _____

   Washington State Registration Number: _____

8)  Is there a pending SALE on your existing residence?     Yes  /  No       (Mark One)

   Title Company: _____     Contact: _____

   Phone No.: _____     Email:_____

   Estimated Closing Date: _____


_____

**Eric Young**

**From:** **Bank of America** onlinebanking@ealerts.bankofamerica.com
**Subject:** You've received a wire
**Date:** October 17, 2023 at 9:48 AM
**To:** eyoung@syanda.com





# You've received a wire

## Here are the details:

| | |
|---|---|
| Receiving account | **ending in 2131** |
| Total received | **$119,698.04 USD** |
| Fee | **$15.00 USD[1]** |

| | |
|---|---|
| Date received | **October 16, 2023** |
| Confirmation # | **2023101600530613** |

[1]  If you're enrolled in Preferred Rewards, you may be eligible for a fee waiver.

We'll never ask for your personal information such as SSN or ATM PIN in email messages. If you get an email that looks suspicious or you are not the intended recipient of this email, don't click on any links. Instead, forward to abuse@bankofamerica.com then delete it.

Please don't reply to this automatically generated service email.

Privacy Notice       Equal Housing Lender

Bank of America, N.A. Member FDIC.
© 2023 Bank of America Corporation.

**From:** **Bank of America** onlinebanking@ealerts.bankofamerica.com
**Subject:** You've received a wire
**Date:** October 17, 2023 at 9:48 AM
**To:** eyoung@syanda.com

# BANK OF AMERICA



# You've received a wire

## Here are the details:

| | |
|---|---|
| Receiving account | **ending in 2131** |
| Total received | **$242,314.62 USD** |
| Fee | **$15.00 USD**[1] |

| | |
|---|---|
| Date received | **October 16, 2023** |
| Confirmation # | **2023101600527677** |

1    If you're enrolled in Preferred Rewards, you may be eligible for a fee waiver.

We'll never ask for your personal information such as SSN or ATM PIN in email messages. If you get an email that looks suspicious or you are not the intended recipient of this email, don't click on any links. Instead, forward to abuse@bankofamerica.com then delete it.

Please don't reply to this automatically generated service email.

Privacy Notice        Equal Housing Lender

Bank of America, N.A. Member FDIC.
© 2023 Bank of America Corporation.

**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

BANK OF AMERICA, N.A.
WIRE TRANSFER ADVICE
1 FLEET WAY          PA6-580-04-05
SCRANTON, PA          18507

ERIC YOUNG OR
SUSAN YOUNG
8507 N SYLVIA ST
SPOKANE WA 99208-7810

DATE: 10/18/23
DIRECT INQUIRIES TO:
800.729.9473 OPTION 2
ACCOUNT: XXXXXXXX2131

THE FOLLOWING WIRE HAS DEBITED TODAY:

USD AMOUNT $6,000.00

| | |
|---|---|
| TRANSACTION REF: | 2023101700487099 |
| RELATED REF: | HE2UQ4BU7 |
| ORIGINATOR: | ERIC YOUNG OR#SUSAN YOUNG |
| INSTRUCTING BANK: | BCC |
| BENEFICIARY: | SPOKANE COUNTY TITLE CO |
| BENEFICIARY'S BANK: | UMPQUA BANK |

PAYMENT DETAIL:        POP Services FILE SP41217

SERVICE REF: 002413
IMAD: 20231018B6B7HU4R002413
ID: XXXXXXXX2131
ID: UGQT
ID: 9801310211
ID: 123205054



**BANK OF AMERICA**

## Regular Checking - 2131 : Account Activity

### Transaction details

Posting date

Oct 18, 2023

Description

WIRE TYPE:WIRE OUT DATE:231018 TIME:0439
ET TRN:XXXXXXXXXX487099 SERVICE
REF:002413 BNF:SPOKANE COUNTY TITLE CO
ID:XXXXX10211 BNF BK:U MPQUA BANK
ID:XXXXX5054 PMT DET:HE2UQ4BU7 POP Serv
ices FILE SP41217

Type

Withdrawal

Status

Cleared

Amount

-$6,000.00

Description

WIRE TYPE:WIRE OUT DATE:231018 TIME:0439 ET
TRN:XXXXXXXXXX487099 SERVICE REF:002413 BNF:SPOKANE
COUNTY TITLE CO ID:XXXXX10211 BNF BK:U MPQUA BANK
ID:XXXXX5054 PMT DET:HE2UQ4BU7 POP Serv ices FILE
SP41217

Merchant name

SPOKANE COUNTY TITLE CO

Transaction category

Home & Utilities: **Mortgages**

# Wire Forms
# Credit Union Source Documents

-----

# Signed / Notarized copies

## OLD WEST FEDERAL CREDIT UNION OUTGOING DOMESTIC WIRE FORM
**Outgoing wire deadline on same day is 1:00pm, wires after that time will be sent out next business day.**

| Wire Amount US Dollars $119,698.04 | Wire Fee $20.00 | Total Amount Due $119,718.04 | Date Request Rec'd 10/13/2023 | Time 3:00 pm | Send Date 10/16/2023 |
|---|---|---|---|---|---|
| Wire Amount GL: BANK. Verified By: | | | Fee Charged - Specfile Verified By: | | |

### Receiving FI Information

| Routing Number: 026009593 | Name of FI: Bank of America |
|---|---|

### ORIGINATOR INFORMATION

| Member #: 619692 | Member Name: Linda Cole |
|---|---|
| Member Address: 625 Broadway St<br>*PO BOX NOT ACCEPTED* | Address Continued: Baker City, OR 97814 |

### BENEFICIARY INFORMATION

| Account #: 008761102131 | Beneficiary Name: Eric Young |
|---|---|
| Address: 8507 North Sylvia St<br>*PO BOX NOT ACCEPTED* | Address Cont: Spokane, WA 99208 |

### INTERMEDIARY FI INFORMATION

| Intermediary Acct # Click here to enter text. | FI Name: Click here to enter text. |
|---|---|
| FI Address: Click here to enter text | FI Address Cont: Click here to enter text. |

### BANK TO BANK INFORMATION

Click here to enter text.

### ORIGINATOR TO BENEFICIARY INFORMATION

Balance Transfer

### PURPOSE OF WIRE

| Balance Transfer | MEMBER SIGNATURE |
|---|---|

**Request made:** ☐In person ☐Fax ☒Phone ☐Banno    **Supervisor Approval (if needed)** _____
**Information Verified:** ☐Photo ID ☐Signature Card ☒Call Back ☐Login ID ☒ Code Word ☐Banno Authentication
**BUSINESS MEMBERS-RESTRICTED TRANSACTIONS (i.e.: unlawful internet transactions) are prohibited from being processed through an account or the members relationship.  Please initial acknowledgement_____**

### SECURITY QUESTIONS

| | Yes | No |
|---|---|---|
| Were you promised money in return for sending this wire | ☐ | ☒ |
| Are you wiring funds which were deposited by someone you do not know | ☐ | ☒ |
| Were you instructed to wire money to claim lottery or prize money | ☐ | ☒ |
| Are you wiring money in response to a guaranteed credit card or loan offer | ☐ | ☒ |
| Are you wiring money to someone you do not know | ☐ | ☒ |
| Are you wiring money to participate in a foreign lottery | ☐ | ☒ |

### CREDIT UNION USE ONLY

| Request taken by: DB 179 | Symitar Transaction done by: DB179 |
|---|---|
| Fax or email signature verified by: | Input in TranZact by: |
| Call back completed by: | Second Verification by: |

**COLE_001286**

# Old West Wire Transaction Disclosure

A Wire is a method of transferring money from one entity to another. In offering our members the ability to wire funds Old West Federal Credit Union (OWFCU) will comply with all government regulations including, but not limited to; Regulation J subpart B (fedwire) Electronic Funds Transfers, OFAC, and Uniform Commercial Code. OWFCU presently offers Domestic and International wires, incoming and outgoing.

Only collected funds will be available for outgoing wires. All incoming wires will have immediate availability. Outgoing domestic wires are not immediate and can take up to 24 hours. International wire availability is subject to corresponding receiving banks policy, and we will not give any assurance on when the funds will become available.

Fees and Charges: Originator agrees to pay applicable fees and charges related to the funds transfer as disclosed in OWFCU Fee Schedule, as amended from time to time. Other financial institutions involved in the funds transfer may impose additional fees and charges.

Cut-Off Time: The cutoff time for a wire transfer request is 1:30 p.m. PST for Domestic wires and 1:00 p.m. PST for International wires. Any wire received prior to the cut-off time will be processed same day, any wire that is taken after the cut-off time will be processed to go out the next business day. A funds transfer request is deemed received by OWFCU when executed by a credit union authorized representative.

Inconsistent and Erroneous Information: It is the Originators responsibility to provide accurate information in the specific instructions. A funds transfer request may be processed on the basis of the account number provided, even if the account number identifies a Beneficiary different from the Beneficiary named by the Originator. In addition, a funds transfer may be processed on the basis of the receiving Financial Institution identifying number provided, even if it identifies a Financial Institution different from the Financial Institution named by the Originator. Originator shall still be responsible to pay the amount of any funds transfer so processed and OWFCU shall not be liable for any loss or damage resulting from any delay caused by efforts to reconcile inconsistent or erroneous information. OWFCU is not required to seek clarification from anyone regarding unclear instructions. If we can not complete a transfer due to unclear or inaccurate instructions, we will notify you orally, or in writing by the next business day.

Security: For security purposes, OWFCU may require further verification on wire requests taken via phone, email or fax. Successful verification of these wires must be completed prior to proceeding with OWFCU processing the request. Therefore it is extremely important that your contact information with the Credit Union is correct.

Foreign Funds Transfers: Foreign wire transfers may be subject to delays, charges imposed by other financial institutions, and changes in foreign exchange rates. International wire transfers may take as long as 30 days to be received by the beneficiary bank or financial institution. Any inaccurate or missing information in the payment order may result in unnecessary delays or non-receipt of funds. Because of this, and because of variations in banking laws in other countries, OWFCU cannot guarantee safe completion of international wire transfers. All wires will be sent in US Dollars, the member bears any risk associated with exchange rates.

Rejection of Wire Transfer Request: OWFCU reserves the right, at its sole discretion except when prohibited by law, to reject any funds transfer request for any reason including but not limited to: insufficient collected funds in the specified account, OWFCU believes the transaction may be fraudulent, inability to verify Originator's identification or authenticate the funds transfer request to OWFCU's satisfaction, or incomplete, incorrect, inconsistent or ambiguous information in the funds transfer request. OWFCU will make a reasonable effort to notify Originator by phone or mail if it rejects the funds transfer request. Notwithstanding, OWFCU shall not be liable for any loss or damage associated with Old West's refusal, with or without notice, to process a fuds transfer.

Liability: OWFCU will not be liable for consequential, special, or exemplary damages or losses of any kind. We will not be liable for any failure to act or delay due to circumstances beyond our control such as fire, flood or natural disasters; communication failures; labor disputes; any inaccuracy or ambiguity in your instructions; the action or inaction of others; or any applicable government or funds-transfer system rule, policy, or regulation.

Restriction on Internet Gambling Transactions: You may not initiate any wire transfer to facilitate any transaction related to Internet gambling.

**COLE_001287**

# Wire Instructions, Indemnification
# and Hold Harmless Agreement

I herein instruct Old West Federal Credit Union to send my funds to the recipient identified in the attached Wire Transfer/Authorization Form. By signing this agreement, I herein represent and affirm that I have completed the necessary due diligence in verifying the recipient named herein and that I will hold Old West Federal Credit Union, its Agents, and Assigns (Old West) harmless and I will indemnify Old West for any claim or dispute of any nature arising from this transaction. I also understand that if I choose to complete this wire transaction Old West Federal Credit Union is not liable for any loss of funds or claim arising from fraudulent activity. I understand that once the wire is sent and accepted there is no recourse or method for return of funds.

_____          _____

Member Signature                                                                    Date

# Wire Fraud Warning!

Due to the increase and prevalence of wire fraud, the following information is shared with you for informational purposes. Wire fraud takes many different forms, and can include:

**Fraudulent online purchases** (paying for items, shipping, or "tax" before you take delivery)

**"Sweetheart" scams**, wherein an online friend or romantic acquaintance (whom you have not met in person) solicits money from you for various reasons such as travel (they may be "trapped in a foreign country), medical debt, adoption, etc.

**Jail scams,** wherein someone posing as a relative (ie., grandchild, nephew), or a "law enforcement official" calls (often in the middle of the night) saying your relative is in jail in a foreign country or has assaulted a foreign national and demands "bail" or "security" money.

Most of these scams require that you tell no one or the subject of the scam will "get in trouble."

These are just a few of the scams that occur. If you have doubts or questions, please don't hesitate to let us know **before** you send a wire.

**COLE_001288**

COLE_001289



## OLD WEST FEDERAL CREDIT UNION OUTGOING DOMESTIC WIRE FORM

**Outgoing wire deadline on same day is 1:00pm, wires after that time will be sent out next business day.**

| Wire Amount US Dollars **$242,314.62** | Wire Fee **$20.00** | Total Amount Due **$242,334.62** | Date Request Rec'd **10/12/2023** | Time **1:56 pm** | Send Date **10/16/2023** |
|---|---|---|---|---|---|
| Wire Amount GL: BANK. Verified By: | | | Fee Charged - Specfile Verified By: | | |

### Receiving FI Information

| Routing Number: 026009593 | Name of FI: Bank of America |
|---|---|

### ORIGINATOR INFORMATION

| Member #: 619692 | Member Name: Linda Cole |
|---|---|
| Member Address: 625 Broadway St *PO BOX NOT ACCEPTED* | Address Continued: Baker City, OR 97814 |

### BENEFICIARY INFORMATION

| Account #: 008761102131 | Beneficiary Name: Eric Young |
|---|---|
| Address: 8507 North Sylvia St *PO BOX NOT ACCEPTED* | Address Cont: Spokane, WA 99208 |

### INTERMEDIARY FI INFORMATION

| Intermediary Acct # Click here to enter text. | FI Name: Click here to enter text. |
|---|---|
| FI Address: Click here to enter text. | FI Address Cont: Click here to enter text. |

### BANK TO BANK INFORMATION

Click here to enter text.

### ORIGINATOR TO BENEFICIARY INFORMATION

1004 E Golden Ct, Spokane, WA

### PURPOSE OF WIRE

| Property Purchase in Spokane WA | MEMBER SIGNATURE |
|---|---|

**Request made:** ☐In person ☐Fax ☒Phone ☐Banno   **Supervisor Approval (if needed)** _____

**Information Verified:** ☐Photo ID ☐Signature Card ☒Call Back ☐Login ID ☒ Code Word ☐Banno Authentication

**BUSINESS MEMBERS-RESTRICTED TRANSACTIONS (i.e.: unlawful Internet transactions) are prohibited from being processed through an account or the members relationship. Please initial acknowledgement** _____

| SECURITY QUESTIONS | Yes | No |
|---|---|---|
| Were you promised money in return for sending this wire | ☐ | ☒ |
| Are you wiring funds which were deposited by someone you do not know | ☐ | ☒ |
| Were you instructed to wire money to claim lottery or prize money | ☐ | ☒ |
| Are you wiring money in response to a guaranteed credit card or loan offer | ☐ | ☒ |
| Are you wiring money to someone you do not know | ☐ | ☒ |
| Are you wiring money to participate in a foreign lottery | ☐ | ☒ |

### CREDIT UNION USE ONLY

| Request taken by: TC 243 | Symitar Transaction done by: TC243 |
|---|---|
| Fax or email signature verified by: | Input in TranZact by: |
| Call back completed by: | Second Verification by: |

**COLE_001290**

# Old West Wire Transaction Disclosure

A Wire is a method of transferring money from one entity to another. In offering our members the ability to wire funds Old West Federal Credit Union (OWFCU) will comply with all government regulations including, but not limited to; Regulation J subpart B (fedwire) Electronic Funds Transfers, OFAC, and Uniform Commercial Code. OWFCU presently offers Domestic and International wires, incoming and outgoing.

Only collected funds will be available for outgoing wires. All incoming wires will have immediate availability. Outgoing domestic wires are not immediate and can take up to 24 hours. International wire availability is subject to corresponding receiving banks policy, and we will not give any assurance on when the funds will become available.

Fees and Charges: Originator agrees to pay applicable fees and charges related to the funds transfer as disclosed in OWFCU Fee Schedule, as amended from time to time. Other financial institutions involved in the funds transfer may impose additional fees and charges.

Cut-Off Time: The cutoff time for a wire transfer request is 1:30 p.m. PST for Domestic wires and 1:00 p.m. PST for International wires. Any wire received prior to the cut-off time will be processed same day, any wire that is taken after the cut-off time will be processed to go out the next business day. A funds transfer request is deemed received by OWFCU when executed by a credit union authorized representative.

Inconsistent and Erroneous Information: It is the Originators responsibility to provide accurate information in the specific instructions. A funds transfer request may be processed on the basis of the account number provided, even if the account number identifies a Beneficiary different from the Beneficiary named by the Originator. In addition, a funds transfer may be processed on the basis of the receiving Financial Institution identifying number provided, even if it identifies a Financial Institution different from the Financial Institution named by the Originator. Originator shall still be responsible to pay the amount of any funds transfer so processed and OWFCU shall not be liable for any loss or damage resulting from any delay caused by efforts to reconcile inconsistent or erroneous information. OWFCU is not required to seek clarification from anyone regarding unclear instructions. If we can not complete a transfer due to unclear or inaccurate instructions, we will notify you orally, or in writing by the next business day.

Security: For security purposes, OWFCU may require further verification on wire requests taken via phone, email or fax. Successful verification of these wires must be completed prior to proceeding with OWFCU processing the request. Therefore it is extremely important that your contact information with the Credit Union is correct.

Foreign Funds Transfers: Foreign wire transfers may be subject to delays, charges imposed by other financial institutions, and changes in foreign exchange rates. International wire transfers may take as long as 30 days to be received by the beneficiary bank or financial institution. Any inaccurate or missing information in the payment order may result in unnecessary delays or non-receipt of funds. Because of this, and because of variations in banking laws in other countries, OWFCU cannot guarantee safe completion of international wire transfers. All wires will be sent in US Dollars, the member bears any risk associated with exchange rates.

Rejection of Wire Transfer Request: OWFCU reserves the right, at its sole discretion except when prohibited by law, to reject any funds transfer request for any reason including but not limited to: insufficient collected funds in the specified account, OWFCU believes the transaction may be fraudulent, inability to verify Originator's identification or authenticate the funds transfer request to OWFCU's satisfaction, or incomplete, incorrect, inconsistent or ambiguous information in the funds transfer request. OWFCU will make a reasonable effort to notify Originator by phone or mail if it rejects the funds transfer request. Notwithstanding, OWFCU shall not be liable for any loss or damage associated with Old West's refusal, with or without notice, to process a fuds transfer.

Liability: OWFCU will not be liable for consequential, special, or exemplary damages or losses of any kind. We will not be liable for any failure to act or delay due to circumstances beyond our control such as fire, flood or natural disasters; communication failures; labor disputes; any inaccuracy or ambiguity in your instructions; the action or inaction of others; or any applicable government or funds-transfer system rule, policy, or regulation.

Restriction on Internet Gambling Transactions: You may not initiate any wire transfer to facilitate any transaction related to Internet gambling.

COLE_001291

# Wire Instructions, Indemnification and Hold Harmless Agreement

I herein instruct Old West Federal Credit Union to send my funds to the recipient identified in the attached Wire Transfer/Authorization Form. By signing this agreement, I herein represent and affirm that I have completed the necessary due diligence in verifying the recipient named herein and that I will hold Old West Federal Credit Union, its Agents, and Assigns (Old West) harmless and I will indemnify Old West for any claim or dispute of any nature arising from this transaction. I also understand that if I choose to complete this wire transaction Old West Federal Credit Union is not liable for any loss of funds or claim arising from fraudulent activity. I understand that once the wire is sent and accepted there is no recourse or method for return of funds.

_____            _____

Member Signature                                                          Date

# Wire Fraud Warning!

Due to the increase and prevalence of wire fraud, the following information is shared with you for informational purposes. Wire fraud takes many different forms, and can include:

**Fraudulent online purchases** (paying for items, shipping, or "tax" before you take delivery)

**"Sweetheart" scams**, wherein an online friend or romantic acquaintance (whom you have not met in person) solicits money from you for various reasons such as travel (they may be "trapped in a foreign country"), medical debt, adoption, etc.

**Jail scams,** wherein someone posing as a relative (ie., grandchild, nephew), or a "law enforcement official" calls (often in the middle of the night) saying your relative is in jail in a foreign country or has assaulted a foreign national and demands "bail" or "security" money.

Most of these scams require that you tell no one or the subject of the scam will "get in trouble."

These are just a few of the scams that occur. If you have doubts or questions, please don't hesitate to let us know **before** you send a wire.

**COLE_001292**



# FEDERAL CREDIT UNION

# MEMBERSHIP CLOSURE FORM

*Member Name*  Linda Jean Cole

*Member Number*  619692 _____

**Share only Closure,List Share ID(s):** _____

**Membership Closure Acknowledgements**

I acknowledge that any Debit, ATM or VISA Credit Cards that might have been attached to this membership are closed and will be destroyed, also, all Loans, fees, or charges have been paid in full. I also acknowledge that any ACH or EFT will be returned if the company has not been notified, as well any outstanding checks will be returned to the bearer unpaid. If I had a safe deposit box I verify that it has been closed and all contents removed. I understand I will no longer have online banking privileges and authorize OWFCU to close my bill pay account if applicable.

*MEMBER SIGNATURE* _____ *DATE* _____

***** FOR INTERNAL USE ONLY ***** Initial as completed *****

*Email MSR group if saver is closed AND checking is left open* _____

*Verify Safe Deposit Box Rental Agmt was signed for closure* _____

*Email sent to Cards group to close any credit cards(no balance or pending trans.)* _____

*Email sent to Retail Services group to close Bill Pay* _____

**COLE_001293**

## OLD WEST FEDERAL CREDIT UNION OUTGOING DOMESTIC WIRE FORM

**Outgoing wire deadline on same day is 1:00pm, wires after that time will be sent out next business day.**

*ORIGINAL*

| Wire Amount US Dollars $119,698.04 | Wire Fee $20.00 | Total Amount Due $119,718.04 | Date Request Rec'd 10/13/2023 | Time 3:00 pm | Send Date 10/16/2023 |
|---|---|---|---|---|---|
| Wire Amount GL: BANK. Verified By: | | | Fee Charged - Specfile Verified By: | | |

### Receiving FI Information

| Routing Number: 026009593 | Name of FI: Bank of America |
|---|---|

### ORIGINATOR INFORMATION

| Member #: 619692 | Member Name: Linda Cole |
|---|---|
| Member Address: 625 Broadway St *PO BOX NOT ACCEPTED* | Address Continued: Baker City, OR 97814 |

### BENEFICIARY INFORMATION

| Account #: 008761102131 | Beneficiary Name: Eric Young |
|---|---|
| Address: 8507 North Sylvia St *PO BOX NOT ACCEPTED* | Address Cont: Spokane, WA 99208 |

### INTERMEDIARY FI INFORMATION

| Intermediary Acct # Click here to enter text. | FI Name: Click here to enter text. |
|---|---|
| FI Address: Click here to enter text. | FI Address Cont: Click here to enter text. |

### BANK TO BANK INFORMATION

Click here to enter text.

### ORIGINATOR TO BENEFICIARY INFORMATION

Balance Transfer

| PURPOSE OF WIRE | MEMBER SIGNATURE |
|---|---|
| Balance Transfer | *Linda J. Cole* |

**Request made:** ☐In person ☐Fax ☒Phone ☐Banno / **Supervisor Approval (if needed)** _____
**Information Verified:** ☐Photo ID ☐Signature Card ☒Call Back ☐Login ID ☒ Code Word ☐Banno Authentication
**BUSINESS MEMBERS-RESTRICTED TRANSACTIONS (i.e.: unlawful internet transactions) are prohibited from being processed through an account or the members relationship. Please initial acknowledgement**_____

| SECURITY QUESTIONS | Yes | No |
|---|---|---|
| Were you promised money in return for sending this wire | ☐ | ☒ |
| Are you wiring funds which were deposited by someone you do not know | ☐ | ☒ |
| Were you instructed to wire money to claim lottery or prize money | ☐ | ☒ |
| Are you wiring money in response to a guaranteed credit card or loan offer | ☐ | ☒ |
| Are you wiring money to someone you do not know | ☐ | ☒ |
| Are you wiring money to participate in a foreign lottery | ☐ | ☒ |

### CREDIT UNION USE ONLY

| Request taken by: DB 179 | Symitar Transaction done by: DB179 |
|---|---|
| Fax or email signature verified by: | Input in TranZact by: |
| Call back completed by: | Second Verification by: |

**COLE_001300**

# Old West Wire Transaction Disclosure

A Wire is a method of transferring money from one entity to another. In offering our members the ability to wire funds Old West Federal Credit Union (OWFCU) will comply with all government regulations including, but not limited to; Regulation J subpart B (fedwire) Electronic Funds Transfers, OFAC, and Uniform Commercial Code. OWFCU presently offers Domestic and International wires, incoming and outgoing.

Only collected funds will be available for outgoing wires. All incoming wires will have immediate availability. Outgoing domestic wires are not immediate and can take up to 24 hours. International wire availability is subject to corresponding receiving banks policy, and we will not give any assurance on when the funds will become available.

Fees and Charges: Originator agrees to pay applicable fees and charges related to the funds transfer as disclosed in OWFCU Fee Schedule, as amended from time to time. Other financial institutions involved in the funds transfer may impose additional fees and charges.

Cut-Off Time: The cutoff time for a wire transfer request is 1:30 p.m. PST for Domestic wires and 1:00 p.m. PST for International wires. Any wire received prior to the cut-off time will be processed same day, any wire that is taken after the cut-off time will be processed to go out the next business day. A funds transfer request is deemed received by OWFCU when executed by a credit union authorized representative.

Inconsistent and Erroneous Information: It is the Originators responsibility to provide accurate information in the specific instructions. A funds transfer request may be processed on the basis of the account number provided, even if the account number identifies a Beneficiary different from the Beneficiary named by the Originator. In addition, a funds transfer may be processed on the basis of the receiving Financial Institution identifying number provided, even if it identifies a Financial Institution different from the Financial Institution named by the Originator. Originator shall still be responsible to pay the amount of any funds transfer so processed and OWFCU shall not be liable for any loss or damage resulting from any delay caused by efforts to reconcile inconsistent or erroneous information. OWFCU is not required to seek clarification from anyone regarding unclear instructions. If we can not complete a transfer due to unclear or inaccurate instructions, we will notify you orally, or in writing by the next business day.

Security: For security purposes, OWFCU may require further verification on wire requests taken via phone, email or fax. Successful verification of these wires must be completed prior to proceeding with OWFCU processing the request. Therefore it is extremely important that your contact information with the Credit Union is correct.

Foreign Funds Transfers: Foreign wire transfers may be subject to delays, charges imposed by other financial institutions, and changes in foreign exchange rates. International wire transfers may take as long as 30 days to be received by the beneficiary bank or financial institution. Any inaccurate or missing information in the payment order may result in unnecessary delays or non-receipt of funds. Because of this, and because of variations in banking laws in other countries, OWFCU cannot guarantee safe completion of international wire transfers. All wires will be sent in US Dollars, the member bears any risk associated with exchange rates.

Rejection of Wire Transfer Request: OWFCU reserves the right, at its sole discretion except when prohibited by law, to reject any funds transfer request for any reason including but not limited to: insufficient collected funds in the specified account, OWFCU believes the transaction may be fraudulent, inability to verify Originator's identification or authenticate the funds transfer request to OWFCU's satisfaction, or incomplete, incorrect, inconsistent or ambiguous information in the funds transfer request. OWFCU will make a reasonable effort to notify Originator by phone or mail if it rejects the funds transfer request. Notwithstanding, OWFCU shall not be liable for any loss or damage associated with Old West's refusal, with or without notice, to process a fuds transfer.

Liability: OWFCU will not be liable for consequential, special, or exemplary damages or losses of any kind. We will not be liable for any failure to act or delay due to circumstances beyond our control such as fire, flood or natural disasters: communication failures: labor disputes: any inaccuracy or ambiguity in your instructions; the action or inaction of others; or any applicable government or funds-transfer system rule, policy, or regulation.

Restriction on Internet Gambling Transactions: You may not initiate any wire transfer to facilitate any transaction related to internet gambling.

**COLE_001301**

## Wire Instructions, Indemnification
## and Hold Harmless Agreement

I herein instruct Old West Federal Credit Union to send my funds to the recipient identified in the attached Wire Transfer/Authorization Form. By signing this agreement, I herein represent and affirm that I have completed the necessary due diligence in verifying the recipient named herein and that I will hold Old West Federal Credit Union, its Agents, and Assigns (Old West) harmless and I will indemnify Old West for any claim or dispute of any nature arising from this transaction. I also understand that if I choose to complete this wire transaction Old West Federal Credit Union is not liable for any loss of funds or claim arising from fraudulent activity. I understand that once the wire is sent and accepted there is no recourse or method for return of funds.

_Linda J. Cole_      _October 14, 2023_

Member Signature                 Date

Notary Seal & Signature on
Official Document to Follow      **Wire Fraud Warning!**

Due to the increase and prevalence of wire fraud, the following information is shared with you for informational purposes. Wire fraud takes many different forms, and can include:

**Fraudulent online purchases** (paying for items, shipping, or "tax" before you take delivery)

**"Sweetheart" scams,** wherein an online friend or romantic acquaintance (whom you have not met in person) solicits money from you for various reasons such as travel (they may be "trapped in a foreign country), medical debt, adoption, etc.

**Jail scams,** wherein someone posing as a relative (ie., grandchild, nephew), or a "law enforcement official" calls (often in the middle of the night) saying your relative is in jail in a foreign country or has assaulted a foreign national and demands "bail" or "security" money.

Most of these scams require that you tell no one or the subject of the scam will "get in trouble."

These are just a few of the scams that occur. If you have doubts or questions, please don't hesitate to let us know **before** you send a wire.

**COLE_001302**

# WASHINGTON SHORT-FORM INDIVIDUAL ACKNOWLEDGMENT (RCW 42.44.100)

State of Washington

County of _Spokane_ } ss.

I certify that I know or have satisfactory evidence that _Linda Jean Cole_

Name of Signer

is the person who appeared before me, and said person acknowledged that he/she signed this instrument and acknowledged it to be his/her free and voluntary act for the uses and purposes mentioned in the instrument.

Dated: _October 14, 2023_

Month/Day/Year

_[signature]_

Signature of Notarizing Officer

_Notary Public_

Title (Such as "Notary Public")

My appointment expires

_July 19, 2024_

Month/Day/Year of Appointment Expiration

---

STATE OF WASHINGTON
Matthew Anderson
Notary Public
Commission Expires: July 19, 2024
Commission # 185853

Place Notary Seal Above

---

## OPTIONAL

*Although the information in this section is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: _Wire Instructions, Indemnification and Hold Harmless Agreement_

Document Date: _October 14, 2023_ Number of Pages: _1_

Signer(s) Other Than Named Above: _____

Right Thumbprint
of Signer
Top of thumb here

---

© 1999 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.nationalnotary.org
Item No. 5906 • Reorder: Call Toll-Free 1-800-876-6827

**COLE_001303**

## OLD WEST FEDERAL CREDIT UNION OUTGOING DOMESTIC WIRE FORM
**Outgoing wire deadline on same day is 1:00pm, wires after that time will be sent out next business day.**

| Wire Amount US Dollars $242,314.62 | Wire Fee $20.00 | Total Amount Due $242,334.62 | Date Request Rec'd 10/12/2023 | Time 1:56 pm | Send Date 10/16/2023 |
|---|---|---|---|---|---|
| Wire Amount GL: BANK. Verified By: | | | Fee Charged - Specfile Verified By: | | |

**Receiving FI Information**

| Routing Number: 026009593 | Name of FI: Bank of America |
|---|---|

**ORIGINATOR INFORMATION**

| Member #: 619692 | Member Name: Linda Cole |
|---|---|
| Member Address: 625 Broadway St *PO BOX NOT ACCEPTED* | Address Continued: Baker City, OR 97814 |

**BENEFICIARY INFORMATION**

| Account #: 008761102131 | Beneficiary Name: Eric Young |
|---|---|
| Address: 8507 North Sylvia St *PO BOX NOT ACCEPTED* | Address Cont: Spokane, WA 99208 |

**INTERMEDIARY FI INFORMATION**

| Intermediary Acct # Click here to enter text. | FI Name: Click here to enter text. |
|---|---|
| FI Address: Click here to enter text. | FI Address Cont: Click here to enter text. |

**BANK TO BANK INFORMATION**

Click here to enter text.

**ORIGINATOR TO BENEFICIARY INFORMATION**

1004 E Golden Ct, Spokane, WA

**PURPOSE OF WIRE**     MEMBER SIGNATURE

| Property Purchase in Spokane WA | *Linda J Cole* |
|---|---|

Request made: ☐In person ☐Fax ☒Phone ☐Banno     Supervisor Approval (if needed) _____
Information Verified: ☐Photo ID ☐Signature Card ☒Call Back ☐Login ID ☒ Code Word ☐Banno Authentication
**BUSINESS MEMBERS-RESTRICTED TRANSACTIONS (i.e.: unlawful internet transactions) are prohibited from being processed through an account or the members relationship. Please initial acknowledgement** _____

| SECURITY QUESTIONS | Yes | No |
|---|---|---|
| Were you promised money in return for sending this wire | ☐ | ☒ |
| Are you wiring funds which were deposited by someone you do not know | ☐ | ☒ |
| Were you instructed to wire money to claim lottery or prize money | ☐ | ☒ |
| Are you wiring money in response to a guaranteed credit card or loan offer | ☐ | ☒ |
| Are you wiring money to someone you do not know | ☐ | ☒ |
| Are you wiring money to participate in a foreign lottery | ☐ | ☒ |

**CREDIT UNION USE ONLY**

| Request taken by: TC 243 | Symitar Transaction done by: TC243 |
|---|---|
| Fax or email signature verified by: | Input in TranZact by: |
| Call back completed by: | Second Verification by: |

**COLE_001304**

## Old West Wire Transaction Disclosure

A Wire is a method of transferring money from one entity to another. In offering our members the ability to wire funds Old West Federal Credit Union (OWFCU) will comply with all government regulations including, but not limited to; Regulation J subpart B (fedwire) Electronic Funds Transfers, OFAC, and Uniform Commercial Code. OWFCU presently offers Domestic and International wires, incoming and outgoing.

Only collected funds will be available for outgoing wires. All incoming wires will have immediate availability. Outgoing domestic wires are not immediate and can take up to 24 hours. International wire availability is subject to corresponding receiving banks policy, and we will not give any assurance on when the funds will become available.

Fees and Charges: Originator agrees to pay applicable fees and charges related to the funds transfer as disclosed in OWFCU Fee Schedule, as amended from time to time. Other financial institutions involved in the funds transfer may impose additional fees and charges.

Cut-Off Time: The cutoff time for a wire transfer request is 1:30 p.m. PST for Domestic wires and 1:00 p.m. PST for International wires. Any wire received prior to the cut-off time will be processed same day, any wire that is taken after the cut-off time will be processed to go out the next business day. A funds transfer request is deemed received by OWFCU when executed by a credit union authorized representative.

Inconsistent and Erroneous Information: It is the Originators responsibility to provide accurate information in the specific instructions. A funds transfer request may be processed on the basis of the account number provided, even if the account number identifies a Beneficiary different from the Beneficiary named by the Originator. In addition, a funds transfer may be processed on the basis of the receiving Financial Institution identifying number provided, even if it identifies a Financial Institution different from the Financial Institution named by the Originator. Originator shall still be responsible to pay the amount of any funds transfer so processed and OWFCU shall not be liable for any loss or damage resulting from any delay caused by efforts to reconcile inconsistent or erroneous information. OWFCU is not required to seek clarification from anyone regarding unclear instructions. If we can not complete a transfer due to unclear or inaccurate instructions, we will notify you orally, or in writing by the next business day.

Security: For security purposes, OWFCU may require further verification on wire requests taken via phone, email or fax. Successful verification of these wires must be completed prior to proceeding with OWFCU processing the request. Therefore it is extremely important that your contact information with the Credit Union is correct.

Foreign Funds Transfers: Foreign wire transfers may be subject to delays, charges imposed by other financial institutions, and changes in foreign exchange rates. International wire transfers may take as long as 30 days to be received by the beneficiary bank or financial institution. Any inaccurate or missing information in the payment order may result in unnecessary delays or non-receipt of funds. Because of this, and because of variations in banking laws in other countries, OWFCU cannot guarantee safe completion of international wire transfers. All wires will be sent in US Dollars, the member bears any risk associated with exchange rates.

Rejection of Wire Transfer Request: OWFCU reserves the right, at its sole discretion except when prohibited by law, to reject any funds transfer request for any reason including but not limited to: insufficient collected funds in the specified account, OWFCU believes the transaction may be fraudulent, inability to verify Originator's identification or authenticate the funds transfer request to OWFCU's satisfaction, or incomplete, incorrect, inconsistent or ambiguous information in the funds transfer request. OWFCU will make a reasonable effort to notify Originator by phone or mail if it rejects the funds transfer request. Notwithstanding, OWFCU shall not be liable for any loss or damage associated with Old West's refusal, with or without notice, to process a funds transfer.

Liability: OWFCU will not be liable for consequential, special, or exemplary damages or losses of any kind. We will not be liable for any failure to act or delay due to circumstances beyond our control such as fire, flood or natural disasters: communication failures: labor disputes: any inaccuracy or ambiguity in your instructions; the action or inaction of others; or any applicable government or funds-transfer system rule, policy, or regulation.

Restriction on Internet Gambling Transactions: You may not initiate any wire transfer to facilitate any transaction related to internet gambling.

## Wire Instructions, Indemnification
## and Hold Harmless Agreement

I herein instruct Old West Federal Credit Union to send my funds to the recipient identified in the attached Wire Transfer/Authorization Form. By signing this agreement, I herein represent and affirm that I have completed the necessary due diligence in verifying the recipient named herein and that I will hold Old West Federal Credit Union, its Agents, and Assigns (Old West) harmless and I will indemnify Old West for any claim or dispute of any nature arising from this transaction. I also understand that if I choose to complete this wire transaction Old West Federal Credit Union is not liable for any loss of funds or claim arising from fraudulent activity. I understand that once the wire is sent and accepted there is no recourse or method for return of funds.

_Linda J. Cole_                      _October 14, 2023_

Member Signature                    Date

Notary Seal & Signature on
Official Document to Follow

## Wire Fraud Warning!

Due to the increase and prevalence of wire fraud, the following information is shared with you for **informational** purposes. Wire fraud takes many different forms, and can include:

**Fraudulent online purchases** (paying for items, shipping, or "tax" before you take delivery)

**"Sweetheart" scams**, wherein an online friend or romantic acquaintance (whom you have not met in person) solicits money from you for various reasons such as travel (they may be "trapped in a foreign country), medical debt, adoption, etc.

**Jail scams**, wherein someone posing as a relative (ie., grandchild, nephew), or a "law enforcement official" calls (often in the middle of the night) saying your relative is in jail in a foreign country or has assaulted a foreign national and demands "bail" or "security" money.

Most of these scams require that you tell no one or the subject of the scam will "get in trouble."

These are just a few of the scams that occur. If you have doubts or questions, please don't hesitate to let us know **before** you send a wire.

**COLE_001306**

# OLD WEST FEDERAL CREDIT UNION OUTGOING DOMESTIC WIRE FORM

**Outgoing wire deadline on same day is 1:00pm, wires after that time will be sent out next business day.**

*ORIGINAL*

| Wire Amount US Dollars $119,698.04 | Wire Fee $20.00 | Total Amount Due $119,718.04 | Date Request Rec'd 10/13/2023 | Time 3:00 pm | Send Date 10/16/2023 |
|---|---|---|---|---|---|

| Wire Amount GL: BANK. Verified By: | Fee Charged - Specfile Verified By: |
|---|---|

## Receiving FI Information

| Routing Number: 026009593 | Name of FI: Bank of America |
|---|---|

## ORIGINATOR INFORMATION

| Member #: 619692 | Member Name: Linda Cole |
|---|---|
| Member Address: 625 Broadway St *PO BOX NOT ACCEPTED* | Address Continued: Baker City, OR 97814 |

## BENEFICIARY INFORMATION

| Account #: 008761102131 | Beneficiary Name: Eric Young |
|---|---|
| Address: 8507 North Sylvia St *PO BOX NOT ACCEPTED* | Address Cont: Spokane, WA 99208 |

## INTERMEDIARY FI INFORMATION

| Intermediary Acct # Click here to enter text. | FI Name: Click here to enter text. |
|---|---|
| FI Address: Click here to enter text. | FI Address Cont: Click here to enter text. |

## BANK TO BANK INFORMATION

Click here to enter text.

## ORIGINATOR TO BENEFICIARY INFORMATION

Balance Transfer

## PURPOSE OF WIRE

| Balance Transfer | MEMBER SIGNATURE *Linda J. Cole* |
|---|---|

**Request made:** ☐In person ☐Fax ☒Phone ☐Banno / **Supervisor Approval (if needed)** _____

**Information Verified:** ☐Photo ID ☐Signature Card ☒Call Back ☐Login ID ☒ Code Word ☐Banno Authentication

**BUSINESS MEMBERS-RESTRICTED TRANSACTIONS (i.e.: unlawful internet transactions) are prohibited from being processed through an account or the members relationship. Please initial acknowledgement**_____

### SECURITY QUESTIONS

| | Yes | No |
|---|---|---|
| Were you promised money in return for sending this wire | ☐ | ☒ |
| Are you wiring funds which were deposited by someone you do not know | ☐ | ☒ |
| Were you instructed to wire money to claim lottery or prize money | ☐ | ☒ |
| Are you wiring money in response to a guaranteed credit card or loan offer | ☐ | ☒ |
| Are you wiring money to someone you do not know | ☐ | ☒ |
| Are you wiring money to participate in a foreign lottery | ☐ | ☒ |

### CREDIT UNION USE ONLY

| Request taken by: DB 179 | Symitar Transaction done by: DB179 |
|---|---|
| Fax or email signature verified by: | Input in TranZact by: |
| Call back completed by: | Second Verification by: |

**EXHIBIT**

10

# WASHINGTON SHORT-FORM INDIVIDUAL ACKNOWLEDGMENT (RCW 42.44.100)

State of Washington

County of Spokane                  } ss.

I certify that I know or have satisfactory evidence that Linda Jean Cole
_Name of Signer_

is the person who appeared before me, and said

person acknowledged that he/she signed this

instrument and acknowledged it to be his/her free

and voluntary act for the uses and purposes

mentioned in the instrument.

Dated: October 14, 2023
_Month/Day/Year_

_(signature)_
Signature of Notarizing Officer

STATE OF WASHINGTON
Matthew Anderson
Notary Public
Commission Expires: July 19, 2024
Commission # 185853

Notary Public
Title (Such as "Notary Public")

My appointment expires
July 19, 2024
_Month/Day/Year of Appointment Expiration_

Place Notary Seal Above

--- OPTIONAL ---

*Although the information in this section is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: Wire Instructions Indemnification and Hold Harmless Agreement

Document Date: October 14 2023   Number of Pages: 1

Signer(s) Other Than Named Above: _____

Right Thumbprint
of Signer

Top of thumb here

© 1999 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.nationalnotary.org
Item No. 5906 • Reorder: Call Toll-Free 1-800-876-6827

**Old West Wire Transaction Disclosure**

A Wire is a method of transferring money from one entity to another. In offering our members the ability to wire funds Old West Federal Credit Union (OWFCU) will comply with all government regulations including, but not limited to; Regulation J subpart B (fedwire) Electronic Funds Transfers, OFAC, and Uniform Commercial Code. OWFCU presently offers Domestic and International wires, incoming and outgoing.

Only collected funds will be available for outgoing wires. All incoming wires will have immediate availability. Outgoing domestic wires are not immediate and can take up to 24 hours. International wire availability is subject to corresponding receiving banks policy, and we will not give any assurance on when the funds will become available.

Fees and Charges: Originator agrees to pay applicable fees and charges related to the funds transfer as disclosed in OWFCU Fee Schedule, as amended from time to time. Other financial institutions involved in the funds transfer may impose additional fees and charges.

Cut-Off Time: The cutoff time for a wire transfer request is 1:30 p.m. PST for Domestic wires and 1:00 p.m. PST for International wires. Any wire received prior to the cut-off time will be processed same day, any wire that is taken after the cut-off time will be processed to go out the next business day. A funds transfer request is deemed received by OWFCU when executed by a credit union authorized representative.

Inconsistent and Erroneous Information: It is the Originators responsibility to provide accurate Information in the specific Instructions. A funds transfer request may be processed on the basis of the account number provided, even if the account number identifies a Beneficiary different from the Beneficiary named by the Originator. In addition, a funds transfer may be processed on the basis of the receiving Financial Institution identifying number provided, even if it identifies a Financial Institution different from the Financial Institution named by the Originator. Originator shall still be responsible to pay the amount of any funds transfer so processed and OWFCU shall not be liable for any loss or damage resulting from any delay caused by efforts to reconcile inconsistent or erroneous information. OWFCU is not required to seek clarification from anyone regarding unclear instructions. If we can not complete a transfer due to unclear or inaccurate instructions, we will notify you orally, or in writing by the next business day.

Security: For security purposes, OWFCU may require further verification on wire requests taken via phone, email or fax. Successful verification of these wires must be completed prior to proceeding with OWFCU processing the request. Therefore it is extremely important that your contact information with the Credit Union is correct.

Foreign Funds Transfers: Foreign wire transfers may be subject to delays, charges imposed by other financial institutions, and changes in foreign exchange rates. International wire transfers may take as long as 30 days to be received by the beneficiary bank or financial institution. Any inaccurate or missing information in the payment order may result in unnecessary delays or non-receipt of funds. Because of this, and because of variations in banking laws in other countries, OWFCU cannot guarantee safe completion of international wire transfers. All wires will be sent in US Dollars, the member bears any risk associated with exchange rates.

Rejection of Wire Transfer Request: OWFCU reserves the right, at its sole discretion except when prohibited by law, to reject any funds transfer request for any reason including but not limited to: insufficient collected funds in the specified account, OWFCU believes the transaction may be fraudulent, inability to verify Originator's Identification or authenticate the funds transfer request to OWFCU's satisfaction, or incomplete, incorrect, inconsistent or ambiguous information in the funds transfer request. OWFCU will make a reasonable effort to notify Originator by phone or mail if it rejects the funds transfer request. Notwithstanding, OWFCU shall not be liable for any loss or damage associated with Old West's refusal, with or without notice, to process a funds transfer.

Liability: OWFCU will not be liable for consequential, special, or exemplary damages or losses of any kind. We will not be liable for any failure to act or delay due to circumstances beyond our control such as fire, flood or natural disasters; communication failures; labor disputes; any inaccuracy or ambiguity in your instructions; the action or inaction of others; or any applicable government or funds-transfer system rule, policy, or regulation.

Restriction on Internet Gambling Transactions: You may not initiate any wire transfer to facilitate any transaction related to internet gambling.

## Wire Instructions, Indemnification
## and Hold Harmless Agreement

I herein instruct Old West Federal Credit Union to send my funds to the recipient identified in the attached Wire Transfer/Authorization Form. By signing this agreement, I herein represent and affirm that I have completed the necessary due diligence in verifying the recipient named herein and that I will hold Old West Federal Credit Union, its Agents, and Assigns (Old West) harmless and I will indemnify Old West for any claim or dispute of any nature arising from this transaction. I also understand that if I choose to complete this wire transaction Old West Federal Credit Union is not liable for any loss of funds or claim arising from fraudulent activity. I understand that once the wire is sent and accepted there is no recourse or method for return of funds.

_Linda J. Cole_                  _October 14, 2023_
Member Signature                  Date

Notary Seal & Signature on
Official Document to Follow

## Wire Fraud Warning!

Due to the increase and prevalence of wire fraud, the following information is shared with you for informational purposes. Wire fraud takes many different forms, and can include:

**Fraudulent online purchases** (paying for items, shipping, or "tax" before you take delivery)

**"Sweetheart" scams,** wherein an online friend or romantic acquaintance (whom you have not met in person) solicits money from you for various reasons such as travel (they may be "trapped in a foreign country), medical debt, adoption, etc.

**Jail scams,** wherein someone posing as a relative (ie., grandchild, nephew), or a "law enforcement official" calls (often in the middle of the night) saying your relative is in jail in a foreign country or has assaulted a foreign national and demands "bail" or "security" money.

Most of these scams require that you tell no one or the subject of the scam will "get in trouble."

These are just a few of the scams that occur. If you have doubts or questions, please don't hesitate to let us know **before** you send a wire.

# WASHINGTON SHORT-FORM INDIVIDUAL ACKNOWLEDGMENT (RCW 42.44.100)

State of Washington

County of Spokane } ss.

I certify that I know or have satisfactory evidence that  _Linda Jean Cole_
Name of Signer

is the person who appeared before me, and said

person acknowledged that he/she signed this

instrument and acknowledged it to be his/her free

and voluntary act for the uses and purposes

mentioned in the instrument.

Dated: _October 14, 2023_
Month/Day/Year

_Matthew Anderson_
Signature of Notarizing Officer

_Notary Public_
Title (Such as "Notary Public")

My appointment expires

_July 19, 2024_
Month/Day/Year of Appointment Expiration

> STATE OF WASHINGTON
> Matthew Anderson
> Notary Public
> Commission Expires: July 19, 2024
> Commission # 185853

Place Notary Seal Above

---------------- OPTIONAL ----------------

*Although the information in this section is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Right Thumbprint of Signer**

Top of thumb here

**Description of Attached Document**

Title or Type of Document: _Wire Instructions, Indemnification and Hold Harmless Agreement_

Document Date: _October 14, 2023_  Number of Pages: _1_

Signer(s) Other Than Named Above: _____

© 1999 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.nationalnotary.org
Item No. 5906 • Reorder: Call Toll-Free 1-800-876-6827

# OLD WEST FEDERAL CREDIT UNION OUTGOING DOMESTIC WIRE FORM

**Outgoing wire deadline on same day is 1:00pm, wires after that time will be sent out next business day.**

| Wire Amount US Dollars $242,314.62 | Wire Fee $20.00 | Total Amount Due $242,334.62 | Date Request Rec'd 10/12/2023 | Time 1:56 pm | Send Date 10/16/2023 |
|---|---|---|---|---|---|
| Wire Amount GL: BANK. Verified By: | | | Fee Charged - Specific Verified By: | | |

### Receiving FI Information

| Routing Number: 026009593 | Name of FI: Bank of America |
|---|---|

### ORIGINATOR INFORMATION

| Member #: 619692 | Member Name: Linda Cole |
|---|---|
| Member Address: 625 Broadway St *PO BOX NOT ACCEPTED* | Address Continued: Baker City, OR 97814 |

### BENEFICIARY INFORMATION

| Account #: 008761102131 | Beneficiary Name: Eric Young |
|---|---|
| Address: 8507 North Sylvia St *PO BOX NOT ACCEPTED* | Address Cont: Spokane, WA 99208 |

### INTERMEDIARY FI INFORMATION

| Intermediary Acct # Click here to enter text. | FI Name: Click here to enter text. |
|---|---|
| FI Address: Click here to enter text. | FI Address Cont: Click here to enter text. |

### BANK TO BANK INFORMATION

Click here to enter text.

### ORIGINATOR TO BENEFICIARY INFORMATION

1004 E Golden Ct, Spokane, WA

### PURPOSE OF WIRE

| Property Purchase in Spokane WA | MEMBER SIGNATURE *Linda J. Cole* |
|---|---|

**Request made:** ☐In person ☐Fax ☒Phone ☐Banno  **Supervisor Approval (if needed)** _____

**Information Verified:** ☐Photo ID ☐Signature Card ☒Call Back ☐Login ID ☒ Code Word ☐Banno Authentication

**BUSINESS MEMBERS-RESTRICTED TRANSACTIONS (i.e.: unlawful internet transactions) are prohibited from being processed through an account or the members relationship. Please initial acknowledgement** _____

### SECURITY QUESTIONS

| | Yes | No |
|---|---|---|
| Were you promised money in return for sending this wire | ☐ | ☒ |
| Are you wiring funds which were deposited by someone you do not know | ☐ | ☒ |
| Were you instructed to wire money to claim lottery or prize money | ☐ | ☒ |
| Are you wiring money in response to a guaranteed credit card or loan offer | ☐ | ☒ |
| Are you wiring money to someone you do not know | ☐ | ☒ |
| Are you wiring money to participate in a foreign lottery | ☐ | ☒ |

### CREDIT UNION USE ONLY

| Request taken by: TC 243 | Symilar Transaction done by: TC243 |
|---|---|
| Fax or email signature verified by: | Input in TranZact by: |
| Call back completed by: | Second Verification by: |



EXHIBIT
9

**EX 29 - 0001**

## Old West Wire Transaction Disclosure

A Wire is a method of transferring money from one entity to another. In offering our members the ability to wire funds Old West Federal Credit Union (OWFCU) will comply with all government regulations including, but not limited to; Regulation J subpart B (fedwire) Electronic Funds Transfers, OFAC, and Uniform Commercial Code. OWFCU presently offers Domestic and International wires, incoming and outgoing.

Only collected funds will be available for outgoing wires. All incoming wires will have immediate availability. Outgoing domestic wires are not immediate and can take up to 24 hours. International wire availability is subject to corresponding receiving banks policy, and we will not give any assurance on when the funds will become available.

**Fees and Charges:** Originator agrees to pay applicable fees and charges related to the funds transfer as disclosed in OWFCU Fee Schedule, as amended from time to time. Other financial institutions involved in the funds transfer may impose additional fees and charges.

**Cut-Off Time:** The cutoff time for a wire transfer request is 1:30 p.m. PST for Domestic wires and 1:00 p.m. PST for International wires. Any wire received prior to the cut-off time will be processed same day, any wire that is taken after the cut-off time will be processed to go out the next business day. A funds transfer request is deemed received by OWFCU when executed by a credit union authorized representative.

**Inconsistent and Erroneous Information:** It is the Originators responsibility to provide accurate information in the specific instructions. A funds transfer request may be processed on the basis of the account number provided, even if the account number identifies a Beneficiary different from the Beneficiary named by the Originator. In addition, a funds transfer may be processed on the basis of the receiving Financial Institution identifying number provided, even if it identifies a Financial Institution different from the Financial Institution named by the Originator. Originator shall still be responsible to pay the amount of any funds transfer so processed and OWFCU shall not be liable for any loss or damage resulting from any delay caused by efforts to reconcile inconsistent or erroneous information. OWFCU is not required to seek clarification from anyone regarding unclear instructions. If we can not complete a transfer due to unclear or inaccurate instructions, we will notify you orally, or in writing by the next business day.

**Security:** For security purposes, OWFCU may require further verification on wire requests taken via phone, email or fax. Successful verification of these wires must be completed prior to proceeding with OWFCU processing the request. Therefore it is extremely important that your contact information with the Credit Union is correct.

**Foreign Funds Transfers:** Foreign wire transfers may be subject to delays, charges imposed by other financial institutions, and changes in foreign exchange rates. International wire transfers may take as long as 30 days to be received by the beneficiary bank or financial institution. Any inaccurate or missing information in the payment order may result in unnecessary delays or non-receipt of funds. Because of this, and because of variations in banking laws in other countries, OWFCU cannot guarantee safe completion of international wire transfers. All wires will be sent in US Dollars, the member bears any risk associated with exchange rates.

**Rejection of Wire Transfer Request:** OWFCU reserves the right, at its sole discretion except when prohibited by law, to reject any funds transfer request for any reason including but not limited to: Insufficient collected funds in the specified account, OWFCU believes the transaction may be fraudulent, inability to verify Originator's identification or authenticate the funds transfer request to OWFCU's satisfaction, or incomplete, incorrect, inconsistent or ambiguous information in the funds transfer request. OWFCU will make a reasonable effort to notify Originator by phone or mail if it rejects the funds transfer request. Notwithstanding, OWFCU shall not be liable for any loss or damage associated with Old West's refusal, with or without notice, to process a funds transfer.

**Liability:** OWFCU will not be liable for consequential, special, or exemplary damages or losses of any kind. We will not be liable for any failure to act or delay due to circumstances beyond our control such as fire, flood or natural disasters; communication failures; labor disputes; any inaccuracy or ambiguity in your instructions; the action or inaction of others; or any applicable government or funds-transfer system rule, policy, or regulation.

**Restriction on Internet Gambling Transactions:** You may not initiate any wire transfer to facilitate any transaction related to internet gambling.

## Wire Instructions, Indemnification
## and Hold Harmless Agreement

I herein instruct Old West Federal Credit Union to send my funds to the recipient identified in the attached Wire Transfer/Authorization Form. By signing this agreement, I herein represent and affirm that I have completed the necessary due diligence in verifying the recipient named herein and that I will hold Old West Federal Credit Union, its Agents, and Assigns (Old West) harmless and I will indemnify Old West for any claim or dispute of any nature arising from this transaction. I also understand that if I choose to complete this wire transaction Old West Federal Credit Union is not liable for any loss of funds or claim arising from fraudulent activity. I understand that once the wire is sent and accepted there is no recourse or method for return of funds.

_Linda J. Cole_                          _October 14, 2023_
**Member Signature**                          Date

Notary Seal & Signature on          **Wire Fraud Warning!**
Official Document to Follow

Due to the increase and prevalence of wire fraud, the following information is shared with you for informational purposes. Wire fraud takes many different forms, and can include:

**Fraudulent online purchases** (paying for items, shipping, or "tax" before you take delivery)

**"Sweetheart" scams,** wherein an online friend or romantic acquaintance (whom you have not met in person) solicits money from you for various reasons such as travel (they may be "trapped in a foreign country), medical debt, adoption, etc.

**Jail scams,** wherein someone posing as a relative (ie., grandchild, nephew), or a "law enforcement official" calls (often in the middle of the night) saying your relative is in jail in a foreign country or has assaulted a foreign national and demands "bail" or "security" money.

Most of these scams require that you tell no one or the subject of the scam will "get in trouble."

These are just a few of the scams that occur. If you have doubts or questions, please don't hesitate to let us know before you send a wire.

# WASHINGTON SHORT-FORM INDIVIDUAL ACKNOWLEDGMENT (RCW 42.44.100)

State of Washington

County of _Spokane_                                    } ss.

I certify that I know or have satisfactory evidence that _Linda Jean Cole_
                                                          Name of Signer

is the person who appeared before me, and said

person acknowledged that he/she signed this

instrument and acknowledged it to be his/her free

and voluntary act for the uses and purposes

mentioned in the instrument.

Dated: _October 14, 2023_
                Month/Day/Year

_[signature]_
Signature of Notarizing Officer

_Notary Public_
Title (such as "Notary Public")

My appointment expires

_July 19, 2024_
Month/Day/Year of Appointment Expiration

STATE OF WASHINGTON
Matthew Anderson
Notary Public
Commission Expires: July 19, 2024
Commission # 185853

Place Notary Seal Above

───────── OPTIONAL ─────────

*Although the information in this section is not required by law, it may prove valuable to
persons relying on the document and could prevent fraudulent removal and
reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: _Wire Instructions, Indemnification and Hold Harmless Agreement_

Document Date: _October 14, 2023_  Number of Pages: _1_

Signer(s) Other Than Named Above: _____

Right Thumbprint
of Signer

Top of thumb here

© 1999 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.nationalnotary.org
Item No. 5906 • Reorder: Call Toll-Free 1-800-876-6827

# Deposition of Susan Young

# Creditors Notified of Original Wet-Signed Wire Forms

1  not to even need him.

2      Q.    When is the last time you spoke with any of

3  these employees at Old West Federal Credit Union that

4  you've listed here?

5      A.    I have not.  There was somebody who called

6  me, and I don't remember the exact date.  It was

7  probably on the 13th.  I'm almost positive it was the

8  13th.  Somebody called.

9          And I don't even remember now if it was that

10  they called my phone or my mom's phone.  There's a

11  little bit that I'm hazy in there because I was . . .

12          I should have been paying more attention.  I

13  made a cardinal, horrific blunder.  I know my mom.

14  The thought crossed my mind.  I should have picked up

15  my phone and recorded her and I didn't.  And I kick

16  myself every day, but I didn't.

17      Q.    Recorded her when?

18          Sorry.  I missed all that.

19      A.    Recorded her actually requesting the wire

20  transfers.  I know better.

21      Q.    On the 13?

22      A.    On the 12th and the 13th, yeah.  And I

23  didn't because I was cooking.

24      Q.    All right.  So is it fair to say that after

25  listening to these calls on the 12th and 13th of

1    October 2023, you haven't spoken with her or heard

2    from any of these Old West employees?

3        A.    Correct.

4        Q.    Okay.

5        A.    On the 13th, somebody called either me or my

6    mom.  Again, I'm a little fuzzy on that one, and I

7    tried to go back and remember.  I don't know the

8    phone -- I think the phone call came in on her phone,

9    yeah, because they wouldn't have called me.  It would

10   have come in on her phone, and she gave the phone to

11   me because she didn't have the account number.

12         They had the wrong routing, and the gal said

13   that she had the wrong routing.  And so my mom gave

14   the phone to me.

15         And I went in -- at the time, I had just put

16   the mudroom as my son's area for him to go do his

17   homework, so I had to go fish through and find a

18   checkbook -- which who gives the checkbook -- anyway,

19   I had to go dig for it because I had to give the

20   routing number.

21         That was the last time I talked to anybody.

22       Q.    Okay.  When's the last time you talked to

23   Dawn -- have you talked to Dawn Kixmueler?

24       A.    Actually, I did send her an email when this

25   all came out.  And I said, "Hey, I've got something

1    that you're going to need," which was the original,

2    because I found out that the copies that I had -- my

3    mom took copies.  Turns out I had the original.  I had

4    the imprint of her signature on there.

5            So I let Dawn know.  I said, "Hey, I have

6    these."

7            And Dawn said in this email, "I can't talk

8    to you."

9            I'm like, "Okay."

10           MR. YOUNG:  Let me make sure, if I may.

11   Who are you talking about?

12           THE WITNESS:  Dawn.

13           MR. YOUNG:  But that's Dawn Bruce.

14           THE WITNESS:  Yes.

15           MR. YOUNG:  Okay.  He asked about

16   Dawn Kizmueler.  I don't think you've ever talked to

17   her.

18           THE WITNESS:  Oh, Kizmueler.

19           MR. YOUNG:  She's Baker City Planning --

20           MR. MENSIK:  Yeah.  She's listed in your

21   list.

22           MR. YOUNG:  She's never talked to her.

23           THE WITNESS:  Oh, I'm sorry.  No, I've

24   never talked to Dawn Kizmueler.

25   ///

1    A.    It's after.  And I was -- I turned off the
2  recording because they'd left, but he came back
3  without Mom.

4    Q.    Okay.  What did he say?

5    A.    I asked him.  I said, "What do you want me
6  to do, Dad, with the one-nineteen?  You tell me."

7          And if he'd said right then, "Give it back,"
8  not a problem.  I would have done it right then.  He
9  didn't.

10          My mom was not there.  He came back because
11  it was the -- he left the big, black oxygen
12  concentrator.  And I said, "Dad, you left this."  So
13  he came back.  And I was really surprised because he
14  never went anywhere without her.  He came back on his
15  own.

16          And I said, "What do you want us to do with
17  this?  What should we do?"

18          He says, "Pumpkin, I want you to go ahead
19  and use that money and buy the house."

20          And I said, "Are you sure?"

21          And my son was standing right there, and he
22  said, "Yes."

23          I did it.  And it's gotten us into a lot of
24  hot water because my mom was completely the other --
25  "Don't talk to them."  She deleted our contact

25-80038-FPC    Doc 46-1    Filed 02/11/26    Entered 02/11/26 13:21:49    Pg 75 of 89

1  information and everything else.

2          And here's the point behind that.  My mother

3  had spent almost all of his money, almost all of it,

4  over a million dollars.  They were going to have

5  nothing left.

6          This was my opportunity to show my

7  grandmother that I could do something for my dad.  I

8  was following my dad's wishes.  And I was going to

9  protect that one-nineteen.  And it's gotten us in hot

10  water, and this is why we're here.

11          But if I could have kept onto it -- because

12  now I'm sure she's spending it on legal funds and

13  everything else -- we could have grown it.  Because I

14  don't know what he's going to have for medical

15  expenses.

16          She's going to end up dying beforehand

17  because of all her comorbidities.  What's going to

18  happen to him?  Yes, it's hurtful what he said to me

19  the other night.  You need to understand the

20  relationship.  It goes back and forth.

21          And he has to -- and I do have it on

22  recording -- it just occurred to me.  I do have on

23  recording -- and there's more stuff you need to know.

24      Q.    You have on recording what?

25          MR. YOUNG:  That recording that we

1   says a bunch of stuff that contradicts her

2   declaration, like she had the key, which she'd lost,

3   to the storage unit.

4           And, also, the whole thing about the dog is

5   on there, because she says right on there.  She says,

6   "I know the dog will stay here," because she had to

7   drive 45 minutes over to get to all of her doctors'

8   appointments, which were in Nampa or Ontario, Idaho.

9           And she had already been dealing with the

10  dog and getting frustrated and having to give the dog

11  Benadryl and everything else.  Then it became worse

12  and worse.

13          And the dog got in the car.  It was, like,

14  psychosomatic.  She started shaking and drooling and

15  vomiting.  We hadn't moved the car.  She was starting

16  to do this.

17          So my mom -- it was probably out of

18  spite because we gifted the puppy to her.  And so out

19  of spite to her, she's not going to take the dog with

20  her.  Fine.

21          He says -- after she says all of this, which

22  is on the recording, he says, "Fine.  As long as it's

23  clear we're not kidnapping your dog."

24          She goes, "Oh, no."

25          Then I take my dad down to say goodbye.

1     A.    Mm-hm.

2     Q.    On the 15th, did you -- did Linda sign

3 those -- the first page of the wire transfer forms?

4     A.    The morning of the 15th, yeah.  So we

5 went -- oh, no, no, no, no.  Hold on.  Hold on.  Hold

6 on.  Wait, wait, wait, wait.

7         When were we at the PostalAnnex?

8     Q.    That was the 14th.

9     A.    I've got to get the dates right.  Okay.  So

10 we were at PostalAnnex on the 14th.  We left from

11 there.  We drove up the next day.  It was the 15th,

12 yes, because it was in the morning.  So we got

13 breakfast.  She gets the eggs.

14     Q.    Oh, go ahead.

15     A.    Yes, the eggs.  It was after breakfast.

16         And Eric goes, "I have to send these over.

17 They're not signed."

18         My mom forgot.  And I have the texts in

19 there.  I'm not -- I had nothing to hide here.

20     Q.    She forgot?  She forgot what?

21     A.    She forgot the visit to the PostalAnnex.  My

22 dad knows this.  My dad will not tell you.

23         And please don't try to force him because it

24 will put him crossways of her.  And when she gets mad,

25 she gets angry at him.  He has nobody to protect him.

1   I don't -- the thing that he said the other day about

2   me not being his daughter, I get it.

3                    MR. YOUNG:  I don't know if they heard

4   it or not.

5                    THE WITNESS:  Okay.  It happens.  It's

6   not his fault.

7   BY MR. MENSIK:

8       Q.    So on 15th, she doesn't -- Linda doesn't

9   remember the time at

10      A.    Right.

11      Q.    -- the PostalAnnex on the 14th?

12      A.    Right.

13                   MR. YOUNG:  Quote it.

14                   THE WITNESS:  Yeah.

15  BY MR. MENSIK:

16      Q.    So tell me exactly on the 15th how you got

17  Linda to sign, because you said she signed the first

18  pages of these wire transfers.

19      A.    Mm-hm.  Yes.

20      Q.    Walk me through that process.

21      A.    All right.  "Mom, we need to send the wire

22  transfers."

23                   And I'm trying to remember exactly what her

24  words were.

25                   MR. YOUNG:  You told me, but I'd be

1    saying it secondhand.

2              THE WITNESS:   Yeah.   I may have

3    forgotten.   Hold on.   Let me refresh my memory.   Hold

4    on.   It's so tiring.

5    BY MR. MENSIK:

6         Q.    Where were you at when she signed that?

7         A.    Oh, that, I can tell you exactly.

8              So I said, "Let's go" -- because there's --

9    you'll see in the pictures there's stuff everywhere.

10   Like, you couldn't even put papers down on the kitchen

11   counter or on the table.   There was no furniture.

12   Nothing.

13             So on their extension that they were

14   building on, she had some plastic tables out there

15   that I had taken out there for her when she had asked

16   me to come up three times previously to help her go

17   through her stuff in her barn, that she calls it.   So

18   I set up the tables, brought the stuff out --

19        Q.    When you say "extension," what is -- sorry,

20   what does that mean?

21        A.    She had the idea of basically building a

22   house onto her house, so it was like a patio extension

23   off the entire back of her house.   Okay.   Kitchen,

24   living room.   Sorry.

25        Q.    So you set up the table out in the

25-80038-FPC    Doc 46-1    Filed 02/11/26    Entered 02/11/26 13:21:49    Pg 80 of 89

1 extension --

2     A.    Yes.

3     Q.    -- for her to sign?

4     A.    Yes.  Here is the extension.

5         MR. YOUNG:  Addition.

6         THE WITNESS:  Yeah.

7 BY MR. MENSIK:

8     Q.    So you mean addition, not extension?

9         MR. YOUNG:  Yes.

10         THE WITNESS:  Yeah.  All it is, is they

11 built, like, footers and OSB plywood decking.  Pardon

12 me.  OSB plywood decking.

13         MR. YOUNG:  It's framed walls and so

14 forth.

15         THE WITNESS:  Yeah.  I have pictures in

16 there.  But the tables were still set up, and they

17 were clean.  We could put something on it, and we had

18 daylight.

19 BY MR. MENSIK:

20     Q.    What kind of tables were these?

21     A.    They're plastic, gray plastic.

22         MR. YOUNG:  Folding.

23 BY MR. MENSIK:

24     Q.    They're folding?

25     A.    Folding, yeah.

1        So we took them out there because -- this is

2    important -- I wanted them to have good lights.  So we

3    take them out there, and she signs them out there.

4    Great.  Does she remember?  No.  Fine.

5        I said, "Okay.  Now I need to send these

6    over to Eric."

7        It was her idea that we take a picture of

8    each one.  The reason why her thumb is on it, mine's

9    broken.  The reason why her thumb is on it is because

10   of the brace, so she was holding them down.

11      Q.    So is this open to the weather out there?

12      A.    Yeah.

13           MR. YOUNG:  It's all those frame walls.

14           THE WITNESS:  Yeah.

15  BY MR. MENSIK:

16      Q.    So she's holding these down so you could

17   take a picture?

18      A.    Yeah.

19      Q.    On this plastic --

20      A.    Yes.

21      Q.    What color are these tables?

22      A.    They're light gray.

23      Q.    They're gray.  Okay.

24      A.    Light gray.

25      Q.    Light gray plastic tables.

25-80038-FPC    Doc 46-1    Filed 02/11/26    Entered 02/11/26 13:21:49    Pg 82 of 89

1          Like, are we talking, like -- they're just,
2     like, straight gray?  What are they?
3          A.    I don't know that I've captured them in the
4     picture because I tried to just get --
5          Q.    No, don't -- just explain to me.
6                I mean, are we talking like a solid gray,
7     like --
8          A.    Yeah.  They're like the -- like, yeah.
9                MR. YOUNG:  Google Maps live right now
10    of the picture that has last been uploaded to Google
11    Maps of their house, that truck with the trailer is
12    the trailer that I was loading that week on
13    September 25th through the '8th.
14                THE WITNESS:  Yeah.
15                MR. YOUNG:  And that's what the front
16    addition looks like.  That's still in that state
17    today.
18                THE WITNESS:  I can get you a picture --
19    BY MR. MENSIK:
20         Q.    Well, no.  I'm just wondering if you --
21         A.    -- I have my Dad's --
22         Q.    Okay.  So it's some gray table?
23         A.    Yeah.
24         Q.    Gray plastic table?
25         A.    They're like the Costco fold-up table.

25-80038-FPC    Doc 46-1    Filed 02/11/26    Entered 02/11/26 13:21:49    Pg 83 of 89

1    Q.    Costco folding table?

2    A.    Yeah.  They're long.  They're like . . .

3          MR. YOUNG:  They're like six-footers.

4    They're short, not that long.

5          THE WITNESS:  Yeah, yeah.  And they were

6    still out there from when I went up and was helping

7    her with the stuff, pulling it out.

8    BY MR. MENSIK:

9    Q.    And then you took the pictures and texted

10   them to Eric?

11   A.    Yes.

12         THE WITNESS:  Can I have all of that in

13   there?

14   BY MR. MENSIK:

15   Q.    Let me ask you this.

16   A.    Yes.

17   Q.    Go back to the 12th.

18   A.    Oh.

19   Q.    Oh, go ahead.

20   A.    She didn't remember, but she covered it up.

21   She was like, "What we did yesterday?"  That's what it

22   was.  "What we did yesterday?  What we did yesterday?"

23         And you could see her brain working.  I'm

24   like, "Oh, my gosh."

25         "What we did yesterday?"

1         I'm like, "Yeah, the wire transfers at the

2 PostalAnnex."

3         "Oh, where are those?"

4         And I said, "Mama, they're in your purse."

5         Her purse was in her room. She went and got

6 it. She had the photocopy in her purse. That's what

7 she signed.

8     Q.   Were the photocopies?

9     A.   Yes.

10     Q.   Okay.

11     A.   Yeah.

12     Q.   All right. Take me back to the 12th.

13     A.   I've got to tell you more on the 15th.

14     Q.   Okay.

15     A.   On the 15th, in the evening, they -- last I

16 heard from --

17     Q.   Who's "they"?

18     A.   I apologize.

19         My husband, Eric, and my son, Jaeger, called

20 to tell me -- and we're down there and we're packing.

21 This is her last trip. I'm sorry. I know . . .

22         MR. YOUNG: You're fine.

23         THE WITNESS: Okay.

24         MR. YOUNG: I'm getting messages.

25 That's all.

25-80038-FPC    Doc 46-1    Filed 02/11/26    Entered 02/11/26 13:21:49    Pg 85 of 89

# Baker City Police Department

# Body Camera Video Transcript  Excerpts

 1            MS. COLE:  I never thought about it.  But

 2  I should call and ask them did they put that in his

 3  account by his own asking for it.  I never thought

 4  to ask that.

 5            MS. SEVERNS:  You -- you mean you told me

 6  that they'd never talked to you.

 7            MS. COLE:  Uh-huh.

 8            MS. SEVERNS:  They only talked to Eric.

 9            MS. COLE:  Right.  I bet you he told them

10  to put it -- gave him -- his account number --

11            MS. SEVERNS:  Uh-huh.

12            MS. COLE:  -- and put all that -- I never

13  even thought about doing that.

14            MS. SEVERNS:  No, he did.  He did.

15  Remember?  Because that's why she told you to --

16  that you needed to file a deception fraud claim.

17            MS. COLE:  Yeah.  But I mean, I'm saying

18  if we could find out the gal that talked to him and

19  finished that up --

20            MS. SEVERNS:  Uh-huh.

21            MS. COLE:  -- to see what he actually had

22  said for her to do.

23            MS. SEVERNS:  Uh-huh.  And some of those

24  calls --

25            MS. COLE:  I never thought about that.

 1 | that we wanted.  If we needed extra money, we would
 2 | go in there and get something out of that.
 3 |         The other one was something else.  That
 4 | was funding for building our -- the rest of our
 5 | house, you know, finishing up our house, stuff like
 6 | that.
 7 |         OFFICER ESSEX:  Okay.
 8 |         MS. COLE:  The house here that we're --
 9 | we're living in.
10 |         OFFICER ESSEX:  Okay.
11 |         MS. SEVERNS:  So the lady at Old West Bank
12 | --
13 |         OFFICER ESSEX:  Uh-huh.
14 |         MS. SEVERNS:  -- told them she had talked
15 | to them in the beginning on the first one with the
16 | 242,000.
17 |         OFFICER ESSEX:  Uh-huh.
18 |         MS. SEVERNS:  She gave them all their
19 | security credentials and told them that -- that she
20 | -- it was supposed to go to her account, the Chase
21 | account.
22 |         OFFICER ESSEX:  This -- this 240 and
23 | change?
24 |         MS. SEVERNS:  Right.
25 |         MS. COLE:  Uh-huh.

25-80038-FPC   Doc 46-1   Filed 02/11/26   Entered 02/11/26 13:21:49   Pg 88 of 89

1          MS. SEVERNS:  But -- because they were

2  going to use the 180 of that for the down payment

3  for this house on Golden Court.

4          OFFICER ESSEX:  So --

5          MS. COLE:  And because there was no Old

6  West Federal Credit Union up there, I was going to

7  transfer all the rest of it into my bank account at

8  Chase because they had Chase right there.

9          OFFICER ESSEX:  So this -- this number is

10  correct?

11          MS. SEVERNS:  Yes.  They're both correct.

12          MS. COLE:  Uh-huh.

13          OFFICER ESSEX:  So -- so this is the

14  number that you wanted transferred out?

15          MS. SEVERNS:  The 242.  All of it.  It was

16  all supposed to go --

17          MS. COLE:  Oh.

18          OFFICER ESSEX:  I just want to make sure

19  that --

20          MS. COLE:  Yeah.

21          OFFICER ESSEX:  -- number is accurate.

22          MS. COLE:  This number is accurate.  This

23  is the one that was in the other account that we

24  would withdraw from time to time.  This one over

25  here was another balance that we had for our house.