ERIC AND SUSAN YOUNG
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
EMAIL eyoung-encrypt@pm.me
jaegersmum@proton.me

Defendants Pro Se

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br>Eric Young and<br>Susan Young,<br>    Debtors<br>_____<br><br>Linda Cole and Ted Cole,<br>    Plaintiffs,<br>v.<br>Eric Young and Susan Young,<br>Defendants | CASE NO. 25-01029-FPC7<br><br>CHAPTER 7<br><br>ADVERSARY NO. 25-80038-FPC<br><br>MOTION TO EXTEND TIME TO FILE NOTICE OF APPEAL<br>(FED. R. BANKR. P. 8002(d)) |

I, Eric R. Young, and my wife, Susan L. Young (together, "we"), appear pro se and respectfully move the Court, pursuant to Fed. R. Bankr. P. 8002(d), to extend the time to file a Notice of Appeal from the Court's Memorandum Opinion and Order re Summary Judgment entered on January 27, 2026 (Adv. Doc. 44).

MOTION TO EXTEND TIME TO FILE NOTICE OF APPEAL
(FED. R. BANKR. P. 8002(d))
Page 1 of 6

ERIC AND SUSAN YOUNG - Defendants Pro Se
12402 N Division St #167 :: Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me - jaegersmum@proton.me

25-80038-FPC    Doc 48    Filed 02/11/26    Entered 02/11/26 13:29:57    Pg 1 of 6

In support of this motion, we state:

1. We are the Debtor and co-Defendant in this adversary proceeding. We are not represented by counsel and do not have CM/ECF filing credentials.

2. On January 27, 2026, the Court entered its "Memorandum Opinion and Order Granting Plaintiffs' Motion for Summary Judgment and Denying Defendants' Motion for Summary Judgment" (Adv. Doc. 44). That order fully resolves Plaintiffs' § 523 claims against us.

3. Under Fed. R. Bankr. P. 8002(a)(1), the time to file a Notice of Appeal from Doc. 44 was 14 days from entry, i.e., through February 10, 2026.

4. We have been preparing a motion for reconsideration under Fed. R. Bankr. P. 9023 and related papers challenging Doc. 44 on grounds including: (a) misapplication of Washington collateral estoppel law to non-final state findings; and (b) failure to address federal preemption under Regulation J and UCC Article 4A. The record in this case and the removed state action is large and complex, and we have had to review and cite multiple prior filings and exhibits without the assistance of counsel.

5. We are both unemployed and defending this adversary and the related removed state-court case pro se while trying to regain employment. On

MOTION TO EXTEND TIME TO FILE NOTICE OF APPEAL
(FED. R. BANKR. P. 8002(d))
Page 2 of 6

ERIC AND SUSAN YOUNG - Defendants Pro Se
12402 N Division St #167 :: Spokane, WA 99218
PHONE (936-463-8411)
eyoung-cher\[pm.me - jaegersmum@proton.me

25-80038-FPC    Doc 48    Filed 02/11/26    Entered 02/11/26 13:29:57    Pg 2 of 6

February 10, 2026, the same day the 14-day appeal period expired, I had a fourth-round job interview with a prospective employer's executive team scheduled in the middle of the afternoon. I could not realistically cancel or move that interview without jeopardizing one of the few opportunities I have to return to work.

6. We worked on the reconsideration motion before and after that interview on February 10, 2026, and transmitted our Rule 9023 motion package by email to the Court's ECF addresses and to the Courtroom Deputy that evening, before midnight, because we do not have direct CM/ECF filing access. We also served Plaintiffs' counsel electronically the same night. We are submitting a separate declaration explaining those efforts and attaching the email headers as exhibits.

7. Given our pro se status, lack of CM/ECF credentials, the competing obligation of a non-movable job interview on February 10, 2026, and the complexity of the issues, it was not reasonably possible for us to both complete and properly docket a reconsideration motion and simultaneously prepare and file a Notice of Appeal within the original 14-day period. We have nevertheless acted diligently and in good faith to protect our rights and

MOTION TO EXTEND TIME TO FILE NOTICE OF APPEAL
(FED. R. BANKR. P. 8002(d))
Page 3 of 6

ERIC AND SUSAN YOUNG - Defendants Pro Se
12402 N Division St #167 :: Spokane, WA 99218
PHONE (936-463-8411)
eyoung-eric\pk@pm.me - jaegersmum@proton.me

25-80038-FPC    Doc 48    Filed 02/11/26    Entered 02/11/26 13:29:57    Pg 3 of 6

to move promptly once we became aware of the timing issue.

8. This motion is being filed within 21 days after the expiration of the original 14-day appeal period, as required by Fed. R. Bankr. P. 8002(d)(1)(B). We are not seeking to delay these proceedings; we are asking only for a modest extension so that a timely Notice of Appeal can be filed and the appellate court, rather than a timing technicality, can decide the important legal issues.

9. Plaintiffs will not be prejudiced by a brief extension. The Court has already entered its summary-judgment decision; there is no trial date to disturb; and the extension sought would simply allow us to file a Notice of Appeal. By contrast, denying any extension would effectively extinguish our appellate rights based on timing alone, despite our documented efforts to comply.

10. Under Fed. R. Bankr. P. 8002(d)(1)(B) and Pioneer Inv. Servs. Co. v. Brunswick Assocs. Ltd. P'ship, 507 U.S. 380 (1993), the Court may extend the time to appeal upon a showing of "excusable neglect" or good cause. The short duration of the delay, our pro se status, lack of CM/ECF access, the competing job-interview obligation, our efforts to serve and transmit filings to the Court on February 10, and the absence of prejudice to Plaintiffs all support a finding of excusable neglect and good faith.

MOTION TO EXTEND TIME TO FILE NOTICE OF APPEAL
(FED. R. BANKR. P. 8002(d))
Page 4 of 6

ERIC AND SUSAN YOUNG - Defendants Pro Se
12402 N Division St #167 :: Spokane, WA 99218
PHONE (936-463-8411)
eyoung-cher\pk@pm.me - jaegersmum@proton.me

25-80038-FPC    Doc 48    Filed 02/11/26    Entered 02/11/26 13:29:57    Pg 4 of 6

REQUESTED RELIEF

For these reasons, we respectfully request that the Court:

1. Extend the time under Fed. R. Bankr. P. 8002(a)(1) for us to file a Notice of Appeal from the Memorandum Opinion and Order re Summary Judgment (Adv. Doc. 44); and

2. Specify that the extended deadline to file our Notice of Appeal shall be **14 days after entry of the order granting this motion**, or such other date as the Court deems just and appropriate within the limits of Rule 8002(d).

Dated: February 11, 2026

Respectfully Submitted,

Dated: February 11, 2026

/s/   *Eric Young*     /s/ *Susan Young*
     Eric Young         Susan Young

MOTION TO EXTEND TIME TO FILE NOTICE OF APPEAL
(FED. R. BANKR. P. 8002(d))
Page 5 of 6

ERIC AND SUSAN YOUNG - Defendants Pro Se
12402 N Division St #167 :: Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me - jaegersmum@proton.me

25-80038-FPC    Doc 48    Filed 02/11/26    Entered 02/11/26 13:29:57    Pg 5 of 6

## I. CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2026, I delivered the original of the foregoing document to the Clerk of the United States Bankruptcy Court for the Eastern District of Washington for filing. On the same date I caused true and correct copies to be served as follows:

By First-Class Mail:
    Matthew Mensik
    Riverside NW Law Group
    505 W. Riverside Ave. Suite 208
    Spokane, WA 99201
    Courtesy Copy by Email:
    mam@rnwlg.com

Trustee John D. Munding
via email:
John@mundinglaw.com

DATED this 11th day of February, 2026, at Spokane, WA.

                /s/ Eric R. Young and Susan L. Young
                ERIC AND SUSAN YOUNG - Defendants Appearing Pro Se
                12402 N Division St #167 :: Spokane, WA 99218
                PHONE (936-463-8411)
                EMAIL eyoung-encrypt@pm.me
                jaegersmum@proton.me

MOTION TO EXTEND TIME TO FILE NOTICE OF APPEAL
(FED. R. BANKR. P. 8002(d))
Page 6 of 6

ERIC AND SUSAN YOUNG - Defendants Pro Se
12402 N Division St #167 :: Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me - jaegersmum@proton.me

25-80038-FPC    Doc 48    Filed 02/11/26    Entered 02/11/26 13:29:57    Pg 6 of 6