ERIC AND SUSAN YOUNG
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
EMAIL eyoung-encrypt@pm.me
        jaegersmum@proton.me

Defendants Pro Se

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF WASHINGTON

In re:
Eric Ross Young and
Susan Linette Young,
        Debtors

_____

Linda Cole and Ted Cole,
        Plaintiffs,
v.
Eric Young and Susan Linette
Young, Defendants

_____

CASE NO. 25-01029-FPC7

CHAPTER 7

ADVERSARY NO. 25-80038-FPC

NOTICE OF PENDING RULE 8002(d)
MOTION AND REQUEST FOR
PROMPT DISPOSITION

NOTICE OF PENDING RULE 8002(D) MOTION AND
REQUEST FOR PROMPT DISPOSITION
Page 1 of 4

ERIC AND SUSAN YOUNG - Defendants Pro Se
12402 N Division St #167 :: Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me - jaegersmum@proton.me

25-80038-FPC    Doc 57    Filed 03/12/26    Entered 03/12/26 16:12:36    Pg 1 of 3

Defendants/Appellants ("Defendants") Eric Young and Susan Young respectfully state as follows:

1. On February 11, 2026, Defendants/Appellants filed a Motion to Extend Time to File Notice of Appeal under Fed. R. Bankr. P. 8002(d). Adv. ECF No. 48.

2. Adv. ECF No. 48 seeks an extension of time to appeal the Court's Memorandum Opinion and Order entered January 27, 2026. Adv. ECF No. 44.

3. On February 12, 2026, the Court entered its Order Denying Defendants' Motion for Reconsideration. Adv. ECF No. 50. In that order, the Court noted that Defendants had introduced evidence showing several timely filing attempts and significant technical issues with the Court's electronic filing system, but the Court did not dispose of Adv. ECF No. 48.

4. Timeliness of Defendants' pending appeal as to Adv. ECF No. 44 turns on disposition of Adv. ECF No. 48.

5. This filing seeks no relief independent of Adv. ECF No. 48. Defendants request only that the Court promptly dispose of the already-pending Rule 8002(d) motion on the papers. Defendants do not request oral argument unless the Court determines that argument is necessary.

ERIC AND SUSAN YOUNG - Defendants Pro Se
12402 N Division St #167 :: Spokane, WA 99218
PHONE (936-463-8411)
eyoung encrypt@pm.me - jaegersmum@proton.me

6. If the Court concludes that any additional notice or hearing procedure is required before Adv. ECF No. 48 may be decided, Defendants respectfully request that the Court direct the required procedure or set the earliest available hearing on that motion.

WHEREFORE, Defendants/Appellants respectfully request prompt entry of an order disposing of Adv. ECF No. 48.

Respectfully Submitted,

Dated: March 12, 2026

/s/    *Eric Young*        /s/ *Susan Young*
       Eric Young          Susan Young

ERIC AND SUSAN YOUNG - Defendants Pro Se
12402 N Division St #167 :: Spokane, WA 99218
PHONE (936-463-8411)
eyoung-chery.pf@pm.me - jaegersmum@proton.me