# I. CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2026, I delivered the original of the foregoing document to the Clerk of the United States Bankruptcy Court for the Eastern District of Washington for filing. On the same date I caused true and correct copies to be served as follows:

By First-Class Mail:
Matthew Mensik
Riverside NW Law Group
601 W. Riverside Ave, STE 810
Spokane, WA 99201

Courtesy Copy by Email:
mam@rnwlg.com


Trustee John D. Munding
via email:
John@mundinglaw.com


DATED this 12th day of March, 2026, at Spokane, WA.

/s/ Eric R. Young and Susan L. Young

ERIC AND SUSAN YOUNG
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
EMAIL eyoung-encrypt@pm.me
jaegersmum@proton.me
Debtors Appearing Pro Se

APPELLANTS' DESIGNATION OF RECORD AND
STATEMENT OF ISSUES ON APPEAL
Page 7 of 7

ERIC AND SUSAN YOUNG - Defendants Pro Se
12402 N Division St #167 :: Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me - jaegersmum@proton.me